UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Myesha Prather
                        Plaintiff,

v.                                          Case No.: 1:17–cv–00481
                                                Honorable Manish S. Shah

Wells Fargo Bank, N.A.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 16, 2018:

      MINUTE entry before the Honorable Manish S. Shah: Defendant's motion to stay [41] is denied and plaintiff's motion to compel [39] is granted. The issues pending with the FCC and as a result of ACA Int'l may influence the merits of this case in part, but they do not justify staying the completion of discovery. Plaintiff's pre–recorded voice call theory is not at issue in the debate over the definition of an ATDS, and the FCC's consideration of reassigned numbers and the definition of "called party" does not suggest any imminent change in the binding authority in this circuit (Soppet v. Enhanced Recovery Co., LLC, 679 F.3d 637, 641 (7th Cir. 2012)). Allowing discovery to conclude will not interfere with the FCC's primary jurisdiction because no opinion from this court on the merits is pending. Defendant does not seek to file a dispositive motion right now to dispose of Prather's individual claim. There is, of course, a burden on defendant in producing the agreed–upon data, but defendant has not persuasively demonstrated that completing discovery will be entirely for naught. The parties shall complete their conference over the production of data and a 30(b)(6) deposition, see [39]. A status hearing remains set for 7/27/18 at 9:30 a.m., to set a final deadline for the completion of all fact discovery. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.