# Exhibit C

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| JOSEPH DUNN, HELEN IEHL, ALBERT PIETERSON, JOHN HASTINGS, WINDIE BISHOP, LISA BARNES, ANGELA GARR, and MYESHA PRATHER individually and on behalf of a class of similarly situated individuals, | ) ) ) ) ) ) | No. 17-cv-00481 |
| *Plaintiffs*, | ) ) ) | Hon. Manish S. Shah |
| v. | ) ) | |
| WELLS FARGO BANK, N.A., | ) ) | |
| *Defendant*. | ) | |

## DECLARATION OF EVAN M. MEYERS

I, Evan M. Meyers, hereby aver, pursuant to 28 U.S.C. § 1746, that I am fully competent to make this Declaration, that I have personal knowledge of all matters set forth herein unless otherwise indicated, and that I would testify to all such matters if called as a witness in this matter.

1.      I am an adult over the age of 18 and a resident of the state of Illinois. I am an attorney with the law firm McGuire Law, P.C., I am licensed to practice law in the state of Illinois, and I am one of the attorneys representing Plaintiffs Joseph Dunn, Helen Iehl, Myesha Prather, and the putative Class Members in this matter. I am fully competent to make this Declaration and make this Declaration in support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement being submitted to this Court.

2.      My firm commenced this litigation in January 2017 on behalf of Plaintiff Myesha Prather alleging that Plaintiff Prather received unauthorized automated text messages and telephone calls on her cellular telephone.

3.      Since the filing of the Prather action, my firm has engaged in extensive discovery in this case, including exchanging document requests, interrogatories and requests for admission;

reviewing thousands of pages of documents produced by Defendant Wells Fargo; engaging in expert discovery; and attending multiple depositions that took place in Las Vegas, Nevada, San Francisco, California, and Portland, Oregon.

4.      Amongst other motions that have been filed in this case, my firm has successfully briefed Defendant's motion to stay the case and Plaintiff Prather's motion to compel production of documents. On July 16, 2018, Judge Shah entered an Order denying Defendant's motion to stay, finding that Plaintiff had successfully argued that petitions filed before the Federal Communications Commission following the ruling in *ACA Int'l v. FCC*, 885 F.3d 687 (D.C. Cir. 2018), were unlikely to be dispositive of the case and further granting Plaintiff Prather's motion to compel production of class discovery relevant to identifying other individuals who had received automated calls and text messages that were alleged to have been unauthorized.

5.      In light of Plaintiff Prather's discovery efforts, as well as the then-upcoming filing of Plaintiff Prather's motion for class certification, the Parties agreed to participate in a mediation on December 20, 2018 before the Honorable James F. Holderman (Ret.) of JAMS, the former Chief Judge of the United States District Court for the Northern District of Illinois with expertise in complex litigation. After a full day of negotiations, the Parties made extensive progress towards reaching a resolution. The Parties thereafter continued their settlement negotiations with Wells Fargo, and in an effort to reach a global resolution worked with counsel in the concurrently-pending actions *Pieterson v. Wells Fargo Bank, N.A.*, No. 17-cv-2306 (N.D. Cal.), *Hastings v. Wells Fargo Bank, N.A.*, No. 17-cv-3633 (N.D. Cal.), *Garr v. Wells Fargo Bank, N.A.*, No. 18-cv-06997, *Bishop v. Wells Fargo Bank, N.A.*, Case No. 17-cv-01505 (N.D. Ga.), *Garr v. Wells Fargo Bank, N.A.*, Case No. 18-cv-06997 (N.D. Cal.), and *Barnes v. Wells Fargo Bank, N.A.*, Case No. 3:18-cv-06520 (N.D. Cal.).

2

6.      After multiple months of extensive negotiations regarding the contours of the settlement agreement and attendant documents, including the relief provided to the class members and the scope of release, the Parties reached an agreement which has been memorialized in the Settlement Agreement for which Plaintiffs now seeks preliminary approval and is submitted herewith to this Court. It is in conjunction with the execution of the Settlement Agreement and moving for preliminary approval that Plaintiffs filed a Second Amended Complaint formally consolidating the above cases, further adding Plaintiffs Dunn and Iehl as class representatives, and conforming the Complaint to the Settlement Class being proposed to the Court.

7.      I, along with the other attorneys of my firm, have concluded that the Settlement Agreement reached in this matter is fair, reasonable and adequate in light of the attendant risks of protracted litigation and the significant relief being provided to the putative Class. While I believe that the merit of Plaintiffs' cases could and would be proven at trial, I recognize the substantial risk and inherent uncertainty which continued litigation imposes on Plaintiffs and the Class members. Based on extensive investigation and discovery that has occurred in this litigation, together with years of experience prosecuting similar litigation in courts elsewhere nationwide, I believe that the settlement reached in this matter is in the best interests of Plaintiffs and the Class members involved.

8.      McGuire Law, P.C. is a litigation firm based in Chicago, Illinois that focuses on class action litigation, representing clients in state and national class actions in both state and federal trial and appellate courts throughout the country. Attached hereto is a true and accurate copy of the firm's resume, which provides further information about the firm's relevant experience.

9.      I and the other attorneys of McGuire Law have regularly engaged in complex

litigation on behalf of consumers and have extensive experience in class action lawsuits similar in size and complexity to the instant case. McGuire Law attorneys have been appointed as class counsel in numerous complex consumer class actions, including many similar class actions involving violations of the TCPA, in state and federal courts across the country. *See, e.g*, *McFerren et al. v. AT&T Mobility, LLC* (Sup. Ct. Fulton County, Ga. 2008); *Gray et al. v. Mobile Messenger Americas, Inc. et al.* (S.D. Fla. 2008); *Gresham et al. v. Keppler & Associates, LLC et al.* (Sup. Ct. Los Angeles County, Cal. 2008); *Sims et al. v. Cellco Partnership et al.* (N.D. Cal. 2009); *Van Dyke et al. v. Media Breakaway, LLC et al.* (S.D. Fla. 2009); *Paluzzi, et al. v. mBlox, Inc., et al*. (Cir. Ct. Cook County, Ill. 2009); *Valdez et al. v. Sprint Nextel Corp*. (N.D. Cal. 2009); *Ryan et al. v. Snackable Media, LLC* (Cir. Ct. Cook County, Ill. 2011); *Parone et al. v. m-Qube, Inc. et al.* (Cir. Ct. Cook County, Ill. 2010); *Williams et al. v. Motricity, Inc. et al.* (Cir. Ct. Cook County, Ill. 2011); *Walker et al. v. OpenMarket, Inc. et al.* (Cir. Ct. Cook County, Ill. 2011); *Schulken at al. v. Washington Mutual Bank, et al.* (N.D. Cal. 2011); *In re Citibank HELOC Reduction Litigation* (N.D. Cal 2012); *Rojas v. Career Education Corp*. (N.D. Ill. 2012); *Murray et al. v. Bill Me Later, Inc.* (N.D. Ill. 2014); *Gomez et al v. Campbell-Ewald Co.* (C.D. Cal. 2014); *Manouchehri, et al. v. Styles for Less, Inc., et al.* (S.D. Cal. 2016); *Valladares et al. v. Blackboard, Inc. et al.* (Cir. Ct. Cook County, Ill. 2016); *Hooker et al v. Sirius XM Radio, Inc.*, (E.D. Va. 2017); *Flahive et al v. Inventurus Knowledge Solutions, Inc.* (Cir. Ct. Cook County, Ill. 2017); *Serrano et al. v. A&M (2015) LLC* (N.D. Ill. 2017); *Vergara et. al. v. Uber Technologies, Inc.* (N.D. Ill. 2018); *Zepeda v. International Hotels Group, Inc. et. al.* (Cir. Ct. Cook County, Ill 2018); *Kovach et al v. Compass Bank* (Cir. Ct. Jefferson County, AL 2018); *Zhirovetskiy v. Zayo Group, LLC* (Cir. Ct. Cook County, Ill. 2019).

10.     The attorneys of McGuire Law have intimate knowledge of the law in the field of telecommunications and cellular telephony. Recognized as pioneers in the field of consumer class actions involving such claims brought under the TCPA, McGuire Law attorneys have served as counsel of record for groundbreaking TCPA rulings involving cellular telephony obtained at the federal district and appellate court levels, as well as at the U.S. Supreme Court. *See, e.g., Shen et al. v. Distributive Networks, Inc.* (N.D. Ill. 2007); *Weinstein et al. v. The Timberland Co., et al.* (N.D. Ill. 2008); *Satterfield et al. v. Simon & Schuster* (N.D. Cal. 2010); *Espinal et al. v. Burger King Corporation et al.* (S.D. Fla. 2010); *Lozano v. Twentieth Century Fox* (N.D. Ill. 2011); *Kramer et al. v. Autobytel et al*. (N.D. Cal. 2011); *Rojas et al. v. Career Education Co.* (N.D. Ill. 2012); *Ellison et al. v. Steven Madden, Ltd.* (C.D. Cal. 2013); *Robles et al. v. Lucky Brand Dungarees, Inc. et al.* (N.D. Cal. 2013); *Pimental et al. v. Google, Inc. et al.* (N.D. Cal. 2013); *In re Jiffy Lube Spam Text Litigation* (S.D. Cal. 2013); *Lee et al. v. Stonebridge Life Ins. Co. et al*. (N.D. Cal. 2013); *Valladares et al v. Blackboard, Inc.* (N.D. Ill. 2015); *Campbell-Ewald Co. v. Jose Gomez*, 136 S. Ct. 663 (2016).

11.     I received my B.A. from the University of Michigan, and I graduated from the University of Illinois College of Law in 2002. In addition to my class action experience, I have extensive experience in complex commercial litigation and have regularly litigated cases in state and federal trial and appellate courts across the nation, including in the U.S. District Court for the Northern District of Illinois, the Ninth Circuit Court of Appeals, the Judicial Panel on Multidistrict Litigation, and the U.S. Supreme Court, where I recently served as co-lead counsel in a case of seminal importance to class action jurisprudence nationwide. *See Campbell-Ewald Co. v. Jose Gomez*, 136 S. Ct. 663 (2016).

12.     Myles McGuire is the Managing Partner of McGuire Law. Mr. McGuire has been recognized as a leader in class actions and technology law by his peers and courts around the country and has been appointed lead counsel in numerous state and federal class actions.  Mr. McGuire has successfully prosecuted claims on behalf of his clients in numerous trial and appellate courts at both the state and federal levels throughout the country involving consumer fraud, unfair competition, invasion of privacy, false advertising and breach of contract, among others. Mr. McGuire is a graduate of Marquette University and Marquette University Law School and is admitted to practice in the Illinois Supreme Court, Wisconsin Supreme Court, and the U.S. Supreme Court, where he was co-lead counsel in the *Campbell-Ewald Co. v. Gomez* matter. Prior to founding McGuire Law, P.C. in 2013, Mr. McGuire was a managing member of Edelson McGuire, LLC.

13.     My colleague Eugene Y. Turin also has extensive experience in litigating class action cases in state and federal courts, and has been significantly involved, if not the primary lead attorney, in dozens of class action suits across the country, including numerous TCPA class actions that are currently pending in the Northern District of Illinois. *See, e.g.*, *Jaffe et al v. eRelevance Corp. et. al.,* No. 17-cv-03712 (N.D. Ill.); *Garcia et al v. Target Corporation*, 16-cv-02574 (D. Minn.); *Oliver et al v. The Men's Wearhouse*, 16-cv-01100 (C.D. Cal.); *Snyder et al v. iCard Systems, LLC* No. 15-cv-61718 (S.D. Fla.). Mr. Turin received his B.A. from Loyola University Chicago and graduated from the Loyola University Chicago School of Law in 2014.

14.     I and the other attorneys at McGuire Law have diligently investigated the facts and claims in this matter and have dedicated substantial resources to this matter. McGuire Law has expended significant resources on diligently prosecuting this action since 2017, including, among other things, investigating the nature of the unauthorized text messages and phone calls at issue;

6

# MCGUIRE LAW, P.C. FIRM RESUME

MCGUIRE LAW, P.C. is a consumer class action and complex litigation law firm located in Chicago, Illinois.

Our attorneys have been recognized as leaders in these fields by state and federal legislatures, national media groups, the courts, and our peers. Our reputation for capable prosecution of class action litigation has led many state and federal courts to appoint us class counsel in many high-profile class action lawsuits, including in matters before the U.S. Supreme Court, the mobile content class actions against major cellular telephony providers, product liability litigation involving major automobile manufacturers, biometric information privacy cases and the home equity credit reduction cases against major banks and other financial institutions. We have been asked to submit testimony to Members of Congress on issues related to class actions and have repeatedly worked with federal and state regulatory agencies involving matters at issue in our cases. Our attorneys have appeared on local and national television and radio programs to discuss our cases and class actions and consumer protection issues more generally. Our attorneys are frequently invited to speak to the press and others about consumer protection and class action issues and to serve as testifying experts in cases involving class actions and consumer issues.

## CLASS ACTION PRACTICE GROUP

McGuire Law, P.C. is a leader in plaintiffs' class and mass action litigation, with a particular emphasis on class actions involving telecommunications and cellular telephone technology. As has been recognized by federal and state courts throughout the country, attorneys at our firm have an extensive history of experience in complex class action litigation, and are well-respected in the plaintiff's class action bar. As put by a leading arbitrator: "The proof of [the firm's attorneys'] experience, reputation, and abilities is extraordinary…. Each [of their cases] elaborates on the experience and unique success [they] have had in achieving leading roles in the area of 'technology consumer protection class actions." (Arbitration award in mobile content class action settlement). In appointing McGuire's firm co-lead counsel, a federal court pointed to our ability to be "vigorous advocates, constructive problem-solvers, and civil with their adversaries." *In re JPMorgan Chase Home Equity Line of Credit Litig.*, No. 10 C 3647 (N.D. Ill., July 16, 2010).

We have been recognized as pioneers in in the field of consumer class actions involving unauthorized telephone calls under the Telephone Consumer Protection Act ("TCPA") and have litigated and settled some of the largest such consumer class actions in the country. *See, e.g., In re Jiffy Lub Int'l, Inc. Text Spam Litig.*, No. 11-MD-02261, Dkt. 25 (S.D. Cal. Oct. 31, 2011) (order appointing McGuire's firm interim lead counsel of seven consolidated class actions).

We have several sub-groups within our plaintiffs' class practice group:

***Technology Class Actions:*** McGuire attorneys have established key precedents in a variety of consumer protection statutes applied to emerging technologies, such as the TCPA, resulting in the settlement of numerous nationwide class actions involving both cellular and landline telephony, including against industry leaders such as Verizon, AT&T, and many others, and collectively worth over one hundred million dollars.

### Representative Settlements:

- *McFerren v. AT&T Mobility, LLC,* No. 08-CV-151322 (Fulton County Sup. Ct., GA): Lead counsel in class action settlement involving 16 related cases against the largest wireless service provider in the nation. The "no cap" settlement provided fully refunded a nationwide class of consumers who alleged incurring unauthorized mobile content charges on their cell phone bills.

- *Paluzzi v. Cellco Partnership*, No. 07 CH 37213 (Cook County, Illinois): Lead counsel in class action settlement involving more than two dozen cases alleging unauthorized mobile content charges. Resulted in class settlement for $36 million.

- *Lozano v. 20th Century Fox*, No. 09-cv-05344 (N.D. Ill): Lead counsel in class action alleging that defendants violated federal law by sending unsolicited text messages to consumers' cellular telephones. Resulted in class settlement for $16 million.

- *Gray v. Mobile Messengers America, Inc.*, No. 08-CV-61089 (S.D. Fla.): Lead counsel in case alleging unauthorized charges placed on cell phone bills. Resulted in class settlement for $12 million.

- *Parone v. m-Qube, Inc.*, No. 08 CH 15834 (Cook County, Illinois): Lead counsel in class action involving over two dozen cases alleging the imposition of unauthorized mobile content charges. Resulted in class settlement for $16 million.

- *Rojas v. CEC*, No. 1:10-cv-05260 (N.D. Ill): Lead counsel in class action alleging that defendants violated federal law by sending unsolicited text messages to cellular telephones of consumers. Resulted in class settlement for $19 million.

- *Kramer v. B2Mobile, et al*, No. 0-cv-02722 (N.D. Cal.): Lead counsel in class action alleging violation of federal law by sending unsolicited text messages to cellular telephones of consumers. Resulted in class settlement for $12 million.

- *Satterfield v. Simon & Schuster*, No. C 06 2893 CW (N.D. Cal): Co-lead counsel in class action alleging violation of federal law by sending unsolicited text messages to cellular telephones of consumers. Resulted in class settlement for $10 million.

- *Williams, et al. v. Motricity, Inc. et al.*, Case No. 09 CH 19089 (Cook County, Illinois): Lead counsel in class action involving more than two

dozen cases alleging the imposition of unauthorized mobile content charges. Resulted in class settlement for $9 million.

- *VanDyke v. Media Breakaway, LLC*, No. 08 CV 22131 (S.D. Fla.): Lead counsel in class action alleging unauthorized mobile content charges. Resulted in class settlement for $7 million.

- *Weinstein, et al. v. Airit2me, Inc.*, Case No. 06 C 0484 (N.D. Ill): Co-lead counsel in class action alleging violation of federal law by sending unsolicited text messages to cellular telephones of consumers. Resulted in class settlement for $7 million.

- *Gresham v. Cellco Partnership*, No. BC 387729 (Los Angeles Sup. Ct.): Lead counsel in class action alleging unauthorized charges were placed on cell phone bills. Resulted in class settlement providing full refunds.

- *Duffy v. Nevis Mobile, LLC*, No. 08 CH 21376 (Cir. Ct. Cook County, IL): Lead counsel in certified class action against mobile content provider for unauthorized mobile content charges resulting in default judgment over $10 million.

- *In re Jiffy Lub Int'l, Inc. Text Spam Litig.*, No. 11-MD-02261 (S.D. Cal.) Lead counsel in class action alleging violation of federal law by sending unsolicited text messages to cellular telephones of consumers. Resulted in class settlement for $47 million.

- *Murray v. Bill Me Later, Inc.* No. 12-cv-04789 (N.D. Ill.): Co-lead counsel in class action brought on behalf of consumers for deceptive debt collection technology. Resulted in class settlement for nearly $10 million.

- *Valladares v. Blackboard, Inc.* No. 16-CH-04620 (Cir. Ct. Cook County, Ill.): Lead counsel in class action brought on behalf of consumers for misdirected school attendance practices. Resulted in class settlement for $7.5 million.

- *Hooker v. Sirius XM, Inc.* No. 13-cv-00003 (E.D. Va.): Co-lead counsel in class action brought on behalf of consumers for unsolicited marketing practices. Resulted in class settlement for $35 million.

- *Truong v. Peak Campus Management, Inc.* No. 16-CH-09735 (Cir. Ct. Cook County, Ill.): Co-lead counsel in class action brought on behalf of consumers for unsolicited marketing practices. Resulted in class settlement for $7 million.

- *Vergara v. Uber Technologies, Inc.* No. 15-cv-06942 (N.D. Ill.): Co-lead counsel in class action brought on behalf of consumers for unsolicited marketing practices. Resulted in class settlement for $20 million.

- *Kovach v. Compass Bank* No. 01-CV-90250 (Cir. Ct. of Jefferson County, Ala.): Lead counsel in class action brought on behalf of consumers for deceptive debt collection technology. Resulted in class settlement for nearly $6.8 million.

3

- *Oliver v. Mens Wearhouse, Inc.* No. (C.D. Cal.): Lead counsel in class action brought on behalf of consumers for unsolicited marketing practices. Resulted in class settlement for $2 million.

**_Data Class Actions_**:  McGuire's firm has litigated numerous class actions involving issues of first impression against Facebook, Apple, Netflix, and others involving the failure to protect customers' private information.

**Representative Cases:**

- *In re Netflix Privacy Litigation*, 11-cv-00379 (N.D. Cal): Lead counsel in a suit alleging that defendant violated the Video Privacy Protection Act by illegally retaining customer viewing information.  Case settled for $9 million.
- *In re Facebook Privacy Litigation*, 10-cv-02389 (N.D. Cal.): Co-lead counsel in a suit alleging that Facebook unlawfully shared its users' sensitive personally identifiable information with Facebook's advertising partners.
- *In re Zynga Privacy Litigation*, 10-cv-04680 (N.D. Cal.): Co-lead counsel in a suit against gaming application designer for the alleged unlawful disclosure of its users' personally identifiable information to advertisers and other third parties.
- *Abrams v. Facebook, Inc.*, No.  07-05378 (N.D. Cal.):  Lead counsel in an injunctive settlement concerning the transmission of allegedly unauthorized content.

**_Banking Class Actions_**:   McGuire attorneys were at the forefront of class action litigation from the aftermath of the economic collapse in 2008 and the federal bailouts of the banks, including nationwide class actions based on claims that some of the largest national banks unlawfully suspended home equity lines of credit lines and failed to honor loan modification programs.

**Representative Settlements:**

- *Hamilton v. Wells Fargo Bank, N.A.*, 09-cv-04512 (N.D. Cal.): Lead Counsel in class actions challenging Wells Fargo's suspensions of home equity lines of credit.  Nationwide settlement restored access to over $1 billion in credit and provided industry leading service enhancements and injunctive relief.
- *In re JP Morgan Chase Bank Home Equity Line of Credit Litigation*, 10-cv-3647 (N.D. Ill): Co-lead counsel in nationwide class action alleging illegal suspensions of home equity credit lines. Resulted in a class settlement providing for the reinstatement of more than $2 billion in consumer credit.

4

- *Levin v. Citibank, N.A.*, C-09-0350 (N.D. Cal.): Co-lead counsel in nationwide class action alleging illegal suspensions of home equity credit lines. Resulted in class settlement providing hundreds of millions of dollars in consumer credit.

**_Biometric Privacy Litigation:_** McGuire Law is the national leader in litigation involving the Illinois Biometric Information Privacy Act ("BIPA"), particularly the distinct subset of BIPA employment litigation. Since the surge in biometric privacy litigation in 2017, McGuire attorneys have been appointed class counsel in numerous BIPA settlements.

### Representative Settlements:

- *Zhirovetskiy v. Zayo Group, LLC,* 17-CH-09323 (Ill. Cir. Ct. Cook Cnty.): Lead class counsel in BIPA class action in which nearly $1 million fund was recovered on behalf of class of 2,200 workers.
- *Svagdis v. Alro Steel Corp.,* 17-CH-12566 (Ill. Cir. Ct. Cook Cnty.): Lead class counsel in BIPA employee timekeeping case establishing $300,000 fund for class of approximately 300 employees.
- *Zepeda v. Intercontinental Hotels Group, Inc.*, 18-CH-2140 (Ill. Cir. Ct. Cook Cnty.): Appointed lead class counsel in BIPA action, recovering $500,000 for class of 1,000 employees.

**_General Consumer Protection Class Actions:_** McGuire's firm has successfully prosecuted class action suits against computer software companies, technology companies, pharmaceutical manufacturers, retail chains, and other businesses on behalf of consumers.

### Representative Settlements & Appointments:

- *Espinal v. Burger King Corporation*, No. 1:09-cv-20982 (S.D. Fla.): Lead counsel in deceptive marketing class action. Resulted in class settlement of $250 cash per claimant class member.
- *Ryan v. Snackable Media, LLC,* No. 1:08-CH-31842 (Cir. Ct. Cook County, IL): Lead counsel in class action alleging deceptive billing practices. Resulted in class settlement of over $7 million of benefits to class members.
- *Jepsen v. ClubTexting, Inc.,* No. 1:08-cv-05508 (N.D. Ill.): Lead counsel in deceptive marketing class action. Resulted in class settlement of $50 cash per claimant class member.
- *Valdez v. Sprint-Nextel Corporation,* No. 06-cv-07587 (N.D. Cal.): Part of team of attorneys in class action alleging deceptive billing practices. Resulted in class settlement of over $3 million in benefits to class members.
- *Sheeley v. Wilson Sporting Goods, Inc.* No. 1:18-CH-09345 (Cir. Ct. Cook County, Ill.): Lead counsel in products liability case for premium youth baseball bats. Resulted in class settlement of $350 cash per class member claimants.

5

- *Valsartan Products Liability Litigation* No. 19-MD-02875 (D. N.J.): Plaintiffs' Steering Committee member in products liability MDL for defective pharmaceuticals containing carcinogenic properties.

Our cases regularly receive attention from local and national media. Our cases have been reported in the *Chicago Tribune*, *USA Today*, the *Wall Street Journal*, the *New York Times*, the *LA Times*, by the Reuters and UPI new services, and BBC International. Our cases have appeared in numerous electronic media, including CNN, Fox News, NPR, and CBS, as well as programming outside of the United States.

## GENERAL COMMERCIAL LITIGATION

Our attorneys have handled a wide range of general commercial litigation matters, from partnership and business-to-business disputes, to litigation involving corporate takeovers. We have handled cases involving tens of thousands of dollars to "bet the company" cases involving billions of dollars. Our attorneys have collectively prosecuted hundreds of class actions, as well as participated in scores of arbitrations and mediations. All of our attorneys regularly practice in state and federal trial and appellate courts.

## ATTORNEYS

**MYLES MCGUIRE** is Managing Partner of MCGUIRE LAW. He has been recognized as a leader in class actions and technology law by his peers and courts around the country.

Myles has been appointed lead counsel in numerous state and federal class actions, including dozens of TCPA cases, resulting in hundreds of millions of dollars for his clients. He is regularly asked to weigh in on state and federal legislation involving his cases. An experienced litigation and appellate attorney, Myles has litigated class actions that have established precedent concerning the legality of converting cellular telephones into credit cards, the applicability of consumer protection statutes to Internet businesses, and the interpretation of numerous other state and federal statutes including the Telephone Consumer Protection Act. He has successfully prosecuted numerous claims on behalf of his clients in trial and appellate courts at both the state and federal levels throughout the country involving consumer fraud, unfair competition, invasion of privacy, false advertising and breach of contract, among others.

Myles' practice includes the prosecution of nationwide and regional litigation, including multidistrict and putative class action litigation, and on appeals arising out of such litigation including in the U.S. Supreme Court where he presently serves as co-lead counsel in a class action of fundamental importance for class action jurisprudence nationwide.

Myles has settled dozens of class actions and has served as class counsel to many groundbreaking settlements in state and federal courts. As lead counsel, he has also secured settlements in cases of first impression involving Facebook, AT&T, eBay and among many others, collectively worth hundreds of millions of dollars.

Myles has been asked by members of Congress to comment on proposed legislation involving the telecommunications industry and has provided testimony on related matters to state regulatory bodies including the California Public Utilities Commission (CPUC) and the Office of the Attorney General of the State of Florida, among others. He has repeatedly been recognized as an Illinois Super Lawyer and as one of top attorneys under the age of 40.

Myles has represented clients in the technology and consumer product industries in a variety of commercial disputes, including intellectual property and employment matters. Myles also counsels companies on legal compliance and legislative issues in addition to handling many types of complex litigation.

Myles is admitted to practice in multiple state and federal courts throughout the country, including the U.S. Supreme Court, Illinois Supreme Court and the Wisconsin Supreme Court.

Myles is a graduate of Marquette University and Marquette University Law School.


**EVAN M. MEYERS** is a Partner at MCGUIRE LAW. Evan is an experienced trial and appellate litigator who has handled all aspects of the litigation process – from pleadings through trial – for a broad range of complex litigation matters, including product manufacturing defects, healthcare technology, telecommunications, consumer fraud, and business torts. Evan has extensive experience with consumer protection class action litigation, including matters involving technology, banking, privacy, and product defects, and has served as a lead attorney and has been appointed class counsel in numerous class actions, including numerous TCPA class actions, that have recovered hundreds of millions of dollars in damages for consumers across the nation.

Evan has led litigation against major financial institutions in the wake of the financial crash of 2008. As co-lead counsel, Evan secured settlements with Citibank, Chase and Wells Fargo, among others, restoring hundreds of millions of dollars in credit lines to consumers.

An accomplished oral advocate, Evan has successfully argued before multiple trial and appellate courts, including the Ninth Circuit Court of Appeals in the seminal class action case of *Gomez v. Campbell-Ewald Co*. 768 F.3d 871 (9th Cir. 2014), where he secured reversal of summary judgment prior to grant of a petition for writ of certiorari by the U.S. Supreme Court.

Prior to joining MCGUIRE LAW, Evan was Senior Counsel at the class action litigation firm Edelson McGuire, LLC and was a litigation associate at the national law firm Drinker Biddle & Reath LLP, where he represented a wide range of clients including Fortune 500 companies and municipalities. Additionally, Evan served as a judicial extern for the Hon. Wayne R. Andersen (Ret.) of the U.S. District Court for the Northern District of Illinois. Evan has been admitted to practice in numerous courts, including the U.S. Supreme Court, the Ninth Circuit Court of Appeals, the Northern District of Illinois, and the Illinois Supreme Court.

Evan received his J.D., *cum laude*, from the University of Illinois College of Law and his B.A., with distinction, from the University of Michigan.

**EUGENE Y. TURIN** is an Associate at MCGUIRE LAW. Eugene concentrates his practice on consumer class action litigation as well as civil and commercial litigation, and has prosecuted dozens of TCPA class actions, many of which he has been appointed class counsel. Eugene currently prosecutes class action litigation ongoing in federal district courts across multiple states, including California, Indiana and Nevada, as well as handling appellate work before the Ninth Circuit Court of Appeals.

Prior to joining MCGUIRE LAW, Eugene was an extern for Justice Terrence J. Lavin at the Illinois Appellate Court, and worked at a boutique plaintiff's medical malpractice firm where he handled catastrophic injury and wrongful death litigation.

Eugene has been admitted to practice in several courts including, the Ninth Circuit Court of Appeals, the Seventh Circuit Court of Appeals, the Northern District of Illinois, and the Illinois Supreme Court. Eugene received his J.D., *magna cum laude*, from the Loyola University School of Law, where he also received his certificate in trial advocacy and was a member of the Loyola Law Journal and the ABA National Moot Court team. Eugene received his B.A., *summa cum laude*, from Loyola University Chicago.

**PAUL T. GESKE** is an Associate at MCGUIRE LAW. Paul's practice consists of prosecuting consumer class action litigation in Illinois.

Prior to joining MCGUIRE LAW, Paul was a semester associate at Segal McCambridge Singer & Mahoney, Ltd., a national law firm based in Chicago. At Segal McCambridge, Paul handled numerous products liability-related matters, including mass tort and asbestos cases, and worked with the nascent data breach and cyber-security practice group, where he was involved in the defense of several data breach class actions.

Paul received his J.D., *magna cum laude*, from the Chicago-Kent College of Law, where he was an executive articles editor of the Chicago-Kent Law Review and an editor for the Seventh Circuit Review. He was also inducted into the Order of the Coif.

Paul has also served as a judicial extern to Justice James Epstein (Ret.) of the Illinois First District Court of Appeals, Fourth Division. In addition to being published in multiple legal journals, Paul also holds several awards, including the American Bankruptcy Institute's Medal of Excellence and the first place prize in the Judge John D. Schwartz writing competition.

Paul earned his B.A., *cum laude*, from the University of Illinois at Chicago and is currently a member of the Chicago Bar Association and the American Bar Association.

**DAVID L. GERBIE** is an Associate at MCGUIRE LAW whose practice is focused on civil, commercial, and data privacy class action litigation. David is admitted to practice in Illinois, Wisconsin, and the Northern District of Illinois. David is significantly involved, if not the lead attorney, in dozens of class actions, including numerous class actions brought under the TCPA.

Prior to joining MCGUIRE LAW, David clerked for a civil rights firm in Madison, Wisconsin where he researched and briefed constitutional legal issues while working to protect individuals' civil rights.

Paul received his J.D. from the University of Wisconsin Law School. While in law school, David served as Vice-President of the University of Wisconsin Law School Mock Trial Team and competed in the Texas Young Lawyers Association National Trial Competition. David also spent a year during law school working with the Wisconsin Innocence Project to exonerate wrongfully convicted prisoners

**JAD SHEIKALI** is an Associate at MCGUIRE LAW. Jad's practice is focused on prosecuting biometric privacy and data privacy class actions. Jad is a Certified Information Privacy Professional for the United States Privacy Sector (CIPP/US). Jad is admitted to practice in Illinois, Georgia, the United States Court of Appeals for the Seventh Circuit, and the U.S. District Court for the Northern District of Illinois. Jad is currently prosecuting dozens of matters on behalf of scores of clients in class actions in state and federal courts throughout the country, including numerous BIPA and privacy-related matters.

Prior to joining MCGUIRE LAW, Jad was an associate at the civil defense firm, Bollinger Connolly Krause, LLC. At Bollinger, Jad handled all pre-trial litigation for a voluminous caseload involving mass torts, products liability, wrongful death, and other high exposure matters.

Jad received his J.D. from Loyola University Chicago School of Law, where he was the recipient of the CALI Excellence Award for most outstanding legal writing. Jad received his B.A., *cum laude*, from the University of Florida.

**WILLIAM P. KINGSTON** is an Associate at MCGUIRE LAW. William concentrates his practice in consumer class action and data privacy litigation, including biometric privacy litigation. William is admitted to practice law in Illinois and before the U.S. District Court for the Northern District of Illinois.

Prior to joining MCGUIRE LAW, William advocated for underserved populations while working in a Fair Housing Clinic in Chicago, fighting against racial and income-based discrimination in housing. In furtherance of his public interest efforts, William organized a community outreach program for union members in Chicago as a member of an affiliate of the AFL-CIO.

William received his J.D. from the John Marshall Law School and received his B.A. from Dalhousie University.

**TIMOTHY P. KINGSBURY** is an Associate at MCGUIRE LAW where he concentrates his practice on biometric privacy, consumer protection, product defect, and mass tort litigation. Tim is admitted to practice in Illinois and in the Northern District of Illinois.

Prior to joining MCGUIRE LAW, Tim clerked for a leading Chicago-area defense firm and apprenticed in the legal department of one of the country's largest franchisors. Tim received his J.D., *cum laude,* from the University of Illinois College of Law, where he served as an editor of the Illinois Law Review and as a member of the Community Preservation Clinic of Champaign-Urbana, where he represented the underprivileged in foreclosure proceedings.

Tim received his B.A. from Princeton University and is a member of Illinois State Bar Association and the Chicago Bar Association.

**ANDREW T. HELDUT** is an Associate at MCGUIRE LAW where he concentrates his practice on consumer protection matters. Andrew assists in the prosecution of several class action lawsuits and is admitted to practice law in Illinois and in the Northern District of Illinois.

Prior to joining McGuire Law, P.C., Andrew served as an assistant to various aldermanic campaigns in Chicago and for the office of U.S. Senator Richard J. Durbin. Andrew received his J.D. from the John Marshall Law School, where he served in various student organizations focused on achieving peace and economic development in Eastern Europe and the Middle East.

Andrew received his B.A. from the University of Strathclyde and is a member of American Bar Association and the Chicago Bar Association.

evaluating the facts giving rise to the claims asserted by Plaintiffs, including potential defenses thereto; investigating Defendant's dialing practices, including investigating the technology and equipment used to send the text messages and phone calls at issue; conducting extensive written and oral discovery; successfully briefing Defendant's motion to stay and Plaintiff Prather's motion to compel discovery; participating in the mediation that led to the Parties reaching a settlement agreement in principle; and drafting the final executed settlement agreement, including participating in communications and negotiations involving, among others, the claims administration process, the scope of release, and the compensation provided to class members. I believe the settlement reached in this matter is fair and in the best interests of the class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 2, 2019 in Chicago, Illinois.

/s/ Evan M. Meyers
Evan M. Meyers