UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Myesha Prather
       Plaintiff,

v.               Case No.: 1:17−cv−00481
              Honorable Manish S. Shah

Wells Fargo Bank, N.A.
       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 8, 2019:

  MINUTE entry before the Honorable Manish S. Shah: 17−cv−481: The motions for preliminary approval of settlement [80] and to file excess pages [78] are granted and no appearance on the motions is necessary. The court concludes that the settlement is within the range of approval at this stage. It was the product of an arm's length negotiation with a mediator, and is expected to provide tangible relief to participating class members. Counsel involved in other related litigation has participated in the negotiation, and all parties have been reasonably informed about the merits. The settlement value (after deducting for expected fees and costs) adequately takes into account significant litigation risk on both sides, and the proposed class representatives can adequately represent the interests of the class. The fees and costs fall within the range of preliminary approval (but will necessarily be subject to closer scrutiny at the final approval stage). The Rule 23 requirements for class certification have been met, for purposes of settlement. The parties shall submit a revised preliminary approval order with dates certain. A final approval hearing is set for 12/10/19 at 9:30 a.m. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.