# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JOSEPH DUNN, HELEN IEHL, ALBERT PIETERSON, JOHN HASTINGS, WINDIE BISHOP, LISA BARNES, ANGELA GARR, and MYESHA PRATHER individually and on behalf of a class of similarly situated individuals,<br><br>*Plaintiffs*,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>*Defendant*. | No. 17-cv-00481<br><br>Hon. Manish S. Shah |

## JOINT MOTION TO MODIFY PRELIMINARY APPROVAL ORDER

Plaintiffs Joseph Dunn, Helen Iehl, Albert Pieterson, John Hastings, Windie Bishop, Lisa Barnes, Angela Garr, and Myesha Prather, on their own behalf and as Class Representatives, and Defendant Wells Fargo Bank, N.A. (together, the "Parties"), hereby jointly move the Court for entry of an Order modifying the previously-entered Preliminary Approval Order to extend the Notice Deadline, the Fee and Expense Application deadline, and the Objection/Exclusion deadline by seven (7) days. In support of their joint Motion, the Parties state as follows:

1. On July 10, 2019, this Court entered an Order granting Plaintiffs' motion for preliminarily approval of a class action settlement agreement (the "Preliminary Approval Order") (Dkt. 84).

2. Under the Settlement Agreement, notice is being provided to Class members through a combination of direct mail and publication notice. Pursuant to the Settlement Agreement, Wells Fargo provided a Notice Database to the Court-appointed

settlement administrator, Epiq Systems, Inc., containing information to be used to attempt to identify and provide direct mail notice to potential Class members.

3. Pursuant to the Preliminary Approval Order, direct mail notice currently must be mailed by September 23, 2019.

4. While the Settlement Administrator has been processing the Notice Database to provide direct mail notice, the Settlement Administrator has not finished determining the addresses for potential Class members; direct Notice therefore *cannot* be mailed by September 23, 2019.

5. Accordingly, so that direct mail Notice can be properly and accurately provided to potential Class members, the Parties request that the current Notice Deadline be extended by seven (7) days, to September 30, 2019.

6. Additionally, in order to ensure that any such extension does not decrease the Class members' deadlines by which to exclude themselves or object, and to ensure that Class Counsel's Fee and Expense Application is filed sufficiently in advance of such deadline, the Parties request that the deadline for submission of the Fee and Expense Application similarly be extended seven (7) days, from October 7, 2019, to October 14, 2019, and that the Objection/Exclusion deadline be extended seven (7) days, from November 6, 2019 to November 13, 2019. The Parties will modify all forms of notice to reflect any and all such modified dates.

7. None of the other dates currently set by the Court in the Preliminary Approval Order, including the Final Approval Hearing set for December 10, 2019 at 9:30 a.m., will be affected by the proposed extensions.

8. The Parties jointly bring this Motion in good faith and solely for the purpose of ensuring the proper and efficient execution of the substantive terms of the Settlement Agreement and Preliminary Approval Order. The Settlement Class Members will not be prejudiced in any way by the requested extension.

WHEREFORE, the Parties respectfully request that the Court enter an Order modifying the Preliminary Approval Order to extend the Notice Deadline, the Fee and Expense Application deadline, and the Objection/Exclusion deadline, by seven (7) days, as follows:

| | |
|---|---|
| Class Notice Mailed by: | September 30, 219 (from September 23, 2019); |
| Fee and Expense Application: | October 14, 2019 (from October 7, 2019); |
| Deadline for Objections/Exclusions: | November 13, 2019 (from November 6, 2019); |

Dated: September 20, 2019    Respectfully submitted,

JOSEPH DUNN, HELEN IEHL, ALBERT PIETERSON, JOHN HASTINGS, WINDIE BISHOP, LISA BARNES, ANGELA GARR, MYESHA PRATHER individually and on behalf of a class of similarly situated individuals

By: /s/ Evan M. Meyers
One of Plaintiffs' Attorneys

Myles McGuire
Evan M. Meyers
Eugene Y. Turin
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002
Fax: (312) 275-7895
mmcguire@mcgpc.com
emeyers@mcgpc.com
eturin@mcgpc.com

Jonathan D. Selbin
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Fl.
New York, NY 10013
Tel: (212) 355-9000
jselbin@lchb.com

Daniel C. Girard
GIRARD SHARP, LLP
601 California Street, 14th Fl.
San Francisco, CA 94108
Tel: (415) 981-4800
dcg@girardgibbs.com

*Counsel for Plaintiffs and Class Counsel*

        WELLS FARGO BANK, N.A.

        By: /s/ Rebecca S. Saelao
        One of its Attorneys

Mark D. Lonergan (*pro hac vice*)
Rebecca S. Saelao (*pro hac vice*)
SEVERSON &WERSON
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Tel: (415) 398-3344
mdl@severson.com
rss@severson.com

*Counsel for Defendant*

4

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 20, 2019, I caused the foregoing *Joint Motion to Modify Preliminary Approval Order* to be electronically filed with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel or record.

By: /s/ Evan M. Meyers