IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH DUNN, HELEN IEHL, ALBERT PIETERSON, JOHN HASTINGS, WINDIE BISHOP, LISA BARNES, ANGELA GARR, and MYESHA PRATHER individually and on behalf of a class of similarly situated individuals, | ) ) ) ) ) ) ) | No. 17-cv-00481 |
| *Plaintiffs*, | ) ) | |
| v. | ) ) ) | Hon. Manish S. Shah |
| WELLS FARGO BANK, N.A., | ) ) | |
| *Defendant*. | ) | |

## ORDER GRANTING JOINT MOTION AND STIPULATION TO MODIFY PRELIMINARY APPROVAL ORDER

This matter having come before the Court on the Parties' *Joint Motion to Modify Preliminary Approval Order* (Dkt. 90) (the "Motion") and the Parties' *Stipulation Regarding Updated Settlement Website* (Dkt 89) (the "Stipulation"), the Court being sufficiently advised, and good cause having been shown:

IT IS HEREBY ORDERED that the Motion and Stipulation are GRANTED. The Court hereby approves www.TCPAWellsFargo.com as the Settlement Website to be used in the Class Notices. Further, the deadlines set forth in the July 10, 2019 Preliminary Approval Order (Dkt. 84) are hereby modified as follows:

| | |
|---|---|
| Settlement Website available by: | September 30, 2019 (from September 23, 2019); |
| Class Notice Mailed by: | September 30, 2019 (from September 23, 2019); |
| Fee and Expense Application: | October 14, 2019 (from October 7, 2019); |

Deadline for Objections/Exclusions: November 13, 2019 (from November 6, 2019);

**SO ORDERED.**

Dated: September 24, 2019

Hon. Manish S. Shah
United States District Judge