# Exhibit C

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

JOSEPH DUNN, HELEN IEHL, ALBERT )
PIETERSON, JOHN HASTINGS, WINDIE )
BISHOP, LISA BARNES, ANGELA GARR, )    No. 17-cv-00481
and MYESHA PRATHER individually and on )
behalf of a class of similarly situated individuals, )
                              )
             *Plaintiffs*, )
                              )    Hon. Manish S. Shah
      v. )
                              )
WELLS FARGO BANK, N.A., )
                              )
             *Defendant*. )

## DECLARATION OF CAMERON R. AZARI, ESQ. ON IMPLEMENTATION AND ADEQUACY OF SETTLEMENT NOTICE PLAN

I, Cameron Azari, declare as follows:

1.      My name is Cameron R. Azari, Esq. I have personal knowledge of the matters set forth herein, and I believe them to be true and correct.

2.      I am a nationally recognized expert in the field of legal notice, and I have served as an expert in dozens of federal and state cases involving class action notice plans.

3.      I am the Director of Legal Notice for Hilsoft Notifications ("Hilsoft"), a firm that specializes in designing, developing, analyzing and implementing, large-scale legal notification plans. Hilsoft is a business unit of Epiq Class Action & Claims Solutions, Inc. ("Epiq").

4.      This declaration will describe the implementation of the Settlement Notice Plan ("Notice Plan" or "Plan") for the Settlement in *Prather, et al. v. Wells Fargo Bank, N.A.*, Case No. 17-cv-00481, in the United States District Court for the Northern District of Illinois, Eastern Division. I previously executed my *Declaration of Cameron R. Azari, Esq. on Settlement Notice Plan,* on July 2, 2019, in which I detailed Hilsoft's class action notice experience and attached

DECLARATION OF CAMERON R. AZARI, ESQ. ON IMPLEMENTATION AND
ADEQUACY OF SETTLEMENT NOTICE PLAN

Hilsoft's *curriculum vitae*. I also provided my educational and professional experience relating to class actions and my ability to render opinions on overall adequacy of notice programs.

## **OVERVIEW**

5.     On July 10, 2019, the Court approved the Notice Plan as designed by Hilsoft and appointed Epiq as the Settlement Administrator in the *Order Preliminarily Approving Class Action Settlement Agreement, Directing Notice of Proposed Class Settlement, and Scheduling a Final Approval Hearing* ("Order"). In the Order, the Court certified the following class:

6.     The Notice Plan is designed to provide notice to the following Settlement Class:

> All persons
>
> a. who were users or subscribers to a wireless or cellular telephone service within the United States to which Wells Fargo made or initiated any Call in connection with the collection or servicing of a mortgage or home equity loan, credit card account, retail installment sale contract for an automobile, automobile loan, overdraft on a deposit account, student loan, or in connection with a fraud alert on a credit card or deposit account, using any automated dialing technology or artificial or prerecorded voice technology;
>
> b. who were not customers of Wells Fargo at the time of the Call; and,
>
> c. who were Called between January 20, 2013 and the entry of the Preliminary Approval Order for Calls placed in connection with automobile loans or fraud alerts on credit cards or deposit accounts; between September 18, 2014 and the entry of the Preliminary Approval Order for Calls placed in connection with credit card accounts; between December 20, 2015 and the entry of the Preliminary Approval Order for Calls placed in connection with student loans or overdrafts on deposit accounts; between March 1, 2016 and the entry of the Preliminary Approval Order for Calls placed in connection with mortgages or home equity loans; or between April 1, 2016 and the entry of the Preliminary Approval Order for Calls placed in connection with retail installment sale contracts for automobiles.
>
> Excluded from the Class are Defendant, any affiliate or subsidiary of Defendant, any entities in which such companies have a controlling interest, the Court and staff to whom this case is assigned, and any member of the Court's or staff's immediate family.

DECLARATION OF CAMERON R. AZARI, ESQ. ON IMPLEMENTATION AND
ADEQUACY OF SETTLEMENT NOTICE PLAN

7.     After the Court's preliminary approval of the Settlement, we began to implement the Notice Program.  This declaration will detail the notice activities undertaken and explain how and why the Notice Plan was comprehensive and well-suited to the Settlement Class.  This declaration will also discuss the administration activity to date.  The facts in this declaration are based on my personal knowledge, as well as information provided to me by my colleagues in the ordinary course of my business at Hilsoft and Epiq.[1]

**CAFA NOTICE**

8.     The Settlement Agreement provides that "Defendant shall be responsible for serving the Class Action Fairness Act ("CAFA") notice required by 28 U.S.C. § 1715 within ten (10) days of the filing of the Preliminary Approval Motion."  (Dkt. 80-1, ¶ 64(h).)

9.     As reflected on the attached Proof of Service, Wells Fargo served Notice of Proposed Class Action Pursuant to 28 U.S.C. § 1715 ("CAFA Notice") on the United States Attorney General, the Attorneys General for the 50 states, DC, and the U.S. Territories, and on the Office of the Comptroller of Currency and OCC-National Bank Examiners, on July 10, 2019, which was within ten days of the filing of the Preliminary Approval Motion, Dkt. 80.  A true and correct copy of the Proof of Service of the CAFA Notice, obtained from Wells Fargo's counsel, is included here as **Attachment 1**.

10.     A true and correct exemplar of the CAFA Notice sent to the Attorneys General and regulators listed in the Proof of Service, obtained from Wells Fargo's counsel, is included here as **Attachment 2**.

---

[1] Capitalized terms not defined herein shall have the meaning given to them in the Settlement Agreement.

11.     The CAFA Notice and Proof of Service describe the documents that were included with the CAFA Notice, along with information regarding "a reasonable estimate of the number of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement," pursuant to 28 U.S.C. § 1715.

## NOTICE PLAN SUMMARY

12.     Rule 23 of the Federal Rules of Civil Procedure directs that the best notice practicable under the circumstances must include "individual notice to all members who can be identified through reasonable effort."[2]  The Notice Plan satisfied this requirement.

13.     The Notice Plan provided for mailed individual notice to all Class Members who were reasonably identifiable.   Since the settlement involves alleged "wrong number" calls, potential Class Members are not customers of Wells Fargo Bank, N.A. ("Wells Fargo").  However, Wells Fargo identified data in the form of the cell phone numbers that were called and marked as "wrong number" calls.  As a result, individual notice was feasible for a very high percentage of potential settlement Class Members.  A targeted, online media effort supplemented the individual notice effort and reached Class Members for whom individual notice may not have been delivered. The combination of individual notice and the measured portions of the paid media plan detailed below reached approximately 92.5% of adults 18+ who have a cell phone and were not Wells Fargo customers at the time they received calls from the bank.

### *Individual Notice*

14.     On August 20, 2019, Epiq received from counsel data records for 931,412 telephone numbers that had been coded as "wrong numbers" by Wells Fargo.   The data from

---

[2] FRCP 23(c)(2)(B).

Wells Fargo included (a) the cellular telephone numbers associated with a "wrong number" code in Wells Fargo's records to which Wells Fargo made Calls during the Class Period corresponding to the particular type of account, and (b) the name(s) and last known mailing address(es) for the holder(s) of the account on which the Call was made. The affected cell phone numbers were sent to a third-party address search company to perform "reverse look-ups." The reverse look-up process is used to identify whether names and physical addresses can be found for each cell phone number.

15. For those records for which the reverse look-up process successfully identified a name and physical address, Epiq compared that data to known Wells Fargo customers. Any record with an exact name and address match to a Wells Fargo customer during the Class Period was removed from the database. After this data analysis was complete, 1,110,386 potential Class Member records were identified for mailing (the "Class List"). The reverse look-up process sometimes identified multiple names and physical addresses thus resulting in more potential Class Member records identified for mailing than the total unique cellular numbers at issue (931,412) contained in the data sent by Wells Fargo.

### *Individual Notice – Mailed Notice*

16. Prior to mailing, all mailing addresses were checked against the National Change of Address ("NCOA") database maintained by the United States Postal Service ("USPS").[3] In addition, the addresses were certified via the Coding Accuracy Support System ("CASS") to ensure the quality of the zip code, and verified through Delivery Point Validation ("DPV") to verify the accuracy of the addresses. This address updating process is standard for the industry

---

[3] The NCOA database contains records of all permanent change of address submissions received by the USPS for the last four years. The USPS makes this data available to mailing firms and lists submitted to it are automatically updated with any reported move based on a comparison with the person's name and known address.

and for the majority of promotional mailings that occur today.

17.     On September 30, 2019, Epiq mailed 1,110,386 Summary Postcard Notices via USPS first class mail to potential settlement Class Members included in the Class List.  Each notice was a two image 4.25" x 5.5" Summary Postcard Notice.  The Summary Postcard Notice directs the recipients to the case website dedicated to the Settlement where they can access additional information.  A copy of the Summary Postcard Notice as printed and mailed is included as **Attachment 3**.

18.     The return address on the Summary Postcard Notice is a post office box maintained by Epiq.  As of November 25, 2019, Epiq has re-mailed 90,003 Summary Postcard Notices for addresses that were corrected through the USPS and via an extra search for different addresses using a third-party lookup service ("ALLFIND", maintained by LexisNexis).  Address updating and re-mailing for undeliverable Summary Postcard Notices is ongoing and will continue through the Final Approval Hearing.

19.     Additionally, a Notice Package (containing a Long Form Notice and Claim Form) was mailed via USPS first class mail to all persons who requested one via the toll-free telephone number.  As of November 25, 2019, Epiq has mailed 2,045 Notice Packages as result of such requests.  A copy of the Long Form Notice and Claim Form are included as **Attachment 4**.

20.     As of November 25, 2019, Summary Postcard Notices for 123,453 potential Class Members remain un-delivered.  The Summary Postcard Notices are estimated to have been delivered to approximately 88.9% of the identified potential Settlement Class Members.

### *Media Notice – Print Notice*

21.     The Publication Notice appeared in a national weekday edition of *USA Today* as a 1/4 page ad unit.  *USA Today* has an average Monday-Thursday circulation of 603,948.  The

Publication Notice is included as **Attachment 5**. A copy of the tear sheet for the insertion is included as **Attachment 6**.

***Media Notice - Internet Banner Notices***

22.    Banner Notices measuring 728 x 90, 300 x 600, 970 x 250, and 300 x 250 pixels were placed online across the popular display ad network of *Google DoubleClick*. The *Google DoubleClick* ad network covers 90% of the U.S. population that is online. The Banner Notices targeted adults 18+ in the U.S. who use a mobile phone (excluding people who bank with Wells Fargo). Because Class Members could be of any demographic group, the online media was targeted broadly. The targeting was as follows on *Google DoubleClick*:

- A18+ whose interests include "Consumer Electronics – Mobile Devices"
- A18+ whose interests include "Lifestyle & Hobbies"
- A18+ whose interests include "Sports & Fitness"
- A18+ whose interests include "Media & Entertainment"

23.    Banner notices measuring 254 x 133 and 1200 x 628 pixels were also placed on *Facebook*. *Facebook is* the leading social networking site with over 200 million users in the U.S. Banner Notices on *Facebook* targeted adults 18+ in the U.S. who use a mobile phone (excluding people who bank with Wells Fargo) as well as the following specific targeting:

- A18+ whose interests include "Lifestyle"
- A18+ whose interests include "Entertainment"

24.    Details of the online notice program as implemented are outlined in the following table.

DECLARATION OF CAMERON R. AZARI, ESQ. ON IMPLEMENTATION AND<br/>ADEQUACY OF SETTLEMENT NOTICE PLAN

| Online | Impressions | Distribution | Run Dates | Unit Size |
|---|---|---|---|---|
| *Facebook* | 15,502,211 | National | 9/30/19-10/20/19 | 254 x 133 & 1200 x 628 |
| *Display Ad Network (Google DoubleClick)* | 101,211,708 | National | 9/30/19-10/20/19 | 300 x 600, 970 x 250, 300 x 250 & 728 x 90 |
| **Total Impressions:** | **116,713,919** | | | |

25.     Combined, approximately 116 million adult impressions were generated by the Banner Notices, which ran from September 30, 2019 through October 20, 2019. Clicking on the Banner Notice linked the reader to the case website, where they could obtain detailed information about the Settlement. Examples of the Banner Notices are included as **Attachment 7**.

### *Internet Sponsored Search Listings*

26.     To facilitate locating the case website, sponsored search listings were acquired on the three most highly-visited internet search engines: *Google*, *Yahoo*, and *Bing*. When search-engine visitors searched on common keyword combinations to identify the Settlement, the sponsored search listings were displayed generally at the top of the page prior to the search results or in the upper right-hand column of the web-browser screen.

27.     The sponsored search lists were acquired from September 30, 2019 through November 13, 2019. The sponsored search listings were displayed 609,083 times, which resulted in 11,332 clicks, which displayed the case website. A complete list of the sponsored search keyword combinations is included as **Attachment 8**. Examples of the sponsored search listing as displayed on each search engine are included as **Attachment 9**.

DECLARATION OF CAMERON R. AZARI, ESQ. ON IMPLEMENTATION AND
ADEQUACY OF SETTLEMENT NOTICE PLAN

*Informational Release*

28.     To build additional reach and extend exposures, on September 30, 2019, a party-neutral Informational Release was issued to approximately 5,000 general media (print and broadcast) outlets across the United States and 4,500 online databases and websites (including websites for large news outlets, local affiliate news stations, business journals and trade organizations).  The Informational Release served a valuable role by providing additional notice exposures beyond those already provided by the paid media.  A copy of the Informational Release as it was distributed is included as **Attachment 10**.

*Case Website, Toll-free Telephone Number, and Postal Mailing Address*

29.     On September 27, 2019, a dedicated website (www.TCPAWellsFargo.com) was established for the Settlement.  At the case website, Class Members are able to obtain detailed information about the case and review key documents, including the Long Form Notice in English and Spanish, Settlement Agreement, Second Amended Complaint, and Preliminary Approval Orders, as well as answers to frequently asked questions ("FAQs").  Importantly, Class Members can file a claim on the case website.  The case website address was displayed prominently in all notice documents.  A copy of the Long Form Notice in Spanish, as included on the case website is included as **Attachment 11**.

30.     As of November 25, 2019, there have been 132,084 unique visitors to the case website and over 417,848 website pages presented.

31.     On September 27, 2019, a toll-free telephone number (1-877-848-4101) was established to allow Class Members to call for additional information, listen to answers to FAQs, request that a Long Form Notice and Claim Form be mailed to them, and submit a telephonic claim.  The toll-free telephone number was displayed prominently in the notice documents as

DECLARATION OF CAMERON R. AZARI, ESQ. ON IMPLEMENTATION AND
ADEQUACY OF SETTLEMENT NOTICE PLAN

well. This automated phone system is available 24 hours per day, 7 days per week. As of November 25, 2019, the toll-free number has handled 7,593 calls representing 24,367 minutes of use.

32.     A post office box for correspondence about the Settlement was established to allow Class Members to contact the Settlement Administrator by mail with any specific requests or questions, including requests for exclusion.

### *Exclusions and Objections*

33.     The exclusion and objection deadline was November 13, 2019. As of November 25, 2019, Epiq has received 45 timely requests for exclusion from the Settlement Class. As of November 25, 2019, I am aware of one objection to the Settlement (which does not relate to notice). A copy of the Exclusion Report is included as **Attachment 12**.

### PERFORMANCE AND DESIGN OF NOTICE PROGRAM

34.     ***Objectives were met.*** The primary objective of this settlement notice effort was to effectively reach the greatest practicable number of settlement Class Members with a "noticeable" Notice of the settlement, and provide them with every reasonable opportunity to understand that their legal rights were affected, including the right to be heard, to object or to exclude themselves, if they so choose. These efforts were successful. As of November 22, 2019, a total of 22,158 claims have been received.

35.     ***The Notice reached Settlement Class Members effectively.*** Our calculations indicate the Summary Postcard Notice combined with the media notice reached approximately 92.5% of the Class. In my experience, this reach percentage met that achieved in many other court-approved settlement notice programs.

36.     ***Notices were designed to increase noticeability and comprehension.*** Because

DECLARATION OF CAMERON R. AZARI, ESQ. ON IMPLEMENTATION AND
ADEQUACY OF SETTLEMENT NOTICE PLAN

10

mailing recipients are accustomed to receiving junk mail, which they may be inclined to discard unread, the program called for steps to bring the Notice to the attention of the Settlement Class. Once people "noticed" the Notices, it was critical that they could understand them. As such, the Notices, as produced, were clearly worded with simple, plain language text to encourage readership and comprehension. The design of the Notices followed the principles embodied in the Federal Judicial Center's illustrative "model" notices posted at www.fjc.gov.

37. The Summary Postcard Notice featured a prominent headline ("**If you received an automated phone call or text message from Wells Fargo Bank, N.A., but were not a Wells Fargo customer, you may be eligible for a cash payment from a class action settlement.**") in bold text. The headline alerts recipients that the Notice is an important document authorized by a court and that the content may affect them, thereby supplying reasons to read the Notice.

38. A Long Form Notice in English and Spanish provided more detailed information to the Settlement Class. The Long Form Notice has a prominent focus on the options that Class Members have, using a straightforward table design, that includes details about the Settlement, such as who is affected, and their rights. A table of contents, categorized into logical sections, helped to organize the information, while a question and answer format made it easy to find answers to common questions by breaking the information into simple headings and brief paragraphs.

## CONCLUSION

39. In class action notice planning, execution, and analysis, we are guided by due process considerations under the United States Constitution, by state and local rules and statutes, and by case law pertaining to the recognized notice standards under Rule 23. This framework directs that the notice plan be optimized to reach the class and, in a settlement class action notice

DECLARATION OF CAMERON R. AZARI, ESQ. ON IMPLEMENTATION AND
ADEQUACY OF SETTLEMENT NOTICE PLAN

situation such as this, that the notice or notice plan itself not limit knowledge of the availability of benefits—nor the ability to exercise other options—to class members in any way. All of these requirements were met in this case.

40.     The Notice Plan includes individual notice to all Class Members who can be identified with reasonable effort. The mailed Postcard Notice, Publication Notice, and Internet Banner Notices reached approximately 92.5% of the Class. The Sponsored Search Listings, Informational Release and Case Website expanded the reach of the Notice Plan even further. In 2010, the Federal Judicial Center issued a Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide. This Guide states that, "the lynchpin in an objective determination of the adequacy of a proposed notice effort is whether all the notice efforts together will reach a high percentage of the class. It is reasonable to reach between 70–95%." Here, we developed and implemented a Notice Plan that readily met that standard.

41.     The Notice Plan as implemented and described above provided for the best notice practicable under the circumstances of this case, conformed to all aspects of the Rule 23, and comported with the guidance for effective notice set out in the Manual for Complex Litigation, Fourth.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 26, 2019, at Beaverton, Oregon.

_____
Cameron R. Azari

DECLARATION OF CAMERON R. AZARI, ESQ. ON IMPLEMENTATION AND
ADEQUACY OF SETTLEMENT NOTICE PLAN

# Attachment 1



# Severson
## &Werson
A Professional Corporation

Rebecca S. Saelao
Attorney
Direct Line: (415) 677-5684
rss@severson.com

One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

July 10, 2019

**VIA OVERNIGHT DELIVERY**

Mr. William Barr
Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

     Re:    Notice of Proposed Class Action Settlement Pursuant to 28 U.S.C. § 1715

Dear Mr. Barr:

     Severson & Werson, A Professional Corporation, represents Wells Fargo Bank, N.A. ("Wells Fargo") in a putative class action lawsuit entitled *Myesha Prather v. Wells Fargo Bank, N.A.*, Case No. 1:17-cv-00481 (the "Action"). This lawsuit is pending before the Honorable Manish S. Shah, in the United States District Court, Northern District of Illinois. This letter is to advise you that the plaintiffs filed a Motion for Preliminary Approval of Class Action Settlement in connection with this lawsuit on July 2, 2019 [Dkt. 80], and the Court issued an Order Preliminarily Approving Class Action Settlement, Directing Notice of Proposed Class Settlement, and Scheduling Final Approval Hearing on July 10, 2019 [Dkt. 84].

| | |
|---|---|
| **Case Name:** | *Myesha Prather v. Wells Fargo Bank, N.A.* |
| **Case Number:** | 1:17-cv-00481 |
| **Jurisdiction:** | United States District Court, Northern District of Illinois |
| **Date Settlement Filed with Court:** | July 2, 2019 |

     In compliance with 28 U.S.C. § 1715(b), the following documents referenced below are included on the CD enclosed with this letter:

     1.    **28 U.S.C. § 1715(b)(1) – Complaint and Related Materials:** Copies of the Complaint and Civil Cover Sheet (Dkt. 1 & 1-1), First Amended Complaint (Dkt. 19), Wells Fargo's Answer to Amended Complaint (Dkt. 26), and the Second Amended Complaint (Dkt. 77) are included on the enclosed CD. These documents are also available on the Court's

07685.1792/14926840.7



Severson
&Werson
A Professional Corporation

Attorney General of the United States
July 10, 2019
Page 2

website at: https://ecf.ilnd.uscourts.gov/cgi-bin/iquery.pl?110810287453126-L_1_0-1.
Additional information about the federal government's Pacer services may be found at
http://pacer.psc.uscourts.gov.

2.      **28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:**  A final
approval hearing is set for December 10, 2019 at 9:30 a.m. before the Honorable Manish S. Shah
in Courtroom 1919 of the Everett McKinley Dirksen United States Courthouse, 219 South
Dearborn Street, Chicago, IL 60604, per Dkt. 82 (July 8, 2019 Order setting final approval
hearing) and Dkt. 84 (Order Preliminarily Approving Class Action Settlement, Directing Notice
of Proposed Class Settlement, and Scheduling Final Approval Hearing), which are enclosed.

3.      **28 U.S.C. § 1715(b)(3)-(4)– Proposed Notifications and Settlement
Agreement:**  The enclosed CD contains a copy of Plaintiffs' Motion for Preliminary Approval of
Class Action Settlement (Dkt. 80) and the Parties' Settlement Agreement (Dkt. 80-1).  The
Settlement Agreement includes proposed notifications to settlement class members, along with
the claim form, as Exhibits 2 through 5 thereto.  (See Settlement Agreement, Dkt. 80-1, Exs. 2-
5.) These documents include proposed notifications of (a) class members' rights to request
exclusion from the class action and (b) the proposed settlement of the class action.  The enclosed
Agreement and its exhibits, including the proposed notifications, are also available on the
Court's website as part of Dkt. 80-1.

4      **28 U.S.C. § 1715(b)(5) – Any Contemporaneous Settlement or Other
Agreement:**  As of the date of this letter, there are no contemporaneous settlement or other
agreements between class counsel and counsel for the defendants.

5      **28 U.S.C. § 1715(b)(6) – (5)  No Final Judgment or Notice of Dismissal:**  No
final judgment or final approval order have been entered as of the date of this letter, nor have any
notices of dismissal been granted at this time.

6      **28 U.S.C. § 1715(b)(7)(A)-(B) – Reasonable Estimates re: Class Members:**
Based upon the best available information, it is not currently feasible to provide the names of
class members who reside in each State or the estimated proportionate share of the claims of
such members to the entire settlement.

Enclosed is a reasonable estimate of the (a) number of class members residing in each
state; and (b) percentage of class members residing in each state, which may serve as a proxy for
the estimated proportionate share of the claims of such members to the entire settlement.

The settlement agreement provides that settlement class members will receive
proportionate shares of the settlement, based on the total number of Approved Claims and the
number of such claims submitted by each Settlement Class Member, with any uncashed amounts
redistributed in equal amounts to those who cash checks, so long as the further distribution



**Severson**
**&Werson**
A Professional Corporation

Attorney General of the United States
July 10, 2019
Page 3

would result in an amount equal or greater than $1.00 per qualifying claimant. (See Settlement Agreement. Dkt. 80-1, at Paragraph 53(h),(n).)

The estimated amount to be distributed to each class member, and the proportionate share of the claims of such class members to the entire settlement, however, cannot be determined with certainty until the court has ruled on class counsel's motion for fees, expenses, and service awards to the named plaintiffs, the final costs of administration are known, and the class administrator has made a determination regarding claims. Amounts recovered by individual settlement class members may vary depending on class counsel's approved fees, costs of administration, and the number of settlement checks actually cashed during the administration of the settlement.

8.     **28 U.S.C. § 1715(b)(8)–Judicial Opinions Related to the Settlement:** Enclosed are the Court's Order Preliminarily Approving Class Action Settlement, Directing Notice of Proposed Class Settlement, and Scheduling Final Approval Hearing (Dkt. 84), and its July 8, 2019 minute order relating to the settlement (Dkt. 82).

The enclosed documents are also available online via the federal Public Access to Court Electronic Records ("PACER") system, available at http://www.pacer.gov.

Wells Fargo Bank, N.A. is represented by the following attorneys:

Mark D. Lonergan
Rebecca S. Saelao
Severson & Werson
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111

Should you have any questions regarding this notice or any of the enclosed information, please feel free to contact these attorneys at the addresses above.

Sincerely,

Rebecca Saelao

Rebecca S. Saelao
Counsel for Wells Fargo Bank, N.A.

Encl.: CD-Rom

Severson
&Werson
A Professional Corporation

Attorney General of the United States
July 10, 2019
Page 4

## Settlement Class Estimates by State

| State | Est. Class Members by State | Est. % of Class Members by State |
|---|---|---|
| AL | 11748 | 2.67% |
| AK | 1320 | 0.30% |
| American Samoa | 0 | 0.00% |
| AZ | 17688 | 4.02% |
| AR | 924 | 0.21% |
| CA | 84128 | 19.12% |
| CO | 10032 | 2.28% |
| CT | 3212 | 0.73% |
| DE | 1364 | 0.31% |
| DC (District of Columbia) | 2156 | 0.49% |
| FL | 47036 | 10.69% |
| GA | 26664 | 6.06% |
| GU (Guam) | 0 | 0.00% |
| HI | 572 | 0.13% |
| ID | 2860 | 0.65% |
| IL | 3828 | 0.87% |
| IN | 2420 | 0.55% |
| IA | 2640 | 0.60% |
| KS | 1320 | 0.30% |
| KY | 1408 | 0.32% |
| LA | 1804 | 0.41% |
| ME | 352 | 0.08% |
| MD | 7876 | 1.79% |
| MA | 1056 | 0.24% |
| MI | 2200 | 0.50% |
| MN | 8624 | 1.96% |
| MS | 2112 | 0.48% |
| MO | 2508 | 0.57% |
| MT | 1496 | 0.34% |
| NE | 2508 | 0.57% |
| NV | 8844 | 2.01% |

Severson
&Werson
A Professional Corporation

Attorney General of the United States
July 10, 2019
Page 5

| State | Est. Class Members by State | Est. % of Class Members by State |
|---|---|---|
| NH | 264 | 0.06% |
| NJ | 14828 | 3.37% |
| NM | 5940 | 1.35% |
| Northern Mariana Islands | 0 | 0.00% |
| NY | 9548 | 2.17% |
| NC | 19228 | 4.37% |
| ND | 836 | 0.19% |
| OH | 3212 | 0.73% |
| OK | 1232 | 0.28% |
| OR | 4312 | 0.98% |
| PA | 13728 | 3.12% |
| PR (Puerto Rico) | 308 | 0.07% |
| RI | 352 | 0.08% |
| SC | 14212 | 3.23% |
| SD | 1496 | 0.34% |
| TN | 4092 | 0.93% |
| TX | 53812 | 12.23% |
| U.S. Virgin Islands | 44 | 0.01% |
| UT | 4708 | 1.07% |
| VT | 220 | 0.05% |
| VA | 14476 | 3.29% |
| WA | 7348 | 1.67% |
| WV | 704 | 0.16% |
| WI | 3432 | 0.78% |
| WY | 968 | 0.22% |
| Total | Est. Class totals no more than 440,000 | 100% |

# Attachment 2

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| JOSEPH DUNN, HELEN IEHL, ALBERT PIETERSON, JOHN HASTINGS, WINDIE BISHOP, LISA BARNES, ANGELA GARR, and MYESHA PRATHER, individually and on behalf of a class of similarly situated individuals, | Case No. 1:17-cv-00481 |
| | Hon. Manish S. Shah |
| *Plaintiffs,* | |
| v. | |
| WELLS FARGO BANK, N.A., | |
| *Defendant.* | |

**PROOF OF SERVICE**

**PROOF OF SERVICE**
*Joseph Dunn, Helen Iehl, Albert Pieterson, John Hastings, Windie Bishop,*
*Lisa Barnes, Angela Garr, And Myesha Prather v. Wells Fargo Bank, N.A.*
U.S.D.C., Northern District of Illinois, Eastern Division; Case No. 1:17-cv-00481

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On July 10, 2019, I served true copies of the following document(s):

**A NOTICE OF PROPOSED CLASS ACTION SETTLEMENT PURSUANT TO 28 U.S.C. § 1715**, dated July 10, 2019 ("Notice Letter"), regarding the Settlement and Motion for Preliminary Approval of Class Action Settlement in the above captioned case (the "Action"), along with a CD, which included the following information and documents:

1.    **28 U.S.C. § 1715(b)(1) – Complaint and Related Materials:** Copies of the Complaint and Civil Cover Sheet (Dkt. 1 & 1-1), First Amended Complaint (Dkt. 19), Wells Fargo's Answer to Amended Complaint (Dkt. 26), and the Second Amended Complaint (Dkt. 77) in the Action.

2.    **28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:** Notice that a final approval hearing is set for December 10, 2019 at 9:30 a.m. before the Honorable Manish S. Shah in Courtroom 1919 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, per Dkt. 82 (July 8, 2019 Order setting final approval hearing) and Dkt. 84 (Order Preliminarily Approving Class Action Settlement, Directing Notice of Proposed Class Settlement, and Scheduling Final Approval Hearing), which were enclosed.

3.    **28 U.S.C. § 1715(b)(3)-(4)– Proposed Notifications and Settlement Agreement:** A copy of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (Dkt. 80) and the Parties' Settlement Agreement (Dkt. 80-1). The Settlement Agreement includes proposed notifications to settlement class members, along with the claim form, as Exhibits 2 through 5 thereto. (See Settlement Agreement, Dkt. 80-1, Exs. 2-5.) These documents, which were included on the CD, include proposed notifications of (a) class members' rights to request exclusion from the class action and (b) the proposed settlement of the class action.

4    **28 U.S.C. § 1715(b)(5) – Any Contemporaneous Settlement or Other Agreement:** A statement that, as of the date of the Notice Letter, there were no contemporaneous settlement or other agreements between class counsel and counsel for the defendants.

5    **28 U.S.C. § 1715(b)(6) – (5)  No Final Judgment or Notice of Dismissal:** A statement that no final judgment or final approval order had been entered as of the date of the Notice Letter, nor had any notices of dismissal been granted at that time.

6    **28 U.S.C. § 1715(b)(7)(A)-(B) – Reasonable Estimates re: Class Members:** A statement that, based upon the best available information, as of the date of the

Notice Letter it was not feasible to provide the names of class members who reside in each State or the estimated proportionate share of the claims of such members to the entire settlement. Enclosed with the Notice Letter was a statement regarding a reasonable estimate of the (a) number of class members residing in each state; and (b) percentage of class members residing in each state, which may serve as a proxy for the estimated proportionate share of the claims of such members to the entire settlement.

8.  **28 U.S.C. § 1715(b)(8)–Judicial Opinions Related to the Settlement:** Enclosed with the Notice Letter were the Court's Order Preliminarily Approving Class Action Settlement, Directing Notice of Proposed Class Settlement, and Scheduling Final Approval Hearing (Dkt. 84), and its July 8, 2019 minute order relating to the settlement (Dkt. 82).

on the persons and entities listed below as follows:

**SEE ATTACHED SERVICE LIST**

**BY FEDEX:** I enclosed said document(s) in an envelope or package provided by FedEx and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FedEx or delivered such document(s) to a courier or driver authorized by FedEx to receive documents.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 19, 2019, at San Francisco, California.

_____
Perla S. Cruz

**SERVICE LIST**

| Addressees |
|---|
| Kevin G. Clarkson<br>Office of the Alaska Attorney General<br>1031 West 4th Avenue, Suite 200<br>Anchorage, AK 99501 |
| Leslie Rutledge<br>Arkansas Attorney General Office<br>323 Center Street, Suite 200<br>Little Rock, AR 72201-2610 |
| CAFA Coordinator<br>Office of the Attorney General<br>Consumer Law Section<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA 94102 |
| William Wong<br>State of Connecticut<br>Attorney General's Office<br>55 Elm Street<br>Hartford, CT 06106 |
| William Barr<br>Attorney General of the United States<br>United States Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |
| Ashley Moody<br>Office of the Attorney General<br>State of Florida<br>PL-01 The Capitol<br>Tallahassee, FL 32399-1050 |
| Clare E. Connors<br>Office of the Hawaii Attorney General<br>425 Queen Street<br>Honolulu, HI 96813 |
| Kwame Raoul<br>Illinois Attorney General<br>James R. Thompson Center<br>100 W. Randolph Street<br>Chicago, IL 60601 |
| Derek Schmidt<br>Kansas Attorney General<br>120 S.W. 10th Ave., 2nd Floor<br>Topeka, KS 66612-1597 |

| Addressees |
|---|
| Jeff Landry<br>Office of the Louisiana Attorney General<br>1885 North Third Street<br>Baton Rouge, LA 70802 |
| Steve Marshall<br>Office of the Alabama Attorney General<br>501 Washington Avenue<br>Montgomery, AL 36104 |
| Mark Brnovich<br>Office of the Arizona Attorney General<br>2005 N. Central Avenue<br>Phoenix, AZ 85004 |
| Phil Weiser<br>Office of the Attorney General<br>Colorado Department of Law<br>Ralph L. Carr Judicial Building<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 |
| Karl A. Racine<br>District of Columbia Attorney General<br>441 4th Street, NW, Suite 1100S<br>Washington, DC 20001 |
| Kathy Jennings<br>Delaware Attorney General<br>Carvel State Office Building<br>820 N. French Street<br>Wilmington, DE 19801 |
| Chris Carr<br>Office of the Georgia Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334-1300 |
| Tom Miller<br>Iowa Attorney General<br>Hoover State Office Building<br>1305 E. Walnut Street<br>Des Moines, IA 50319 |
| Josh Stein<br>Office of the North Carolina<br>Attorney General<br>Department of Justice<br>9001 Mail Service Center<br>Raleigh, NC 27699-9001 |

| Addressees |
|---|
| Doug Peterson<br>Office of the Nebraska Attorney General<br>345 State Capitol<br>Lincoln, NE 68509 |
| Gurbir S. Grewal<br>Office of the New Jersey Attorney General<br>Richard J. Hughes Justice Complex<br>25 Market Street, 8th Floor, West Wing<br>Trenton, NJ 08625 |
| Lawrence G. Wasden<br>State of Idaho Office of the<br>Attorney General<br>700 W. Jefferson Street, Suite 210<br>Boise, Idaho 83720-0010 |
| Curtis T. Hill, Jr.<br>Indiana Attorney General's Office<br>Indiana Government Center South<br>302 West Washington Street, 5th Floor<br>Indianapolis, IN 46204 |
| Andy Beshear<br>Office of the Kentucky Attorney General<br>700 Capitol Ave<br>Capitol Building, Suite 118<br>Frankfort, KY 40601 |
| Maura Healey<br>Office of the Attorney General of<br>Massachusetts<br>1 Ashburton Place, 20th Floor<br>Boston, MA 02108-1518 |
| Aaron Frey<br>Office of the Maine Attorney General<br>6 State House Station<br>Augusta, ME 04333 |
| Office of Minnesota Attorney<br>General Keith Ellison<br>Attention: CAFA Coordinator<br>1400 Bremer Tower<br>445 Minnesota Street<br>St. Paul, MN 55101-2131 |
| Jim Hood<br>Mississippi Attorney General's Office<br>550 High Street, Suite 1200<br>Jackson, MS 39201 |

| Addressees |
|---|
| Wayne Stenehjem<br>North Dakota Office of the Attorney General<br>State Capitol<br>600 East Boulevard Avenue,<br>Department 125<br>Bismarck, ND 58505-0040 |
| Gordon J. MacDonald<br>New Hampshire Attorney General<br>State House Annex<br>33 Capitol Street<br>Concord, NH 03301-6397 |
| Hector Balderas<br>Office of the New Mexico Attorney General<br>408 Galisteo Street<br>Villagra Building<br>Santa Fe, NM 87501 |
| Brian E. Frosh<br>Office of the Maryland Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202-2202 |
| Dana Nessel<br>Office of the Michigan Attorney General<br>G. Mennen Williams Building<br>525 W. Ottawa Street<br>Lansing, MI 48933 |
| Eric Schmitt<br>Missouri Attorney General's Office<br>Supreme Court Building<br>207 W. High Street<br>Jefferson City, MO 65102 |
| Tim Fox<br>Office of the Montana Attorney General<br>Justice Bldg.<br>215 N. Sanders Street<br>Helena, MT 59601 |
| Jason Ravnsborg<br>South Dakota Office of the Attorney General<br>1302 East Highway 14, Suite 1<br>Pierre, SD 57501-8501 |
| Ken Paxton<br>Attorney General of Texas<br>300 W. 15th Street<br>Austin, TX 78701 |

| Addressees |
| --- |
| TJ Donovan<br>Office of the Attorney General of Vermont<br>109 State Street<br>Montpelier, VT 05609-1001 |
| Bob Ferguson<br>Washington State Office of the<br>Attorney General<br>1125 Washington St SE<br>Olympia, WA 98504-0100 |
| Josh Kaul<br>Office of the Wisconsin Attorney General<br>Wisconsin Department of Justice<br>114 East State Capitol<br>Madison, WI 53702 |
| Aaron Ford<br>Nevada Attorney General<br>Old Supreme Ct. Bldg.<br>100 North Carson Street<br>Carson City, NV 89701 |
| Dave Yost<br>Ohio Attorney General<br>State Office Tower<br>30 E. Broad St., 14th Floor<br>Columbus, OH 43215 |
| Ellen F. Rosenblum<br>Office of the Oregon Attorney General<br>Justice Building<br>1162 Court Street, NE<br>Salem, OR 97301-4096 |
| Peter F. Neronha<br>Rhode Island Office of the Attorney General<br>150 South Main Street<br>Providence, RI 02903 |
| Herbert H. Slatery, III<br>Tennessee Attorney General and Reporter<br>War Memorial Building<br>301 6th Avenue North<br>Nashville, TN 37243 |
| Sean D. Reyes<br>Utah Office of the Attorney General<br>Utah State Capitol Complex<br>350 North State Street Suite 230<br>Salt Lake City, UT 84114-2320 |

8

| Addressees |
|---|
| Mark R. Herring<br>Office of the Virginia Attorney General<br>202 North Ninth Street<br>Richmond, Virginia 23219 |
| Patrick Morrisey<br>West Virginia Attorney General<br>State Capitol Complex, Bldg. 1, Room E-26<br>1900 Kanawha Blvd. East<br>Charleston, WV 25305 |
| Bridgett Hill<br>Office of the Wyoming Attorney General<br>Kendrick Building<br>2320 Capitol Avenue<br>Cheyenne, WY 82002 |
| Letitia James<br>Office of the New York Attorney General<br>Department of Law<br>The Capitol<br>Albany, NY 12224 |
| Mike Hunter<br>Oklahoma Office of the Attorney General<br>313 NE 21st Street<br>Oklahoma City, OK 73105 |
| Josh Shapiro<br>Pennsylvania Office of the Attorney General<br>16th Floor, Strawberry Square<br>Harrisburg, PA 17120 |
| Alan Wilson<br>South Carolina Attorney General<br>Rembert Dennis Building<br>1000 Assembly Street, Room 519<br>Columbia, S.C. 29201 |
| Edward Manibusan<br>Northern Mariana Islands Attorney General<br>Administration Building<br>Caller Box 10007<br>Saipan, MP 96950-8907 |
| Denise N. George, Esq.<br>Virgin Islands Attorney General<br>Department of Justice<br>Office of the Attorney General<br>34-38 Kronprindsens Gade<br>GERS Building, 2nd Floor<br>St. Thomas, Virgin Islands 00802 |

| Addressees |
| --- |
| Jason M. Otting<br>Office of the Comptroller of the Currency OCC<br>Headquarters<br>400 7th Street, SW<br>Washington, D.C. 20219 |
| Wanda Vazquez Garced<br>Puerto Rico Attorney General<br>Dept. of Justice<br>Calle Teniente César González 677,<br>Esq. Ave. Jesús T. Piñero<br>San Juan, Puerto Rico 00919 |
| Talauega Eleasalo Ale<br>American Samoa Attorney General<br>Exec. Ofc. Bldg, 3rd Floor<br>Territory of American Samoa<br>Pago Pago, AS 96799 |
| General Leevin Taitano Camacho<br>Office of the Attorney General<br>Office of Guam<br>Administration Division<br>590 S. Marine Corps Drive, Suite 901<br>Tamuning, Guam 96913 |
| EIC: Tanya Smith<br>OCC-National Bank Examiners<br>343 Sansome St., 11th Floor, Suite 1150<br>MAC A0163-110<br>San Francisco, CA 94104 |

# Attachment 3

Wells Fargo TCPA Settlement Administrator
PO Box 4540
Portland, OR 97208-4540

PRESORTED
FIRST-CLASS MAIL
AUTO
U.S. POSTAGE
PAID
PORTLAND, OR
PERMIT NO. 2882

**Unique ID:**

**If you received an automated phone call or text message from Wells Fargo Bank, N.A., but were not a Wells Fargo customer, you may be eligible for a cash payment from a class action settlement.**



1
1

A settlement has been reached in a class-action lawsuit against Wells Fargo Bank, N.A. ("Wells Fargo"). The lawsuit, *Prather, et al. v. Wells Fargo Bank, N.A.*, No. 17-CV-00481 (N.D. Ill.), involves claims that Wells Fargo violated federal law by making automated phone calls and texts to non-customers' cellphones without those persons' permission. The individuals who brought the case allege that Wells Fargo violated the federal Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* ("TCPA") by sending calls and text messages using automated dialing technology or artificial/prerecorded voice technology to non-customers' cellphones without those individuals' prior express consent.

**Why am I being contacted?** Records indicate that you may have received one or more automated telephone calls or text messages from Wells Fargo, but were not a Wells Fargo customer, and that you may be eligible to receive a payment from the settlement.

**What Does the Settlement Provide?** The proposed settlement provides for a fund totaling $17,850,000.00, which will be used to make payments to the class members after first making deductions for notice and administration costs, incentive awards to the class representatives, and attorneys' fees for class counsel. **To receive a settlement check, you must complete and submit a Claim Form by December 23, 2019.** Class Members can file a claim online at www.TCPAWellsFargo.com, or you can visit that website to download a Claim Form and submit it by email at claims@TCPAWellsFargo.com, or by U.S. Mail. For more information about this settlement, including its benefits, your options, and how to submit a claim, please visit www.TCPAWellsFargo.com for more information.

**Am I Included in the Settlement?** You may be entitled to compensation from this Settlement if you received debt collection or account servicing calls or texts from Wells Fargo on your cell phone, even though you were not a Wells Fargo customer at the time. Please see the detailed notice at www.TCPAWellsFargo.com for a more detailed explanation of who is entitled to compensation from the Settlement.

**To receive benefits from this Settlement, you must fill out a Claim Form, sign it, and submit it electronically or by mail on or before December 23, 2019. You may submit your Claim Form online at www.TCPAWellsFargo.com, by email to claims@TCPAWellsFargo.com, or by mail to: Wells Fargo TCPA Settlement Administrator, PO Box 4540, Portland, OR 97208-4540.**

**Your Rights May Be Affected.** If you do not want to be legally bound by the Settlement, you must exclude yourself by **November 13, 2019.** If you do not exclude yourself, you will release your claims against Wells Fargo, as more fully described in the Settlement Agreement available for review at www.TCPAWellsFargo.com. If you stay in the Settlement, you may object to it by **November 13, 2019**. The Detailed Notice available at www.TCPAWellsFargo.com explains how to exclude yourself or object. The Court is scheduled to hold a hearing on December 10, 2019 at 9:30 a.m. to consider whether to approve the Settlement, Class Counsel's request for attorneys' fees of up to 1/3 of the Settlement Fund, plus expenses, and an incentive award for the Class Representatives of up to $15,000 each. You can appear at the hearing, but you do not have to. You can hire your own attorney, at your own expense, to appear or speak for you at the hearing.

*For more information, visit www.TCPAWellsFargo.com or call 1-877-848-4101.*

Y8612 v.02

# Attachment 4

Wells Fargo TCPA Settlement
PO Box 4540
Portland, OR 97208-4540



# This Page Intentionally Left Blank



LEGAL NOTICE BY ORDER OF COURT

# If You Received a Phone Call or Text Message from Wells Fargo Bank, but You Were Not a Wells Fargo Bank Customer, You May Be Eligible for a Cash Payment from a Class Action Settlement

**This notice describes rights you may have in connection with the settlement of a lawsuit.**

*The United States District Court for the Northern District of Illinois authorized this Notice. This is not a solicitation from a lawyer.* **This is _not_ a legal action against you.**

*Para una notificacion en Espanol, visitar www.TCPAWellsFargo.com.*

This notice describes a proposed settlement in a class action lawsuit brought against Wells Fargo Bank, N.A. ("Wells Fargo") regarding phone calls and text messages placed to certain persons and entities. **Please read this notice carefully. It summarizes your rights and options under the Settlement, which are affected whether or not you act. The full Settlement Agreement can be accessed at www.TCPAWellsFargo.com.**

If you received a phone call or text message and you fit the description of the Settlement Class (as defined below), then you have the following options:

- You can submit a claim for monetary compensation. The amount of the check you would receive depends on the number of people who file claims, the costs of administration of the settlement, attorneys' fees and costs, and class representatives' incentive awards. **To receive a check, you must submit a Claim Form by December 23, 2019.** The process for submitting a claim is described below.

- You can exclude yourself from the Settlement (and receive no money from the Settlement but retain your right to bring your own lawsuit). Your request to exclude yourself must be submitted no later than **November 13, 2019**. You must follow the process described in part 8 below. If the Settlement is approved and you do not exclude yourself, you will be bound by the Settlement and will release certain claims described below.

- You can object to the Settlement. The deadline for objecting to the Settlement is **November 13, 2019**. All objections must be mailed to the Wells Fargo TCPA Settlement Administrator, to Class Counsel, and to counsel for Wells Fargo. See Part 7 below for the mailing addresses, as well as further details about filing an objection.

- You can do nothing. If you do nothing, you will receive no money from the Settlement Fund, but you will still be bound by all orders and judgments of the Court. Unless you exclude yourself from the settlement, you will not be able to file or continue a lawsuit against the Released Parties regarding any of the Released Claims. *Submitting a valid and timely Claim Form is the only way to receive a payment from this settlement.*

TO SUBMIT A CLAIM FORM, OR FOR INFORMATION ON HOW TO REQUEST EXCLUSION FROM THE CLASS OR FILE AN OBJECTION, PLEASE VISIT THE SETTLEMENT WEBSITE, WWW.TCPAWELLSFARGO.COM, OR CALL 1 877 848 4101.

**Please do not** call or write the Court, the Court Clerk's office, Wells Fargo, or Wells Fargo's counsel for more information. They will not be able to assist you.



## BASIC INFORMATION

In a putative class action case known as *Prather, et al. v. Wells Fargo Bank, N.A.,* No. 17-CV-00481, pending in the U.S. District Court for the Northern District of Illinois, the Plaintiff alleged that Wells Fargo engaged in violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* ("TCPA"), by calling or texting individuals using automated dialing technology or artificial/prerecorded voice technology who were not Wells Fargo customers. Wells Fargo denies Plaintiff's allegations and denies that it did anything wrong. The Court has not decided who is right.

A settlement of this lawsuit ("Settlement") has been negotiated which, if approved by the Court, may entitle you to a payment. By entering into the Settlement, Wells Fargo has not admitted the truth or validity of any of the claims against it. Your rights and options under the Settlement—and the deadlines to exercise them—are explained below.

| YOUR LEGAL RIGHTS AND OPTIONS | |
|---|---|
| **SUBMIT A CLAIM** | This is the only way to receive a payment from the Settlement. Class Members who submit a valid claim form by the deadline of **December 23, 2019** will receive a cash payment and will give up certain rights to sue the Released Parties as described in parts 4 and 6 below. |
| **DO NOTHING** | If you do nothing, you will receive no money from the Settlement, but *you will still give up your rights to sue the Released Parties* as described in parts 6 and 10 below. |
| **EXCLUDE YOURSELF FROM THE CASE** | If you exclude yourself, you can sue the Released Parties on your own and at your own expense regarding the automated phone calls and texts released under this Settlement, but you will not receive a payment from the Settlement. The deadline for excluding yourself is **November 13, 2019**. See part 8 below. |
| **OBJECT** | You may file an objection if you wish to object to the Settlement. The deadline to object to the settlement is **November 13, 2019**. See part 7 below. |
| **GO TO A HEARING** | Ask to speak in Court about the fairness of the Settlement. The Court has set a hearing for **December 10, 2019** at **9:30 a.m.**, subject to change. See part 11 below. |

These rights and options—**and the deadlines to exercise them**—are explained in this notice.

The Court in charge of this case still has to decide whether to approve the Settlement. If it does and any appeals are resolved, benefits will be distributed to those who timely submit claims and qualify. Please be patient.

**Questions? Go to www.TCPAWellsFargo.com or call 1-877-848-4101**

Y8702 v.02

2

## WHAT THIS NOTICE CONTAINS

| | | |
|---|---|---|
| 1. | WHO IS IN THE SETTLEMENT CLASS? | 3 |
| 2. | WHAT IS THIS LAWSUIT ABOUT? | 4 |
| 3. | WHO REPRESENTS ME? | 4 |
| 4. | WHAT BENEFITS CAN I RECEIVE FROM THE SETTLEMENT? | 4 |
| 5. | DO I HAVE TO PAY THE LAWYERS REPRESENTING ME? | 5 |
| 6. | WHAT AM I AGREEING TO BY REMAINING IN THE SETTLEMENT CLASS IN THIS CASE? | 5 |
| 7. | WHAT IF I DO NOT AGREE WITH THE SETTLEMENT? | 6 |
| 8. | HOW DO I EXCLUDE MYSELF FROM THE SETTLEMENT CLASS? | 7 |
| 9. | WHAT IS THE DIFFERENCE BETWEEN OBJECTING AND ASKING TO BE EXCLUDED? | 7 |
| 10. | WHAT IF I DO NOTHING AT ALL? | 7 |
| 11. | WHAT WILL BE DECIDED AT THE FINAL APPROVAL HEARING? | 7 |
| 12. | DOES THIS NOTICE CONTAIN THE ENTIRE SETTLEMENT AGREEMENT? | 8 |
| 13. | WHERE CAN I GET MORE INFORMATION? | 8 |


## 1. WHO IS IN THE SETTLEMENT CLASS?

The judge in the case has certified a class for settlement purposes only.

Generally, the Settlement Class includes all persons whose cell phones Wells Fargo called or texted for account servicing, account collection, or fraud alert purposes, even though they were not Wells Fargo customers at the time of the call(s).

If you received notice of the Settlement directed to you, then you may be a member of the Settlement Class. But even if you did not receive a notice, you may still be a member of the Settlement Class.

More specifically, the "Settlement Class" is defined as all persons:

    (A)   who were users or subscribers to a wireless or cellular telephone service within the United States to which Wells Fargo made or initiated any Call (which includes any text message) using any automated dialing technology or artificial or prerecorded voice technology in connection with the collection or servicing of a mortgage or home equity loan, credit card account, retail installment sale contract for an automobile, automobile loan, overdraft on a deposit account, student loan, or in connection with a fraud alert on a credit card or deposit account, using any automated dialing technology or artificial or prerecorded voice technology;

    (B)   who were not customers of Wells Fargo at the time of the Call; and

    (C)   who were called

        i.   between January 20, 2013 and July 10, 2019 for Calls placed in connection with automobile loans or fraud alerts on credit cards or deposit accounts;

        ii.  between September 18, 2014 and July 10, 2019 for Calls placed in connection with credit card accounts;

**Questions? Go to www.TCPAWellsFargo.com or call 1-877-848-4101**

Y8703 v.02    3




      iii.   between December 20, 2015 and July 10, 2019 for Calls placed in connection with student loans or overdrafts on deposit accounts;

      iv.   between March 1, 2016 and July 10, 2019 for Calls placed in connection with mortgages or home equity loans; or

      v.   between April 1, 2016 and July 10, 2019 for Calls placed in connection with retail installment sale contracts for automobiles.

Excluded from the Settlement Class are all persons who elect to exclude themselves from the Settlement Class, the Court and staff to whom this case is assigned, and any member of the Court's or staff's immediate family.

If you are not sure whether you are in the Settlement Class, or have any other questions about the Settlement, visit the Settlement website at www.TCPAWellsFargo.com or call the toll-free number 1-877-848-4101.

## 2.  WHAT IS THIS LAWSUIT ABOUT?

This case was brought as a putative class action alleging that Wells Fargo engaged in violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* ("TCPA"), by placing calls or texts using automated dialing technology or artificial/prerecorded voice technology to non-customers. This is just a summary of the allegations. The complaint in the lawsuit is posted at www.TCPAWellsFargo.com, and contains all of the allegations. Wells Fargo denies these allegations; however, in order to avoid the expense, inconvenience, and distraction of continued litigation, the Parties have agreed to the settlement described herein.

## 3.  WHO REPRESENTS ME?

In a class action, one or more people or entities called class representatives sue on behalf of people and entities who have similar claims. In this case, Joseph Dunn, Helen Iehl, Albert Pieterson, John Hastings, Windie Bishop, Lisa Barnes, Angela Garr, and Myesha Prather sued Wells Fargo in a representative capacity, and the Court has appointed each of them to be Settlement Class Representatives for all Settlement Class Members in this case.

The Court also approved McGuire Law, P.C.; Lieff Cabraser Heimann & Bernstein, LLP; and Girard Sharp LLP to be Co-Lead Counsel. Burke Law Offices, LLC; Morgan and Morgan; Skaar & Feagle, LLP; Law Offices of Todd M. Friedman, P.C.; Greenwald Davidson Radbil PLLC, Keogh Law Ltd; Law Offices of Douglas J. Campion, APC; Meyer Wilson Co., LPA, and McMorrow Law, P.C. have been designated as additional counsel for the Settlement Class. If you want to be represented by your own lawyer, you may hire one at your own expense.

## 4.  WHAT BENEFITS CAN I RECEIVE FROM THE SETTLEMENT?

Under the Settlement, Wells Fargo has agreed to provide monetary compensation to Class Members who timely submit valid claims. The amount of the checks are not yet known. The total Settlement Fund is $17,850,000.00 The amount of the check you will be sent depends on the number of Class Members who timely submit valid claims, the costs of settlement administration, attorneys' fees and costs, and an incentive award for the Class Representatives, all of which will be paid from the Settlement Fund. Every Settlement Class Member who submits a timely, valid claim will be sent a check in the same amount. *Submitting a timely and valid Claim Form is the only way to receive a payment from the Settlement and is the only thing you need to do to receive a payment.* Claim Forms are available at www.TCPAWellsFargo.com. Claim Forms may be submitted online at www.TCPAWellsFargo.com, emailed to the Settlement Administrator at claims@TCPAWellsFargo.com, or mailed to the Settlement Administrator at Wells Fargo TCPA Settlement Administrator, PO Box 4540; Portland, OR 97208-4540.

**Questions? Go to www.TCPAWellsFargo.com or call 1-877-848-4101**

If you timely submit a valid Claim Form, your claim will be paid by a check mailed to you. Claims will only be paid after the Court grants Final Approval of the Settlement and after any appeals are resolved (see part 11 below). If there are appeals, resolving them can take time. Please be patient.

If you were to file your own case against Wells Fargo for the violations alleged here, and if you were to prevail in proving the alleged violations, you could recover between $500 and $1,500 per violation, plus you could obtain an injunction limiting future conduct. However, there are delays, risks and costs associated with pursuing your own case. The lawyers from this case will not represent you in a separate case against Wells Fargo, and the TCPA does not provide for attorneys' fees to prevailing individual plaintiffs. In addition, Wells Fargo has denied that it made any illegal calls or sent any illegal texts to anyone, and Wells Fargo will undoubtedly assert substantial defenses in any separate suit. Although this settlement may provide Class Members with less money than they would obtain if they filed and won their own case, it eliminates the risk of nonrecovery, in most cases provides a recovery more quickly than individual litigation, it costs Class Members no money, and permits Class Members to obtain monetary benefits without the need to go to Court or to file anything other than a Claim Form.

Note that if you receive a check, you will have six (6) months to cash the check sent to you. If you do not cash the check within 6 months, your check will be void and the funds will be utilized as the Court deems appropriate, including redistribution to other Class Members and distribution to a charitable organization.

## 5. DO I HAVE TO PAY THE LAWYERS REPRESENTING ME?

No. Class Counsel will apply to the Court for an award of attorneys' fees of up to one-third of the Settlement Fund ($5,950,000), plus expenses, for investigating the facts, litigating the case and negotiating the settlement. To date, Class Counsel have not received any payment for their services in conducting this Litigation on behalf of the Settlement Class Representatives and the Settlement Class; nor have Class Counsel been reimbursed for their expenses directly relating to their representation of the Settlement Class. Class Counsel will also request the Court to award an incentive award of up to $15,000 to each Class Representative in recognition of their service to the Settlement Class. The amount of any fee or incentive award will be determined by the Court. Class Counsel's contact information is as follows:

| Evan M. Meyers | Jonathan D. Selbin | Daniel C. Girard |
|---|---|---|
| MCGUIRE LAW, P.C. | LIEFF CABRASER HEIMANN | GIRARD SHARP LLP |
| 55 W. Wacker Drive, | & BERNSTEIN, LLP | 601 California Street |
| 9th Floor | 250 Hudson Street, 8th Floor | Suite 1400 |
| Chicago, IL 60601 | New York, NY 10013 | San Francisco, CA 94108 |
| Tel: 312-893-7002 | Tel: (212) 355-9000 | Tel: (415) 981-4800 |
| emeyers@mcgpc.com | jselbin@lchb.com | dgirard@girardsharp.com |

## 6. WHAT AM I AGREEING TO BY REMAINING IN THE SETTLEMENT CLASS IN THIS CASE?

Unless you exclude yourself, you will be part of the Settlement Class, and you will be bound by the release of claims in the Settlement. This means that if the Settlement is approved, you cannot sue, continue to sue, or be party of any lawsuit against Wells Fargo or the other Released Parties asserting a "Released Claim," as defined below. It also means that the Court's Order approving the Settlement and the judgment in this case will apply to you and legally bind you.

The "Released Claims" that you will not be able to assert against Wells Fargo or the Released Parties if you remain a part of the Settlement Class are as follows: any and all claims causes of action, suits, obligations, debts, demands, agreements, promises, liabilities, damages, losses, controversies, costs, expenses and attorneys' fees of any nature whatsoever, whether based on any federal law, state law,

Questions? Go to www.TCPAWellsFargo.com or call 1-877-848-4101

Y8705 v.02    5



common law, territorial law, foreign law, contract, rule, regulation, any regulatory promulgation (including, but not limited to, any opinion or declaratory ruling), common law or equity, whether known or unknown, suspected or unsuspected, asserted or unasserted, foreseen or unforeseen, actual or contingent, liquidated or unliquidated, punitive or compensatory, as of the date of the Final Approval Order, that arise out of or relate to the Released Parties' use of an "automatic telephone dialing system" or "artificial or prerecorded voice" to contact or attempt to contact Settlement Class Members on a wireless or cellular telephone in connection with the collection or servicing of a mortgage or home equity loan, credit card account, retail installment sales contract for an automobile, automobile loan, overdraft on a deposit account, student loan, or, in connection with a fraud alert on a credit card or deposit account during the Class Period. Notwithstanding the above, claims arising from any Call to the extent it had a telemarketing purpose are not released. Nothing in the Settlement shall be construed to limit a Settlement Class Members' rights to contact, in any way or for any purpose, any state or federal agency regarding the activities of any party.

"Released Parties" means Wells Fargo and each of its respective past, present and future parents, subsidiaries, affiliated companies and corporations, and each of their respective past, present, and future directors, officers, managers, employees, general partners, limited partners, principals, insurers, reinsurers, shareholders, attorneys, advisors, representatives, predecessors, successors, divisions, assigns, or related entities, and each of their respective executors, successors, and legal representatives, and also includes the following entities that placed calls or texts on Wells Fargo's behalf: Genesys, FICO Customer Communication Services, mBlox, Inc., CLX Communications, and Sinch.

"Related Actions" mean *Pieterson et al v. Wells Fargo Bank, N.A.*, No. 17-cv-02306 (N.D. Cal); *Hastings et al v. Wells Fargo Bank, N.A.*, No. 17-cv-03633 (N.D. Cal.); *Barnes et al v. Wells Fargo Bank, N.A.*, No. 18-cv-06520 (N.D. Cal.); and *Garr et al v. Wells Fargo Bank, N.A.*, No. 18-cv-06997 (N.D. Cal.).

## 7.  WHAT IF I DO NOT AGREE WITH THE SETTLEMENT?

If you are a member of the Settlement Class, you may object to the Settlement or any part of the Settlement that you think the Court should reject, and the Court will consider your views. To object, you must send your objection to the Settlement Administrator, Class Counsel, and Wells Fargo's Counsel providing:

a.  the case name and case number(s) of this Litigation (*Prather, et al. v. Wells Fargo Bank, N.A.*, No. 17-CV-00481);

b.  your full name, current address and phone number;

c.  the phone number at which you allegedly received a phone call or text message from Wells Fargo;

d.  the reasons why you object to the Settlement along with any supporting materials;

e.  the identity of any lawyer who assisted, provided advice, or represents you as to this case or as to your objection; and

f.  your signature.

**Your objection must be postmarked no later than November 13, 2019.** Objections must be mailed to:

| Wells Fargo TCPA Settlement Administrator PO Box 4540 Portland, OR 97208-4540 | **Plaintiffs' Counsel:** Eugene Y. Turin MCGUIRE LAW, P.C. 55 W. Wacker Drive, 9th Floor Chicago, IL 60601 | **Wells Fargo's Counsel:** Rebecca S. Saelao SEVERSON &WERSON A Professional Corporation One Embarcadero Center, Suite 2600 San Francisco, CA 94111 |
|---|---|---|

**Questions? Go to www.TCPAWellsFargo.com or call 1-877-848-4101**

Y8706 v.02                                                                      **6**

## 8.  HOW DO I EXCLUDE MYSELF FROM THE SETTLEMENT CLASS?

If you want to exclude yourself from the Settlement Class, sometimes referred to as "opting-out," you will not be eligible to recover any benefits as a result of this Settlement. However, you will keep the right to sue or continue to sue Wells Fargo or Released Parties on your own and at your own expense about any of the Released Claims.

To exclude yourself from the Settlement Class, you must send a letter to the Settlement Administrator identifying:

    (1)    the name and case number of this lawsuit (*Prather, et al. v. Wells Fargo Bank, N.A.*, No. 17-CV-00481);

    (2)    the phone number at which you received a phone call or text message from Wells Fargo;

    (3)    your full name, current address, and telephone number;

    (4)    a statement that you wish to exclude yourself from the Settlement Class; and

    (5)    your signature.

If you wish to exclude yourself, you must submit the above information to the following address so that it is postmarked no later than **November 13, 2019**:

Wells Fargo TCPA Settlement Administrator
PO Box 4540
Portland, OR 97208-4540

*REQUESTS FOR EXCLUSION FROM THE CLASS THAT ARE NOT POSTMARKED ON OR BEFORE **NOVEMBER 13, 2019** WILL NOT BE HONORED.*

## 9.  WHAT IS THE DIFFERENCE BETWEEN OBJECTING AND ASKING TO BE EXCLUDED?

Objecting is simply telling the Court that you do not like something about the Settlement. You can object to the Settlement only if you do not exclude yourself. Excluding yourself is telling the Court that you do not want to be part of the Settlement. If you exclude yourself, you have no basis to object to the Settlement because it no longer affects you.

## 10.  WHAT IF I DO NOTHING AT ALL?

You will remain a member of the Settlement Class. **However, you must timely submit a Claim Form in order to receive a cash benefit in this Settlement.** See part 4, above.

## 11.  WHAT WILL BE DECIDED AT THE FINAL APPROVAL HEARING?

The Court will hold a hearing to decide whether to approve the Settlement and any requests for fees, expenses, and incentive awards ("Final Approval Hearing"). The Final Approval Hearing is currently set for **December 10, 2019** at **9:30 a.m.**, at the United States District Court for the Northern District of Illinois, Eastern Division, located in Courtroom 1919, 219 South Dearborn Street, Chicago, IL 60604. The hearing may be moved to a different date or time without additional notice, so it is a good idea to check www.TCPAWellsFargo.com and the Court's docket for updates.

At the Final Approval Hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. The Court will also consider the request by Class Counsel for attorneys' fees and expenses and for the Class Representatives' incentive awards. If there are objections, the Court will consider them at the Final Approval Hearing. After the hearing, the Court will decide whether to approve the Settlement. We do not know how long these decisions will take.

**Questions? Go to www.TCPAWellsFargo.com or call 1-877-848-4101**

7

Y8707 v.02



You may attend the hearing, at your own expense, but you do not have to do so. You cannot speak at the hearing if you exclude yourself from the Settlement.

You may ask the Court for permission to speak at the hearing. To do so, you must send a letter saying that you intend to appear and wish to be heard. Your notice of intention to appear must include the following:

(1)   the name and case number of this lawsuit (*Prather, et al. v. Wells Fargo Bank, N.A.*, No. 17-CV-00481);

(2)   your full name, current address and telephone number;

(3)   the phone number at which you allegedly received a phone call or text message from Wells Fargo;

(4)   a statement that this is your "Notice of Intention to Appear" at the Final Approval Hearing for this lawsuit (*Prather, et al. v. Wells Fargo Bank, N.A.*, No. 17-CV-00481), along with copies of any papers, exhibits, or other evidence or information that you will present to the Court;

(5)   the reasons you want to be heard; and

(6)   your signature.

You must send copies of your notice of intention to appear, postmarked by **November 13, 2019**, to:

| Clerk of the Court | Plaintiffs' Counsel: | Wells Fargo's Counsel: |
|---|---|---|
| Everett McKinley Dirksen | Eugene Y. Turin | Rebecca S. Saelao |
| United States Courthouse | MCGUIRE LAW, P.C. | SEVERSON & WERSON |
| 219 South Dearborn Street | 55 W. Wacker Drive, 9th Floor | A Professional Corporation |
| Chicago, IL 60604 | Chicago, IL 60601 | One Embarcadero Center, Suite 2600 |
| | | San Francisco, CA 94111 |

## 12.  DOES THIS NOTICE CONTAIN THE ENTIRE SETTLEMENT AGREEMENT?

No. This is only a summary of the Settlement. If the Settlement is approved and you do not exclude yourself from the Settlement Class, you will be bound by the release contained in the Settlement Agreement, and not just by the terms of this Notice. Capitalized terms in this Notice are defined in the Settlement Agreement.    You can view the full Settlement Agreement online at www.TCPAWellsFargo.com, or you can write to the address below for more information.

## 13.  WHERE CAN I GET MORE INFORMATION?

For more information, you may visit www.TCPAWellsFargo.com, you may call the Wells Fargo TCPA Settlement Administrator at 1-877-848-4101, you may write to the Settlement Administrator at Wells Fargo TCPA Settlement Administrator, PO Box 4540, Portland, OR 97208-4540 or you may contact Class Counsel as set forth in Section 5, above.

**PLEASE MONITOR THE CASE WEBSITE, WWW.TCPAWELLSFARGO.COM, FOR UPDATES AND OTHER IMPORTANT INFORMATION.**

**NOTE:** PLEASE **DO NOT** CALL OR WRITE THE COURT, THE COURT CLERK'S OFFICE, WELLS FARGO, OR WELLS FARGO'S COUNSEL FOR MORE INFORMATION. THEY WILL NOT BE ABLE TO ASSIST YOU. If you have questions, please call 1-877-848-4101 or visit www.TCPAWellsFargo.com.

**Questions? Go to www.TCPAWellsFargo.com or call 1-877-848-4101**

Y8708 v.02

8

*Prather, et al. v. Wells Fargo Bank, N.A.*, No. 17-CV-00481 (N.D. Ill.)

# WELLS FARGO CLASS ACTION SETTLEMENT CLAIM FORM

**To receive benefits from this Settlement, you must fill out this form, sign it, and submit it electronically or by mail on or before December 23, 2019. You may submit your Claim Form online at www.TCPAWellsFargo.com, by email to claims@TCPAWellsFargo.com, or by mail to:**

**Wells Fargo TCPA Settlement Administrator
PO Box 4540
Portland, OR 97208-4540**

IMPORTANT NOTE: You should not submit more than one Claim Form. Submitting more than one Claim Form will not increase your compensation under the Settlement Agreement.

**You should only submit this Claim Form if you are a member of the Settlement Class and the following applies to you:**

(a) you used or subscribed to a wireless or cellular telephone service within the United States to which Wells Fargo Bank, N.A. ("Wells Fargo") made or initiated any Call (including any text message) in connection with the collection or servicing of a mortgage or home equity loan, credit card account, retail installment sale contract for an automobile, automobile loan, overdraft on a deposit account, student loan, or in connection with a fraud alert on a credit card or deposit account, using any automated dialing technology or artificial or prerecorded voice technology; and

(b) you were not a customer of Wells Fargo at the time of the Call.

By submitting a claim, you are attesting that you received one or more phone calls or text messages from Wells Fargo but were not a Wells Fargo customer at the time you received the call or text message.

FIRST NAME

MI    LAST NAME

STREET ADDRESS

CITY

STATE    ZIP

CONTACT PHONE NUMBER

EMAIL ADDRESS

CELL PHONE NUMBER AT WHICH YOU RECEIVED PHONE CALL(S) OR TEXT MESSAGE(S) FROM WELLS FARGO

*I declare that I am a member of the Settlement Class, and I have accurately filled out this form.*

Signature:    Date:        MM    DD    YYYY

*Remember to submit your Claim Form by* **December 23, 2019.** *If you have questions, visit* www.TCPAWellsFargo.com *or call 1-877-848-4101.*

1



# Attachment 5

# If You Received an Automated Phone Call or Text Message from Wells Fargo Bank, N.A. and You Were Not a Wells Fargo Customer You May Be Eligible to Receive a Cash Payment from a Class Action Settlement

The United States District Court for the Northern District of Illinois has authorized this notice to inform you about your rights. This is <u>not</u> an advertisement and <u>not</u> a solicitation from a lawyer.

*Para una notificacion en Espanol, visitar www.TCPAWellsFargo.com.*

A settlement has been reached in a class action lawsuit against Wells Fargo Bank, N.A. ("Wells Fargo"). The lawsuit, *Prather, et al. v. Wells Fargo Bank, N.A.*, No. 17-CV-00481 (N.D. Ill.), involves claims that Wells Fargo violated federal law by making automated phone calls and texts to non-customers' cellphones without those persons' permission. The individuals who brought the case allege that Wells Fargo violated the federal Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* ("TCPA") by sending calls and text messages using automated dialing technology or artificial/prerecorded voice technology to non-customers' cellphones without those individuals' prior express consent. Wells Fargo denies the allegations, and the Court has not decided who is right or wrong. Rather, the parties have reached a compromise to settle the lawsuit and avoid the uncertainties and costs associated with further litigation.

## Am I Included in the Settlement?

You may be entitled to compensation from this Settlement if you were not a Wells Fargo customer but received calls or text messages on your cell phone from Wells Fargo relating to the collection or servicing of (i) a mortgage or home equity loan, (ii) credit card account, (iii) retail installment sale contract for an automobile loan, (iv) automobile loan, (v) overdraft on a deposit account, (vi) a student loan, or in connection with a fraud alert. Please visit the detailed notice at www.TCPAWellsFargo.com to determine if you are eligible to receive compensation from the Settlement.

## What can I get from the Settlement?

The proposed settlement provides for a fund totaling $17,850,000.00 which will be used to make payments to the class members after first making deductions for notice and administration costs, incentive awards to the class representatives, and attorneys' fees and expenses for class counsel. If the Court finally approves the settlement, each settlement class member who timely submits a valid claim form will be eligible to receive an equal payment from the Settlement Fund. To receive a payment, you must submit a Claim Form by **December 23, 2019**. Class Members can file a claim online at www.TCPAWellsFargo.com, or visit that website and download a Claim Form and submit by email or U.S. Mail. Visit www.TCPAWellsFargo.com or call for more information about this settlement and on how to file your claim for cash benefits.

## Your rights may be affected.

Class Members who do not want to be legally bound by the Settlement must exclude themselves by **November 13, 2019**. Class Members who do not exclude themselves will release their claims against Wells Fargo, as more fully described in the Settlement Agreement available at www.TCPAWellsFargo.com. Class Members who stay in the Settlement may object to it by **November 13, 2019**. The Detailed Notice available on the website listed below explains how to exclude yourself or object. The Court is scheduled to hold a hearing on **December 10, 2019** at **9:30 a.m.** to consider whether to approve the settlement, Class Counsel's request for attorneys' fees of up to 1/3 of the settlement fund, plus expenses, and incentive awards to the Class Representatives of up to $15,000 each. You can appear at the hearing but do not have to. You can hire your own attorney, at your own expense, to appear or speak for you at the hearing. For more information, call or visit the website below.

## How can I get more information?

Please do not contact the Court or Wells Fargo with questions regarding this lawsuit. They will not be able to help you. If you have questions or want a detailed notice or other documents about this lawsuit and your rights and options, visit www.TCPAWellsFargo.com. You may also contact the Settlement Administrator by calling 1-877-848-4101, or Class Counsel at the telephone number and email addresses provided in the detailed notice available at www.TCPAWellsFargo.com.

*For more information and for a Claim Form, visit www.TCPAWellsFargo.com or call 1-877-848-4101.*

Attachment 6

**4D** ▌ MONDAY, SEPTEMBER 30, 2019 ▌ USA TODAY

LIFE

# Movies

Continued from Page 1D

### 10. 'George of the Jungle' (1997)

Before Disney redid its own animated classics with live-action redos, it tackled old cartoons like the 1967-70 show with the Tarzan-like jungle dude. Brendan Fraser crashing into pretty much everything is symbolic of this whole unfortunate exercise.

### 9. 'CHiPs' (2017)

Larry Wilcox, an original star of the cheesy late '70s/early '80s show, tweeted that the modern action comedy with Dax Shepard and Michael Pena "ruined the brand." Which is all that needs to be said, really.

### 8. 'The Beverly Hillbillies' (1993)

There's probably an interesting class-warfare satire to be had redoing the '60s sitcom about backwoods folk discovering oil and moving to Southern California to live the high life. This isn't that, though a silver lining is a "9 to 5" reunion with Dolly Parton, Lily Tomlin and Dabney Coleman.

### 7. 'Entourage' (2015)

The HBO show was pretty good – and foreshadowed an "Aquaman" movie! This film, though, was a completely unnecessary revisit of A-list star Vince Chase (Adrian Grenier) and his Hollywood dude posse.

### 6. 'Masters of the Universe' (1987)

It's a hoot seeing Tony Award-winning stage thespian Frank Langella chew up scenery as the evil Skeletor. There's not much else, however, to the woeful fantasy based on the '80s cartoon and featuring Dolph Lundgren as the buff He-Man and an early Courteney Cox film role.

### 5. 'Wild Wild West' (1999)

Based on a '60s Western, the abhorrent steampunk-y reinterpretation cast Will Smith (in his summer blockbuster prime) and Kevin Kline as a couple of do-gooding Secret Service agents fighting a megalomaniacal, no-legged Confederate scientist (Kenneth Branagh) who pilots, yes, a mechanical spider.

### 4. 'McHale's Navy' (1997)

Tom Arnold takes on the old Ernest Borgnine role from the '60s sitcom as the naval officer commanding a misfit crew, and it is not a step up. Bruce Campbell and Tim Curry are also on board, however, so it's not completely bad. Just mostly bad.



Andy Garcia, from left, Sean Connery, Kevin Costner and Charles Martin Smith play good guys who take on Al Capone in "The Untouchables." ©PARAMOUNT/EVERETT COLLECTION

### 3. 'Inspector Gadget' (1999)

It might be a stretch to say Matthew Broderick's terrible take on the '80s cartoon detective ruined childhoods. But the sight of his hat turning into a helicopter, and everything from drink umbrellas to little scissors coming out of his bionic fingers, is pure nightmare fuel.

### 2. 'The Flintstones' (1994)

The prehistoric family from the '60s cartoon should have stayed animated. The live-action version was atrocious, headed up by national treasure John Goodman (as Fred Flintstone) in one of his worst roles. Yabba dabba don't do this ever again, please.

### 1. 'Car 54, Where Are You?' (1994)

The better question is why would you ever watch this redo of the '60s cop sitcom unless you were handcuffed and forced to? Only for Jeremy Piven, Tone Loc, Rosie O'Donnell and Ramones completists.

Now on to the goodness:

### 10. 'The Brady Bunch Movie' (1995)

A new take on the squeaky-clean 1970s family shrewdly went meta: While the Brady Bunch are as PG as ever, everybody around them gives them side eye and wonders what the heck is wrong with these weirdos. It's both spoof and loving ode to the TV of the period, with cameos from the original cast as well as The Monkees.

### 9. 'Downton Abbey' (2019)

If you're not familiar with the enormous cast of characters, good luck getting through what amounts to a two-hour episode of the popular British series. If you're a fan, though, there's a lot to love, including old banter, new relationships and even a major revelation by the end of it.

### 8. 'Sex and the City: The Movie' (2008)

The first film based on the super-popular HBO comedy successfully catches up with Carrie (Sarah Jessica Parker), Charlotte (Kristin Davis), Samantha (Kim Cattrall) and Miranda (Cynthia Nixon) by focusing on a plot close to the heart of every fan: the ups and downs of Carrie finally marrying Mr. Big (Chris Noth).

### 7. 'South Park: Bigger, Longer & Uncut' (1999)

The shenanigans of those crazy kids Cartman, Stan, Kyle and Kenny hit the big screen with an animated satire that involves censorship, Canada, Satan, Saddam Hussein and the source material's own controversies. Plus, at its heart, the movie version of the cable comedy is also a sneakily brilliant musical.

### 6. 'The Muppet Movie' (1979)

Kermit, Miss Piggy, Fozzie



Channing Tatum and Jonah Hill are undercover cops in "21 Jump Street." COLUMBIA PICTURES

Bear and all the regulars from "The Muppet Show" jumped to cinema with the meta plot of a cross-country trip to Hollywood. Armed with songs and humor to spare, the Muppets also brought along famous friends (Steve Martin, Mel Brooks) to take their pop-culture fame to a new level.

### 5. 'The Fugitive' (1993)

With Harrison Ford as a doctor framed for his wife's murder and Tommy Lee Jones as the U.S. marshal hunting him down, the thriller was so good you forgot that it was actually based on the 1960s TV drama.

Come for the one-armed man, stay for a great cast including Jane Lynch and Julianne Moore.

### 4. 'Mission: Impossible' (1996)

Take a dash of the old-school spy show (self-destructing messages!), toss in a healthy amount of Tom Cruise entering a new action-hero phase of his career, and you've got the recipe for one of the most popular movie franchises in recent years – and America's answer to so many James Bond flicks.

### 3. '21 Jump Street' (2012)

How do you adapt a campily serious '80s cop drama about police who look way too old to be in high school working as undercover students? Lean way in to the ridiculousness of the concept. It totally worked in this fantastic buddy comedy with Jonah Hill as the nerdy half of the duo and Channing Tatum as his science-challenged jock pal.

### 2. 'Star Trek' (2009)

The final frontier needs to slot in here somewhere, since it started on TV – though 1979's "Star Trek: The Motion Picture" leaves much to be desired. So let's warp right to J.J. Abrams' refreshing, "Star Wars"-esque reboot that cast Chris Pine as Captain Kirk and brought "Trek" back in a huge way.

### 1. 'The Untouchables' (1987)

The life of famed Prohibition agent Eliot Ness was dramatized by Robert Stack in the 1959-63 TV crime drama but best by Kevin Costner in Brian De Palma's excellent gangster epic. Costner and Sean Connery step up to hoodlums "the Chicago way" though find a fearsome foe in Al Capone (a vicious Robert De Niro).

---

## LEGAL MONDAY

For advertising information: 1.800.872.3433 www.marketplace.usatoday.com

### If You Received an Automated Phone Call or Text Message from Wells Fargo Bank, N.A. and You Were Not a Wells Fargo Customer You May Be Eligible to Receive a Cash Payment from a Class Action Settlement

The United States District Court for the Northern District of Illinois has authorized this notice to inform you about your rights. This is not an advertisement and not a solicitation from a lawyer.

*Para una notificacion en Espanol, visitar www.TCPAWellsFargo.com.*

A settlement has been reached in a class action lawsuit against Wells Fargo Bank, N.A. ("Wells Fargo"). The lawsuit, *Prather, et al. v. Wells Fargo Bank, N.A.*, No. 17-CV-00481 (N.D. Ill.), involves claims that Wells Fargo violated federal law by making automated phone calls and texts to non-customers' cellphones without those persons' permission. The individuals who brought the case allege that Wells Fargo violated the federal Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* ("TCPA") by sending calls and text messages using automated dialing technology or artificial/prerecorded voice technology to non-customers' cellphones without those individuals' prior express consent. Wells Fargo denies the allegations, and the Court has not decided who is right or wrong. Rather, the parties have reached a compromise to settle the lawsuit and avoid the uncertainties and costs associated with further litigation.

#### Am I Included in the Settlement?

You may be entitled to compensation from this Settlement if you were not a Wells Fargo customer but received calls or text messages on your cell phone from Wells Fargo relating to the collection or servicing of (i) a mortgage or home equity loan, (ii) credit card account, (iii) retail installment sale contract for an automobile loan, (iv) automobile loan, (v) overdraft on a deposit account, (vi) a student loan, or in connection with a fraud alert. Please visit the detailed notice at www.TCPAWellsFargo.com to determine if you are eligible to receive compensation from the Settlement.

#### What can I get from the Settlement?

The proposed settlement provides for a fund totaling $17,850,000.00 which will be used to make payments to the class members after first making deductions for notice and administration costs, incentive awards to the class representatives, and attorneys' fees and expenses for class counsel. If the Court finally approves the settlement, each settlement class member who timely submits a valid claim form will be eligible to receive an equal payment from the Settlement Fund. To receive a payment, you must submit a Claim Form by **December 23, 2019**. Class Members can file a claim online at www.TCPAWellsFargo.com, or visit that website and download a Claim Form and submit by email or U.S. Mail. Visit www.TCPAWellsFargo.com or call for more information about this settlement and on how to file your claim for cash benefits.

#### Your rights may be affected.

Class Members who do not want to be legally bound by the Settlement must exclude themselves by **November 13, 2019**. Class Members who do not exclude themselves will release their claims against Wells Fargo, as more fully described in the Settlement Agreement available at www.TCPAWellsFargo.com. Class Members who stay in the Settlement may object to it by **November 13, 2019**. The Detailed Notice available on the website listed below explains how to exclude yourself or object. The Court is scheduled to hold a hearing on **December 10, 2019** at **9:30 a.m.** to consider whether to approve the settlement, Class Counsel's request for attorneys' fees of up to 1/3 of the settlement fund, plus expenses, and incentive awards to the Class Representatives of up to $15,000 each. You can appear at the hearing but do not have to. You can hire your own attorney, at your own expense, to appear or speak for you at the hearing. For more information, call or visit the website below.

#### How can I get more information?

Please do not contact the Court or Wells Fargo with questions regarding this lawsuit. This will not be able to help you. If you have questions or want a detailed notice or other documents about this lawsuit and your rights and options, visit www.TCPAWellsFargo.com. You may also contact the Settlement Administrator by calling 1-877-848-4101, or Class Counsel at the telephone number and email addresses provided in the detailed notice available at www.TCPAWellsFargo.com.

*For more information and for a Claim Form, visit www.TCPAWellsFargo.com or call 1-877-848-4101.*

---

# Murphy

Continued from Page 1D

having the most fun in the room. And when Murphy launches into one of his riff-astic spoken-word tirades – with machine-gunned four-letter words – it's hard not to think of Murphy's brilliant stand-up in "Raw."

There is a serious side to Rudy's story, too: the yearning to finally be famous for something, to have the chance to do something. He doesn't look like a superstar, either, obviously aging and carrying a paunch. Among his band of filmmaking misfits, Rudy confides most in Lady Reed (Da'Vine Joy Randolph) about his insecurities and the movie – which always seems to be about five minutes from falling apart – and pulls from that "Dreamgirls" dramatic streak to create a complex man in the middle of all the craziness.

And does it need mentioning

that Murphy is still insanely, gloriously funny? "Bowfinger" has always been his high point in being all-around hilarious, with "Coming to America" a close second, and "Dolemite" fits right in with his best work as a multidimensional comedian.

Murphy has been missed in recent years, although he's about to come back into the spotlight in a big way: In addition to "Dolemite," he's hosting "SNL" on Dec. 21 for the first time in more than 30 years, starring in the upcoming "Coming to America" sequel and pondering a stand-up tour next year.

Whether he's got another Oscar nomination – or even a win – coming is tougher to say, with a bunch of strong candidates vying for best actor this awards season. He doesn't need it, though – like Dolemite, he seems fine being among the people, doing what he does best, saying whatever he wants to say. And in that sense, Murphy's as good as gold.

# Attachment 7

**msn** | money ⌄
powered by Microsoft News

Andrew  ⚙ ⊕ EN

Today  Markets  Investing  Personal Finance  Real Estate  Careers  Small Business  |  My Watchlist  Mortgages  Savings Rates  Credit Cards  Tools

AdChoices ▷
El Volkswagen **Jetta** del 2019 — Llegó la diversión sobre ruedas. — Jetta SEL Premium mostrado ⓦ
▷AdChoices



Dow drops 340 points after weak manufacturing report

CNBC


The most powerful unions in America
GOBankingRates


Trump targets 'pathetic' Fed after dismal manufacturing report
CNBC


Amazon sellers say online retailer is helping itself, not consumers
The Washington Post


GM lays off 6,000 workers in Mexico as UAW strike continues
International Business Times

▷✕ AdChoices
If you received an automated phone call or text message from Wells Fargo Bank, N.A. and you were not a Wells Fargo customer

Track your favorite stocks
**Create your watchlist**

---

Quote Search 🔍

**DOW**
26,573.04 ▼   −343.79   −1.28%



10/1/2019 4:20 PM EDT

| US Markets Closed | | |
|---|---|---|
| NASDAQ Com... | ▼ 7,908.69 | −1.13% |
| S&P 500 Index | ▼ 2,940.25 | −1.23% |
| FTSE 100 | ▼ 7,360.32 | −0.65% |
| NYSE Composi... | ▼ 1,283.53 | −1.30% |

| MOST ACTIVE > | | |
|---|---|---|
| NIO | ▼ 1.32 | −15.11% |
| NAKD | ▲ 0.0510 | +50.44% |
| SPY | ▼ 293.32 | −1.19% |
| CHK | ▼ 1.34 | −5.65% |

| ACROSS THE MARKET > | | |
|---|---|---|
| CRUDE OIL | ▼ 53.64 | −0.80% |
| GOLD | ▲ 1,486.80 | +0.94% |
| USD/EUR | ▼ 0.9143 | −0.3270% |

---

**COMPANIES >**


American companies have a hiring problem
Quartz


GM lays off 6,000 workers in Mexico as

**MARKETS >**


Dow drops 340 points after weak manufacturing report
CNBC


Trump targets 'pathetic' Fed after

**TOP STOCKS >**


Apple stock is inching closer to its all-time high
Bloomberg


Jim Cramer predicts Chipotle stock

**SMALL BUSINESS >**


Why this falafel business founder turned down $300K from Mark
CNBC


10 Questions From Young

**msn** | money ˅
powered by Microsoft News

Today | Markets | Investing | Personal Finance | Real Estate | Careers | Small Business | My Watchlist | Mortgages | Savings Rates | Credit Cards | Tools

Andrew

EN


El Volkswagen **Jetta** del 2019
Llegó la diversión sobre ruedas.
Jetta SEL Premium mostrado
AdChoices ▷
▷AdChoices



Dow drops 340 points after weak manufacturing report

CNBC


The most powerful unions in America
GOBankingRates


Trump targets 'pathetic' Fed after dismal manufacturing report
CNBC


Amazon sellers say online retailer is helping itself, not consumers
The Washington Post


GM lays off 6,000 workers in Mexico as UAW strike continues
International Business Times

▷×
you may be eligible to receive a cash payment from a class action settlement.
△ AdChoices

Track your favorite stocks
**Create your watchlist**

| Quote Search | 🔍 |
|---|---|

US Markets Closed

**DOW**
**26,573.04** ▼
-343.79
-1.28%



10/1/2019 4:20 PM EDT

| | | | |
|---|---|---|---|
| NASDAQ Com... | ▼ 7,908.69 | | -1.13% |
| S&P 500 Index | ▼ 2,940.25 | | -1.23% |
| FTSE 100 | ▼ 7,360.32 | | -0.65% |
| NYSE Composi... | ▼ 1,283.53 | | -1.30% |

**MOST ACTIVE >**

| | | |
|---|---|---|
| NIO | ▼ 1.32 | -15.11% |
| NAKD | ▲ 0.0510 | +50.44% |
| SPY | ▼ 293.32 | -1.19% |
| CHK | ▼ 1.34 | -5.65% |

**ACROSS THE MARKET >**

| | | |
|---|---|---|
| CRUDE OIL | ▼ 53.64 | -0.80% |
| GOLD | ▲ 1,486.80 | +0.94% |
| USD/EUR | ▼ 0.9143 | -0.3270% |

**COMPANIES>**


American companies have a hiring problem
 Quartz

GM lays off 6,000 workers in Mexico as

**MARKETS>**


Dow drops 340 points after weak manufacturing report
CNBC

Trump targets 'pathetic' Fed after

**TOP STOCKS>**


Apple stock is inching closer to its all-time high
  Bloomberg

Jim Cramer predicts Chipotle stock

**SMALL BUSINESS>**


Why this falafel business founder turned down $300K from Mark
 CNBC


10 Questions From Young



**msn** | money ∨

powered by Microsoft News

Today  Markets  Investing  Personal Finance  Real Estate  Careers  Small Business  |  My Watchlist  Mortgages  Savings Rates  Credit Cards  Tools

Andrew

EN


El Volkswagen Jetta del 2019

Llegó la diversión sobre ruedas.

Jetta SEL Premium mostrado

AdChoices



Dow drops 340 points after weak manufacturing report

CNBC


The most powerful unions in America
GOBankingRates


Trump targets 'pathetic' Fed after dismal manufacturing report
CNBC


Amazon sellers say online retailer is helping itself, not consumers
The Washington Post


GM lays off 6,000 workers in Mexico as UAW strike continues
International Business Times

AdChoices

Click here for more information.

www.TCPAWells Fargo.com

Track your favorite stocks
**Create your watchlist**

| Quote Search | | |
|---|---|---|

US Markets Closed

**DOW** −343.79 / −1.28%
**26,573.04** ▼

10/1/2019 4:20 PM EDT

| | | |
|---|---|---|
| NASDAQ Com... | ▼ 7,908.69 | −1.13% |
| S&P 500 Index | ▼ 2,940.25 | −1.23% |
| FTSE 100 | ▼ 7,360.32 | −0.65% |
| NYSE Composi... | ▼ 1,283.53 | −1.30% |

**MOST ACTIVE >**

| | | |
|---|---|---|
| NIO | ▼ 1.32 | −15.11% |
| NAKD | ▲ 0.0510 | +50.44% |
| SPY | ▼ 293.32 | −1.19% |
| CHK | ▼ 1.34 | −5.65% |

**ACROSS THE MARKET >**

| | | |
|---|---|---|
| CRUDE OIL | ▼ 53.64 | −0.80% |
| GOLD | ▲ 1,486.80 | +0.94% |
| USD/EUR | ▼ 0.9143 | −0.3270% |

**COMPANIES >**


American companies have a hiring problem
 Quartz

GM lays off 6,000 workers in Mexico as

**MARKETS >**


Dow drops 340 points after weak manufacturing report
 CNBC

Trump targets 'pathetic' Fed after

**TOP STOCKS >**


Apple stock is inching closer to its all-time high
 Bloomberg

Jim Cramer predicts Chipotle stock

**SMALL BUSINESS >**


Why this falafel business founder turned down $300K from Mark
 CNBC

10 Questions From Young

[ INNOVATE ]

# Facebook is rolling out a test to hide your likes



By [Kaya Yurieff](#), CNN Business

Updated 4:01 PM ET, Thu September 26, 2019



**MORE FROM CNN BUSINESS**


Christine Romans: Trump, not impeachment, a bigger risk for...


Bob Iger on Disney Plus: 'There's nothing like it'

Recommended by ⓞutbrain

If you received an automated phone call or text message from Wells Fargo Bank, N.A. and you were not a Wells Fargo customer



NOW PLAYING
Instagram to block weight loss ads from minors


01:28
FTC defends $5 billion fine on Facebook


01:47
Zuckerberg sees no reason to break up Facebook


01:19
Mark Zuckerberg says Facebook needs help making hard calls


Thi... kills

| Mortgage | Personal Loans | Credit Cards |
| --- | --- | --- |

| Loan Type | Rate | APR |
| --- | --- | --- |
| 30-yr fixed | 3.25% | 3.25% |
| 15-yr fixed | 2.875% | 2.875% |
| 5/1 ARM | 3.125% | 3.851% |

| Loan Amount | APR | Payment |
| --- | --- | --- |
| $225,000 (5/1 ARM) | 3.851% | $963.85/mo |

**New York (CNN Business) —** For the past decade, "likes" have been the chief currency of Facebook. It's the way we've determined how many people think our babies are cute, believe our jokes are funny and recognize our new jobs are impressive.

Facebook (FB) itself has been so synonymous with likes that the thumbs up icon for the like

LIVE TV   Edition ∨

# [ INNOVATE ]

# Facebook is rolling out a test to hide your likes



By [Kaya Yurieff](), CNN Business

Updated 4:01 PM ET, Thu September 26, 2019



### MORE FROM CNN BUSINESS

 Christine Romans: Trump, not impeachment, a bigger risk for...

 Bob Iger on Disney Plus: 'There's nothing like it'

Recommended by Outbrain

     

Instagram to block weight loss ads from minors

FTC defends $5 billion fine on Facebook

Zuckerberg sees no reason to break up Facebook

Mark Zuckerberg says Facebook needs help making hard calls

Thi... kills

**you may be eligible to receive a cash payment from a class action settlement.**

**New York (CNN Business) —** For the past decade, "likes" have been the chief currency of Facebook. It's the way we've determined how many people think our babies are cute, believe our jokes are funny and recognize our new jobs are impressive.

Facebook (FB) itself has been so synonymous with likes that the thumbs up icon for the like

| Mortgage | Personal Loans | Credit Cards |
|---|---|---|
| Loan Type | Rate | APR |
| 30-yr fixed | 3.25% | 3.25% |
| 15-yr fixed | 2.875% | 2.875% |
| 5/1 ARM | 3.125% | 3.851% |
| Loan Amount | APR | Payment |
| $225,000 (5/1 ARM) | 3.851% | $963.85/mo |

CNN BUSINESS

# [ INNOVATE ]

# Facebook is rolling out a test to hide your likes



By [Kaya Yurieff](#), CNN Business

Updated 4:01 PM ET, Thu September 26, 2019



⏸  🔊                                                                      ⛶

  ‹

**NOW PLAYING**
Instagram to block weight loss ads from minors

  01:28
FTC defends $5 billion fine on Facebook

  01:47
Zuckerberg sees no reason to break up Facebook

  01:18
Mark Zuckerberg says Facebook needs help making hard calls


Thi... kills

›

**MORE FROM CNN BUSINESS**

  Christine Romans: Trump, not impeachment, a bigger risk for...

  Bob Iger on Disney Plus: 'There's nothing like it'

Recommended by ⓞutbrain

Ad ▷ ☒
**Click here for more information.**
**www.TCPAWells Fargo.com**

**New York (CNN Business) —** For the past decade, "likes" have been the chief currency of Facebook. It's the way we've determined how many people think our babies are cute, believe our jokes are funny and recognize our new jobs are impressive.

Facebook (FB) itself has been so synonymous with likes that the thumbs up icon for the like

| Mortgage | Personal Loans | Credit Cards |
| --- | --- | --- |
| Loan Type | Rate | APR |
| 30-yr fixed | 3.25% | 3.25% |
| 15-yr fixed | 2.875% | 2.875% |
| 5/1 ARM | 3.125% | 3.851% |
| Loan Amount | APR | Payment |
| $225,000 (5/1 ARM) | 3.851% | $963.85/mo |

CHECK YOUR SYMPTOMS    FIND A DOCTOR    FIND A DENTIST    FIND LOWEST DRUG PRICES    SIGN IN    SUBSCRIBE

*WebMD*

HEALTH
A-Z

DRUGS &
SUPPLEMENTS

LIVING
HEALTHY

FAMILY &
PREGNANCY

NEWS &
EXPERTS

SEARCH

ADVERTISEMENT


NCI
Perlmutter Cancer Center
provides the most comprehensive
treatments in Brooklyn.    Learn more.    NYU Langone Health


News >

# Health News



## Fish Oil Supplements May Do Your Heart Good

### Stroke Rate Continues to Fall for Older Americans

### One Dead in NC Legionnaires' Outbreak





### Juul Halts Funding For Vaping Ballot Initiative



If you received an
automated phone call
or text message from
Wells Fargo Bank, N.A.
and you were not a
Wells Fargo customer

ADVERTISEMENT

### Childhood TB Shot May Offer Lung Cancer Protection

### Controversial Studies Say It's OK to Eat Red Meat

### Paper Books Beat Tablets for Parent-Child Interactions

### Deer Can Give You Tuberculosis: CDC

### Many U.S. Seniors Are Going Hungry, Study Finds

### Raw Dog Food May Pose Salmonella Threat

ADVERTISEMENT

**NCI** Perlmutter Cancer Center provides the most comprehensive treatments in Brooklyn. Learn more. NYU Langone Health

News >

# Health News



## Fish Oil Supplements May Do Your Heart Good

### Stroke Rate Continues to Fall for Older Americans



### One Dead in NC Legionnaires' Outbreak



### Juul Halts Funding For Vaping Ballot Initiative



you may be eligible to receive a cash payment from a class action settlement.

ADVERTISEMENT

Childhood TB Shot May Offer Lung Cancer Protection

Controversial Studies Say It's OK to Eat Red Meat

Paper Books Beat Tablets for Parent-Child Interactions

Deer Can Give You Tuberculosis: CDC

Many U.S. Seniors Are Going Hungry, Study Finds

Raw Dog Food May Pose Salmonella Threat

WebMD

CHECK YOUR SYMPTOMS    FIND A DOCTOR    FIND A DENTIST    FIND LOWEST DRUG PRICES    SIGN IN    SUBSCRIBE

HEALTH A-Z    DRUGS & SUPPLEMENTS    LIVING HEALTHY    FAMILY & PREGNANCY    NEWS & EXPERTS    SEARCH

ADVERTISEMENT

NCI Perlmutter Cancer Center provides the most comprehensive treatments in Brooklyn. Learn more. NYU Langone Health

News >

# Health News



## Fish Oil Supplements May Do Your Heart Good

Stroke Rate Continues to Fall for Older Americans



One Dead in NC Legionnaires' Outbreak



Juul Halts Funding For Vaping Ballot Initiative



Click here for more information.

www.TCPAWells Fargo.com

ADVERTISEMENT

Childhood TB Shot May Offer Lung Cancer Protection

Controversial Studies Say It's OK to Eat Red Meat

Paper Books Beat Tablets for Parent-Child Interactions

Deer Can Give You Tuberculosis: CDC

Many U.S. Seniors Are Going Hungry, Study Finds

Raw Dog Food May Pose Salmonella Threat



The Weather Channel

🔍 Show me the weather in... city, zip, or place    An IBM Business   🌐 US | °F ▼   ☰ MENU

☀ 75° Hauppauge, NY

Today    Hourly    5 Day    10 Day    Weekend    Monthly    Maps    More Forecasts ▼

Microsoft    Empowering us all    Learn more



## Outbreak Hits Parts of U.S. in Record Numbers; 8 Dead

Many who recover are left with brain damage

SEE MORE →



October Outlook: What to Expect



What's Next as Huge Lorenzo Plows East



Falling Bridge Crushes Boats, Several Feared Trapped

If you received an automated phone call or text message from Wells Fargo Bank, N.A. and you were not a Wells Fargo customer



🌀 HURRICANE CENTRAL

REPORTED CONDITIONS
Tue Oct 1, 2019 5:00PM AST

CAT 2    LORENZO
HURRICANE

WIND: 100 mph
PRESSURE: 960 mb



Microsoft — Empowering us all — Learn more



## Outbreak Hits Parts of U.S. in Record Numbers; 8 Dead

Many who recover are left with brain damage

SEE MORE →



October Outlook: What to Expect



What's Next as Huge Lorenzo Plows East



Falling Bridge Crushes Boats, Several Feared Trapped

you may be eligible to receive a cash payment from a class action settlement.



### HURRICANE CENTRAL

**REPORTED CONDITIONS**

Tue Oct 1, 2019 5:00PM AST

CAT 2 — **LORENZO** HURRICANE

WIND: 100 mph
PRESSURE: 960 mb

The Weather Channel

Q Show me the weather in - city, zip, or place

An IBM Business    US | °F ▾    ☰ MENU

☀ 75° Hauppauge, NY

Today    Hourly    5 Day    10 Day    Weekend    Monthly    Maps    More Forecasts ▾


Microsoft    Empowering us all    Learn more



## Outbreak Hits Parts of U.S. in Record Numbers; 8 Dead

Many who recover are left with brain damage

SEE MORE →



October Outlook: What to Expect



What's Next as Huge Lorenzo Plows East



Falling Bridge Crushes Boats, Several Feared Trapped

Click here for more information.

www.TCPAWells Fargo.com



🌀 HURRICANE CENTRAL

REPORTED CONDITIONS
Tue Oct 1, 2019 5:00PM AST

CAT 2    LORENZO
HURRICANE

WIND: 100 mph
PRESSURE: 960 mb



**U.S.News** CIVIC »

Best Countries    Best States    Healthiest Communities    Cities    The Civic Report    Photos    **News**    America 2020

HOME / CIVIC / TOP NEWS

# Top News



TOP NEWS

**U.S. Senator Kamala Harris Raises $11.6 Million in Third Quarter, Trailing Previous Haul**

Oct. 1, 2019

## THE LATEST

**UAW Rejects New GM Offer, Makes New Counterproposal**

Oct. 1, 2019



**U.S. House Committees Seek to Hold Line on Pompeo in Impeachment Probe**

Oct. 1, 2019



**If you received an automated phone call or text message from Wells Fargo Bank, N.A. and you were not a Wells Fargo customer**

## GALLERIES

CIVIC
Cartoons on President Donald Trump



POLITICS
The Women of the 116th Congress



   

**CIVIC »**  Best Countries    Best States    Healthiest Communities    Cities    The Civic Report    Photos    **News**    America 2020

HOME / CIVIC / TOP NEWS

# Top News



TOP NEWS

**U.S. Senator Kamala Harris Raises $11.6 Million in Third Quarter, Trailing Previous Haul**

Oct. 1, 2019

**you may be eligible to receive a cash payment from a class action settlement.**

## THE LATEST

**UAW Rejects New GM Offer, Makes New Counterproposal**

Oct. 1, 2019



**U.S. House Committees Seek to Hold Line on Pompeo in Impeachment Probe**

Oct. 1, 2019



### GALLERIES

CIVIC
Cartoons on President Donald Trump



POLITICS
The Women of the 116th Congress



**U.S.News** CIVIC » Best Countries Best States Healthiest Communities Cities The Civic Report Photos News America 2020

HOME / CIVIC / TOP NEWS

# Top News

   



TOP NEWS

**U.S. Senator Kamala Harris Raises $11.6 Million in Third Quarter, Trailing Previous Haul**

Oct. 1, 2019

Click here for more information.

www.TCPAWells Fargo.com

## THE LATEST

**UAW Rejects New GM Offer, Makes New Counterproposal**

Oct. 1, 2019



**U.S. House Committees Seek to Hold Line on Pompeo in Impeachment Probe**

Oct. 1, 2019



**GALLERIES**

CIVIC
Cartoons on President Donald Trump



POLITICS
The Women of the 116th Congress















FOX NEWS channel

U.S.    World    Opinion    Politics    Entertainment    Business    Lifestyle    TV    Fox Nation    Listen    More

Hot Topics    Pompeo blasts Dems    |    Zuckerberg's 2020 warning    |    Mouse drops out of WH ceiling

Login    Watch TV

If you received an automated phone call or text message from Wells Fargo Bank, N.A. and you were not a Wells Fargo customer

ADVERTISEMENT

# Tech



**WAR OF WORDS**

MARK ZUCKERBERG  4 hours ago

## Zuckerberg says if Elizabeth Warren becomes president, Facebook would sue US government

### BIG TECH BACKLASH






**Trending in Tech**



**Zuckerberg says if Warren becomes president, Facebook would sue U.S. gov't: 'You go to the mat and fight'**



**In 1981, Apple's Steve Jobs said computers would free us from drudgery**



**Air Force's new B61-12 nuclear bomb hits target in testing**



FOX NEWS channel
you may be eligible to receive a cash payment from a class action settlement.
ADVERTISEMENT

U.S. World Opinion Politics Entertainment Business Lifestyle TV Foundation Listen More

**Hot Topics**  Pompeo blasts Dems  |  Zuckerberg's 2020 warning  |  Mouse drops out of WH ceiling

# Tech



**WAR OF WORDS**

MARK ZUCKERBERG  4 hours ago

## Zuckerberg says if Elizabeth Warren becomes president, Facebook would sue US government

### Trending in Tech



**Zuckerberg says if Warren becomes president, Facebook would sue U.S. gov't: 'You go to the mat and fight'**



**In 1981, Apple's Steve Jobs said computers would free us from drudgery**



**Air Force's new B61-12 nuclear bomb hits target in testing**



## BIG TECH BACKLASH

   

![Fox News Channel]

U.S.　World　Opinion　Politics　Entertainment　Business　Lifestyle　TV　Fox Nation　Listen　More

Hot Topics | Pompeo blasts Dems | Zuckerberg's 2020 warning | Mouse drops out of WH ceiling

🔍　Login　Watch TV

Click here for more information.
www.TCPAWellsFargo.com

ADVERTISEMENT

# Tech



**WAR OF WORDS**

MARK ZUCKERBERG  4 hours ago

## Zuckerberg says if Elizabeth Warren becomes president, Facebook would sue US government

### Trending in Tech



**Zuckerberg says if Warren becomes president, Facebook would sue U.S. gov't: 'You go to the mat and fight'**



**In 1981, Apple's Steve Jobs said computers would free us from drudgery**



**Air Force's new B61-12 nuclear bomb hits target in testing**



## BIG TECH BACKLASH






| TOP EVENTS ∨ | | MLB | 🏏 WSH 0-0 | 8:08 PM ET TBS 🏏 WSH | 8:00 PM ET ESPN | 76' 🏴 ATL 2 | 79' 🔵 LEV 0 | 79' 🔴 MUN 4 | 78' 🔵 ZAG 0 | 78' 🔵 PSG 1 | FT 🔴 MAD 2 🔵 CLUB 2 | Tennis ( > |

ESPN    NFL  NBA  MLB  NCAAF  Soccer  MMA  •••          ESPN+  Watch  Listen  Fantasy  ⠿  🔍  👤

🏈 NFL    Home  Scores  Schedule  Standings  Stats ∨  Teams ∨  Tickets  Power Rankings  Depth Charts  Trade Tracker  More ∨

If you received an automated phone call or text message
from Wells Fargo Bank, N.A. and you were not
a Wells Fargo customer

# NFL Scoreboard

2019 ∨    Week 4 ∨

**Thursday, September 26th**

| FINAL | | 1 2 3 4 | T |
|---|---|---|---|
| 🦅 Eagles (2-2, 1-1 Away) | | 0 21 6 7 | **34** ◀ |
| Ⓖ Packers (3-1, 2-1 Home) | | 7 13 7 0 | 27 |

Eagles pick off Rodgers' late pass, beat Packers 34-27

Nigel Bradham picked off Aaron Rodgers' pass in the end zone with 20 seconds left, Jordan ...

TOP PERFORMERS
PASS  Aaron Rodgers GB  34-53, 422 YDS, 2 TD
RUSH  Jordan Howard PHI  15 CAR, 87 YDS, 2 TD
REC  Davante Adams GB  10 REC, 180 YDS

GAMECAST
BOX SCORE
HIGHLIGHTS

**Sunday, September 29th**

| FINAL | | 1 2 3 4 | T |
|---|---|---|---|
| 🎵 Titans (2-2, 2-1 Away) | | 14 10 0 0 | **24** ◀ |
| 🦅 Falcons (1-3, 1-1 Home) | | 7 0 3 0 | 10 |

Mariota throws 3 first-half TD passes, Titans drop Falcons

Marcus Mariota threw three first-half touchdown passes, two to A.J. Brown, and the Tennessee ...

TOP PERFORMERS
PASS  Matt Ryan ATL  35-53, 397 YDS
RUSH  Derrick Henry TEN  27 CAR, 100 YDS
REC  Austin Hooper ATL  9 REC, 130 YDS

GAMECAST
BOX SCORE
HIGHLIGHTS

| FINAL | | 1 2 3 4 | T |
|---|---|---|---|
| Patriots (4-0, 2-0 Away) | | 13 0 3 0 | **16** ◀ |
| 🦬 Bills (3-1, 1-1 Home) | | 0 3 7 0 | 10 |

Patriots stay undefeated, hang on to beat Bills 16-10

Patriots linebacker Jamie Collins forced Buffalo's fourth turnover by intercepting backup ...

TOP PERFORMERS
PASS  Josh Allen BUF  13-28, 153 YDS, 3 INT
RUSH  Frank Gore BUF  17 CAR, 109 YDS
REC  Cole Beasley BUF  7 REC, 75 YDS

GAMECAST
BOX SCORE
HIGHLIGHTS

| FINAL | | 1 2 3 4 | T |
|---|---|---|---|
| 🔴 Chiefs (4-0, 3-0 Away) | | 0 13 7 14 | **34** ◀ |
| 🦁 Lions (2-1-1, 1-1 Home) | | 10 3 10 7 | 30 |

TOP PERFORMERS
PASS  Patrick Mahomes KC  24-42, 315 YDS
RUSH  Kerryon Johnson DET  26 CAR, 125 YDS
REC  Travis Kelce KC  7 REC, 85 YDS

GAMECAST
BOX SCORE
HIGHLIGHTS

[Williams runs in 2 TDs to keep Chiefs undefeated]

| FINAL | | 1 2 3 4 | T |
|---|---|---|---|
| 🏴‍☠️ Raiders (2-2, 1-1 Away) | | 14 7 3 7 | **31** ◀ |
| 🐴 Colts | | 7 3 0 14 | 24 |

Raiders use fast start, interception return to beat Colts

Derek Carr led the Oakland Raiders to touchdowns on three of their first four possessions ...

TOP PERFORMERS
PASS  Jacoby Brissett IND  24-46, 265 YDS, 3 TD
RUSH  Josh Jacobs OAK  17 CAR, 79 YDS

GAMECAST
BOX SCORE
HIGHLIGHTS

**NOW**

Jeff Legwold
ESPN Senior Writer

Broncos roster moves on Tuesday -- Signed T Calvin Anderson off the New York Jets practice squad and signed LB Jerry Attaochu (Attaochu had a workout with the team earlier in the day). To make room LB Bradley Chubb went to injured reserve and the Broncos waived LB Keishawn Bierria. Bierria was the Broncos' sixth round pick in the 2018 draft and had played in all four games this season.

22m    Share

[2019 Volkswagen Atlas — The roomy, family friendly SUV — Atlas V6 SEL Premium with 4MOTION® shown]

Rob Demovsky
ESPN Staff Writer

The Packers have swapped practice squad linebackers.

Signed: B.J. Bello.

Released: Brady Sheldon.

Bello, who was part of yesterday's workout group, played in 16 games for the Browns in 2017 as an undrafted rookie and three last season for the Eagles. He was with the Texans in training camp this past summer.

2h    Share

Jeff Legwold
ESPN Senior Writer

Bradley Chubb on discussing his injury with fellow

8:08 PM ET  TBS
WSH  0-0

8:00 PM ET  ESPN
WSH  1-0

76'
ATL  2
LEV  0

79'
MUN  4
ZAG  0

78'
PSG  1

79'
MAD  2
CLUB  2

FT
Tennis (N

ESPN    NFL  NBA  MLB  NCAAF  Soccer  MMA  •••    ESPN+  Watch  Listen  Fantasy

NFL  Home  Scores  Schedule  Standings  Stats ⌄  Teams ⌄  Tickets  Power Rankings  Depth Charts  Trade Tracker  More ⌄


you may be eligible to receive a cash payment from a class action settlement.

# NFL Scoreboard

2019 ⌄    Week 4 ⌄

**Thursday, September 26th**

| FINAL | 1 | 2 | 3 | 4 | T |
|---|---|---|---|---|---|
| Eagles (2-2, 1-1 Away) | 0 | 21 | 6 | 7 | **34** |
| Packers (3-1, 2-1 Home) | 7 | 13 | 7 | 0 | **27** |

Eagles pick off Rodgers' late pass, beat Packers 34-27
Nigel Bradham picked off Aaron Rodgers' pass in the end zone with 20 seconds left, Jordan ...

TOP PERFORMERS
PASS  Aaron Rodgers GB  34-53, 422 YDS, 2 TD
RUSH  Jordan Howard PHI  15 CAR, 87 YDS, 2 TD
REC   Davante Adams GB  10 REC, 180 YDS

GAMECAST   BOX SCORE   HIGHLIGHTS

**Sunday, September 29th**

| FINAL | 1 | 2 | 3 | 4 | T |
|---|---|---|---|---|---|
| Titans (2-2, 2-1 Away) | 14 | 10 | 0 | 0 | **24** |
| Falcons (1-3, 1-1 Home) | 7 | 0 | 3 | 0 | **10** |

Mariota throws 3 first-half TD passes, Titans drop Falcons
Marcus Mariota threw three first-half touchdown passes, two to A.J. Brown, and the Tennessee ...

TOP PERFORMERS
PASS  Matt Ryan ATL  35-53, 397 YDS
RUSH  Derrick Henry TEN  27 CAR, 100 YDS
REC   Austin Hooper ATL  9 REC, 130 YDS

GAMECAST   BOX SCORE   HIGHLIGHTS

| FINAL | 1 | 2 | 3 | 4 | T |
|---|---|---|---|---|---|
| Patriots (4-0, 2-0 Away) | 13 | 0 | 3 | 0 | **16** |
| Bills (3-1, 1-1 Home) | 0 | 3 | 7 | 0 | **10** |

Patriots stay undefeated, hang on to beat Bills 16-10
Patriots linebacker Jamie Collins forced Buffalo's fourth turnover by intercepting backup ...

TOP PERFORMERS
PASS  Josh Allen BUF  13-28, 153 YDS, 3 INT
RUSH  Frank Gore BUF  17 CAR, 109 YDS
REC   Cole Beasley BUF  7 REC, 75 YDS

GAMECAST   BOX SCORE   HIGHLIGHTS

| FINAL | 1 | 2 | 3 | 4 | T |
|---|---|---|---|---|---|
| Chiefs (4-0, 3-0 Away) | 0 | 13 | 7 | 14 | **34** |
| Lions (2-1-1, 1-1 Home) | 10 | 3 | 10 | 7 | **30** |

Williams runs in 2 TDs to keep Chiefs undefeated

TOP PERFORMERS
PASS  Patrick Mahomes KC  24-42, 315 YDS
RUSH  Kerryon Johnson DET  26 CAR, 125 YDS
REC   Travis Kelce KC  7 REC, 85 YDS

GAMECAST   BOX SCORE   HIGHLIGHTS

| FINAL | 1 | 2 | 3 | 4 | T |
|---|---|---|---|---|---|
| Raiders (2-2, 1-1 Away) | 14 | 7 | 3 | 7 | **31** |
| Colts | 7 | 3 | 0 | 14 | **24** |

Raiders use fast start, interception return to beat Colts
Derek Carr led the Oakland Raiders to touchdowns on three of their first four possessions ...

TOP PERFORMERS
PASS  Jacoby Brissett IND  24-46, 265 YDS, 3 TD
RUSH  Josh Jacobs OAK  17 CAR, 79 YDS

GAMECAST   BOX SCORE   HIGHLIGHTS

## NOW

**Jeff Legwold**
ESPN Senior Writer

Broncos roster moves on Tuesday -- Signed T Calvin Anderson off the New York Jets practice squad and signed LB Jerry Attaochu (Attaochu had a workout with the team earlier in the day). To make room LB Bradley Chubb went to injured reserve and the Broncos waived LB Keishawn Bierria. Bierria was the Broncos' sixth round pick in the 2018 draft and had played in all four games this season.

22m    Share

2019 Volkswagen
Atlas  The roomy, family friendly SUV
Atlas V6 SEL Premium with 4MOTION® shown

**Rob Demovsky**
ESPN Staff Writer

The Packers have swapped practice squad linebackers.

Signed: B.J. Bello.

Released: Brady Sheldon.

Bello, who was part of yesterday's workout group, played in 16 games for the Browns in 2017 as an undrafted rookie and three last season for the Eagles. He was with the Texans in training camp this past summer.

2h    Share

**Jeff Legwold**
ESPN Senior Writer

Bradley Chubb on discussing his injury with fellow

**ESPN**

NFL    NBA    MLB    NCAAF    Soccer    MMA    •••    ESPN+    Watch    Listen    Fantasy

NFL    Home    Scores    Schedule    Standings    Stats ▾    Teams ▾    Tickets    Power Rankings    Depth Charts    Trade Tracker    More ▾

Click here for more information.
www.TCPAWellsFargo.com

# NFL Scoreboard

2019 ▾    Week 4 ▾

**Thursday, September 26th**

| FINAL | 1 | 2 | 3 | 4 | T |
|---|---|---|---|---|---|
| Eagles (2-2, 1-1 Away) | 0 | 21 | 6 | 7 | **34** |
| Packers (3-1, 2-1 Home) | 7 | 13 | 7 | 0 | **27** |

Eagles pick off Rodgers' late pass, beat Packers 34-27

Nigel Bradham picked off Aaron Rodgers' pass in the end zone with 20 seconds left, Jordan ...

TOP PERFORMERS
PASS  Aaron Rodgers GB  34-53, 422 YDS, 2 TD
RUSH  Jordan Howard PHI  15 CAR, 87 YDS, 2 TD
REC   Davante Adams GB  10 REC, 180 YDS

GAMECAST    BOX SCORE    HIGHLIGHTS

**Sunday, September 29th**

| FINAL | 1 | 2 | 3 | 4 | T |
|---|---|---|---|---|---|
| Titans (2-2, 2-1 Away) | 14 | 10 | 0 | 0 | **24** |
| Falcons (1-3, 1-1 Home) | 7 | 0 | 3 | 0 | **10** |

Mariota throws 3 first-half TD passes, Titans drop Falcons

Marcus Mariota threw three first-half touchdown passes, two to A.J. Brown, and the Tennessee ...

TOP PERFORMERS
PASS  Matt Ryan ATL  35-53, 397 YDS
RUSH  Derrick Henry TEN  27 CAR, 100 YDS
REC   Austin Hooper ATL  9 REC, 130 YDS

GAMECAST    BOX SCORE    HIGHLIGHTS

| FINAL | 1 | 2 | 3 | 4 | T |
|---|---|---|---|---|---|
| Patriots (4-0, 2-0 Away) | 13 | 0 | 3 | 0 | **16** |
| Bills (3-1, 1-1 Home) | 0 | 3 | 7 | 0 | **10** |

Patriots stay undefeated, hang on to beat Bills 16-10

Patriots linebacker Jamie Collins forced Buffalo's fourth turnover by intercepting backup ...

TOP PERFORMERS
PASS  Josh Allen BUF  13-28, 153 YDS, 3 INT
RUSH  Frank Gore BUF  17 CAR, 109 YDS
REC   Cole Beasley BUF  7 REC, 75 YDS

GAMECAST    BOX SCORE    HIGHLIGHTS

| FINAL | 1 | 2 | 3 | 4 | T |
|---|---|---|---|---|---|
| Chiefs (4-0, 3-0 Away) | 0 | 13 | 7 | 14 | **34** |
| Lions (2-1-1, 1-1 Home) | 10 | 3 | 10 | 7 | **30** |

Williams runs in 2 TDs to keep Chiefs undefeated

TOP PERFORMERS
PASS  Patrick Mahomes KC  24-42, 315 YDS
RUSH  Kerryon Johnson DET  26 CAR, 125 YDS
REC   Travis Kelce KC  7 REC, 85 YDS

GAMECAST    BOX SCORE    HIGHLIGHTS

| FINAL | 1 | 2 | 3 | 4 | T |
|---|---|---|---|---|---|
| Raiders (2-2, 1-1 Away) | 14 | 7 | 3 | 7 | **31** |
| Colts | 7 | 3 | 0 | 14 | **24** |

Raiders use fast start, interception return to beat Colts

Derek Carr led the Oakland Raiders to touchdowns on three of their first four possessions ...

TOP PERFORMERS
PASS  Jacoby Brissett IND  24-46, 265 YDS, 3 TD
RUSH  Josh Jacobs OAK  17 CAR, 79 YDS

GAMECAST    BOX SCORE    HIGHLIGHTS

**NOW**

Jeff Legwold
ESPN Senior Writer

Broncos roster moves on Tuesday -- Signed T Calvin Anderson off the New York Jets practice squad and signed LB Jerry Attaochu (Attaochu had a workout with the team earlier in the day). To make room LB Bradley Chubb went to injured reserve and the Broncos waived LB Keishawn Bierria. Bierria was the Broncos' sixth round pick in the 2018 draft and had played in all four games this season.

22m    Share

**2019 Volkswagen Atlas** The roomy, family friendly SUV

Atlas V6 SEL Premium with 4MOTION® shown

Rob Demovsky
ESPN Staff Writer

The Packers have swapped practice squad linebackers.

Signed: B.J. Bello.

Released: Brady Sheldon.

Bello, who was part of yesterday's workout group, played in 16 games for the Browns in 2017 as an undrafted rookie and three last season for the Eagles. He was with the Texans in training camp this past summer.

2h    Share

Jeff Legwold
ESPN Senior Writer

Bradley Chubb on discussing his injury with fellow



# Forbes

Billionaires    Innovation    Leadership    Money    Business    Small Business    Lifestyle    BrandVoice    Lists    Advisor    Featured

Forbes Now    U.S. Edition ⌄



AVIATION

UPS

## UPS Wins Approval To Operate Drone Delivery Service

By Jeremy Bogaisky    Forbes Staff

The company has received FAA certification to operate a drone airline, beating competitors like Amazon and Alphabet's Wing.



**Popular**    Editors' Picks

**4 3 , 5 0 7**    READERS

548 ▲    Eight Exceptional Bourbon Values That You Have Probably Never Heard Of

483 ▲    Led Zeppelin's 'Stairway to Heaven' Potentially Worth $55 Million In Damages

481 ▲    How This New Navient Memo Affects Your Student Loans

465 ▲    How To Stay Positive Yet Forceful In Your Email Communications

364 ▲    GEO Group Runs Out of Banks as 100% of Banking Partners Say 'No' to the Private Prison Sector

312 ▬    This Cryptocurrency Just Surpassed Bitcoin In One Key Adoption Metric

312 ▲    3 Things You Need To Know About An October Job Search

REGIONAL AIR TRAVEL IS ON THE RISE


you may be eligible to receive a cash payment from a class action settlement.

**Forbes** Now    U.S. Edition ∨



AVIATION

UPS

## UPS Wins Approval To Operate Drone Delivery Service

By Jeremy Bogaisky  Forbes Staff

The company has received FAA certification to operate a drone airline, beating competitors like Amazon and Alphabet's Wing.

Popular          Editors' Picks

**43,507** READERS

548 ▲  **Eight Exceptional Bourbon Values That You Have Probably Never Heard Of**

483 ▲  **Led Zeppelin's 'Stairway to Heaven' Potentially Worth $55 Million In Damages**

481 ▲  **How This New Navient Memo Affects Your Student Loans**

465 ▲  **How To Stay Positive Yet Forceful In Your Email Communications**

364 ▲  **GEO Group Runs Out of Banks as 100% of Banking Partners Say 'No' to the Private Prison Sector**

312 ═  **This Cryptocurrency Just Surpassed Bitcoin In One Key Adoption Metric**

312 ▲  **3 Things You Need To Know About An October Job Search**

REGIONAL AIR TRAVEL IS ON THE RISE

# Forbes

Billionaires · Innovation · Leadership · Money · Business · Small Business · Lifestyle · BrandVoice · Lists · Advisor · Featured

**Click here for more information.**
**www.TCPAWellsFargo.com**

**Forbes Now**  U.S. Edition ∨



AVIATION

UPS

## UPS Wins Approval To Operate Drone Delivery Service

By Jeremy Bogaisky  Forbes Staff

The company has received FAA certification to operate a drone airline, beating competitors like Amazon and Alphabet's Wing.



REGIONAL AIR TRAVEL IS ON THE RISE

---

**Popular**              Editors' Picks

**43,507** READERS

548   Eight Exceptional Bourbon Values That You Have
▲     Probably Never Heard Of

483   Led Zeppelin's 'Stairway to Heaven' Potentially
▲     Worth $55 Million In Damages

481   How This New Navient Memo Affects Your Student
▲     Loans

465   How To Stay Positive Yet Forceful In Your Email
▲     Communications

364   GEO Group Runs Out of Banks as 100% of Banking
▲     Partners Say 'No' to the Private Prison Sector

312   This Cryptocurrency Just Surpassed Bitcoin In One
═     Key Adoption Metric

312   3 Things You Need To Know About An October Job
▲     Search

# USA TODAY

SUBSCRIBE NOW
As low as $4.99 per month

NEWS | SPORTS | ENTERTAINMENT | LIFE | MONEY | TECH | TRAVEL | OPINION | 86° | CROSSWORDS | MORE ▾ | Subscribe | Sign In

Advertisement

If you received an automated phone call or text message from Wells Fargo Bank, N.A. and you were not a Wells Fargo customer



**MONEY**

- Personal Finance
- Cars
- Retirement
- Investing
- Careers
- USA & Main
- At Home

**MONEY**

## More recession signs? Factories are struggling

➤ Read Story    Paul Davidson    USA TODAY

What you need to know to ace the FAFSA

Zantac cancer risk: Is it still OK to use Zantac?

Yuengling and Hershey's cook up new chocolate ...

Schwab eliminates online trading commissions,...

Kids are messy. But your home can still be stylish

Lincoln ups its game with 2020 Corsair SUV

The 7 best credit cards of 2019

How I became a blogger and podcaster: Lauryn...

Gas prices fall for second consecutive week

**HEADLINES**  *Updated 3:31 p.m. EDT*    ☰ Grid  ☰ List  📄 The Big Page

**MONEY**
The Daily Money is here: Are you on the list?

**PERSONAL FINANCE**
5 budgeting tips for those who hate cutting back

**CARS**
GM shuts down Mexico plant as UAW strike continues



Jeep    2019 RENEGADE

CAPABILITY | STYLE | VALUE

With the Jeep® Renegade Trailhawk, you can get Trail Rated® toughness and take on almost any terrain.

Legal

BUILD YOUR RENEGADE ›    SEARCH INVENTORY ›

RIGHT NOW

# USA TODAY

SUBSCRIBE NOW
As low as $4.99 per month

NEWS | SPORTS | ENTERTAINMENT | LIFE | MONEY | TECH | TRAVEL | OPINION | ☀ 86° | CROSSWORDS | MORE ▾ | 🔍 | **Subscribe** | Sign In ▾

Advertisement



**MONEY**

Personal Finance

Cars

Retirement

Investing

Careers

USA & Main

At Home



**MONEY**

## More recession signs? Factories are struggling

⊕ Read Story   Paul Davidson   USA TODAY

What you need to know to ace the FAFSA

Zantac cancer risk: Is it still OK to use Zantac?

Yuengling and Hershey's cook up new chocolate ...

Schwab eliminates online trading commissions,...

Kids are messy. But your home can still be stylish

Lincoln ups its game with 2020 Corsair SUV

The 7 best credit cards of 2019

How I became a blogger and podcaster: Lauryn...

Gas prices fall for second consecutive week

**HEADLINES**   *Updated 3:31 p.m. EDT*   ▦ Grid | ≣ List | 📄 The Big Page

**MONEY**

The Daily Money is here: Are you on the list?

**PERSONAL FINANCE**

▶ 5 budgeting tips for those who hate cutting back

**CARS**

GM shuts down Mexico plant as UAW strike continues

**RIGHT NOW**

# USA TODAY

SUBSCRIBE NOW
As low as $4.99 per month

NEWS   SPORTS   ENTERTAINMENT   LIFE   MONEY   TECH   TRAVEL   OPINION   ☀ 86°   CROSSWORDS   MORE ⌄   🔍   **Subscribe**   Sign In   ⌄

Advertisement





**MONEY**

Personal Finance

Cars

Retirement

Investing

Careers

USA & Main

At Home

**MONEY**

## More recession signs? Factories are struggling

⊕ Read Story    Paul Davidson    USA TODAY

What you need to know to ace the FAFSA

Zantac cancer risk: Is it still OK to use Zantac?

Yuengling and Hershey's cook up new chocolate ...

Schwab eliminates online trading commissions,...

Kids are messy. But your home can still be stylish

Lincoln ups its game with 2020 Corsair SUV

The 7 best credit cards of 2019

How I became a blogger and podcaster: Lauryn...

Gas prices fall for second consecutive week

HEADLINES   *Updated 3:31 p.m. EDT*    ▦ Grid   ☰ List   📄 The Big Page

**MONEY**

The Daily Money is here: Are you on the list?

**PERSONAL FINANCE**

▶ 5 budgeting tips for those who hate cutting back

**CARS**

GM shuts down Mexico plant as UAW strike continues



Jeep    2019 RENEGADE

CAPABILITY   STYLE   VALUE

With the Jeep® Renegade Trailhawk, you can get Trail Rated® toughness and take on almost any terrain.

Legal

BUILD YOUR RENEGADE ›   SEARCH INVENTORY ›

**RIGHT NOW**

*The New York Times*

If you received an automated phone call or text message from Wells Fargo Bank, N.A. and you were not a Wells Fargo customer

TECHNOLOGY

# Personal Technology

DEALBOOK | MARKETS | ECONOMY | ENERGY | MEDIA | TECHNOLOGY | **PERSONAL TECH** | ENTREPRENEURSHIP | YOUR MONEY

**Tech Fix**                                                                 More in Tech Fix »

    

| How to Make the Most of Apple's New Privacy Tools in iOS 13 | IPhone 11 and 11 Pro Review: Thinking Differently in the Golden Age of Smartphones | The Joys of Being a Late Tech Adopter | Hi, Alexa. How Do I Stop You From Listening In On Me? | I Shared My Phone Number. I Learned I Shouldn't Have. |

**Tech Tip**                                                                 More in Tech Tip »

    

| Can You Draw This? Of Course You Can | Make Your Own Animated Movies, Frame by Frame | Collecting Your Thoughts Is Good. Organizing Them Is Even Better. | How to Remember a License Plate | Get More From Your Letters With Custom Stationery for Print or Pixels |

☰ 🔍 PERSONAL TECH | SUBSCRIBE NOW | LOG IN

The New York Times

you may be eligible to receive a cash payment from a class action settlement.

TECHNOLOGY

# Personal Technology

DEALBOOK | MARKETS | ECONOMY | ENERGY | MEDIA | TECHNOLOGY | **PERSONAL TECH** | ENTREPRENEURSHIP | YOUR MONEY

**Tech Fix**                                                                 More in Tech Fix »







How to Make the Most of Apple's New Privacy Tools in iOS 13

IPhone 11 and 11 Pro Review: Thinking Differently in the Golden Age of Smartphones

The Joys of Being a Late Tech Adopter

Hi, Alexa. How Do I Stop You From Listening In On Me?

I Shared My Phone Number. I Learned I Shouldn't Have.

**Tech Tip**                                                                 More in Tech Tip »







Can You Draw This? Of Course You Can

Make Your Own Animated Movies, Frame by Frame

Collecting Your Thoughts Is Good. Organizing Them Is Even Better.

How to Remember a License Plate

Get More From Your Letters With Custom Stationery for Print or Pixels

Click here for more information.
www.TCPAWellsFargo.com

TECHNOLOGY

# Personal Technology

DEALBOOK | MARKETS | ECONOMY | ENERGY | MEDIA | TECHNOLOGY | **PERSONAL TECH** | ENTREPRENEURSHIP | YOUR MONEY

## Tech Fix

More in Tech Fix »











How to Make the Most of Apple's New Privacy Tools in iOS 13

IPhone 11 and 11 Pro Review: Thinking Differently in the Golden Age of Smartphones

The Joys of Being a Late Tech Adopter

Hi, Alexa. How Do I Stop You From Listening In On Me?

I Shared My Phone Number. I Learned I Shouldn't Have.

## Tech Tip

More in Tech Tip »











Can You Draw This? Of Course You Can

Make Your Own Animated Movies, Frame by Frame

Collecting Your Thoughts Is Good. Organizing Them Is Even Better.

How to Remember a License Plate

Get More From Your Letters With Custom Stationery for Print or Pixels













# Attachment 8

**<u>Sponsored Search Listings - Keyword List</u>**

**<u>Keywords</u>**
Wells Fargo TCPA Settlement
Wells Wrong Number Lawsuit
Wells Fargo Settlement
Wells Fargo Customer
Wells Fargo Telephone Call
Wells Fargo Text Message
Automated Phone Call
Wells Fargo Automated
Robocall
Wells Fargo Robocall
Wells Fargo Class Action
Wells Fargo Class Action Settlement
Wells Fargo Lawsuit
Wells Fargo Litigation
Mortgage Loan
Home Equity Loan
Automobile Loan
Credit Card Account
Overdraft
Student Loan
Fraud Alert
Telephone Consumer Protection Act
TCPA
Phone Call Settlement
Unsolicited text
Unsolicited phone call
Text Settlement
How to get money from phone settlement
How to get money from phone class action
How to get money from Wells Fargo settlement
How to get money from Wells Fargo class action
Wells Fargo class member

# Attachment 9



| fraud alert |   |

All     Images     Videos     Maps     News     Shopping     |     My saves

50,200,000 Results          Any time ▾

### Legal Notice - Class Action Settlement
https://www.tcpawellsfargo.com ▾
Ad · Received an automated phone call or text from Wells Fargo? You could receive a payment.

### Place a Fraud Alert | FTC Consumer Information
https://www.consumer.ftc.gov/articles/0275-place-fraud-alert ▾
The credit bureau you contact must tell the other two about your **alert**. A **fraud alert** can make it harder for an identity thief to open more accounts in your name. When you have an **alert** on your report, a business must verify your identity before it issues credit, so it may try to contact you. The **alert** stays on your report for one year.

### Fraud alert - Legal notices - Allen & Overy
www.allenovery.com/legal-notices/Pages/Fraud-alert.aspx ▾
Inheritance, or **legal services, fraud**. Common themes are 'a late relative' with the same surname as the recipient, and the impersonation of our **lawyers**, including Lionel Shawe, Wayne Lee, Nick Williams and John Goodhall. Allen & Overy does not administer estates [or market itself in this way].

### Wire Fraud Email Notice Template | www.nar.realtor
https://www.nar.realtor/law-and-ethics/wire-fraud-email-notice-template ▾
Wire **Fraud Email Notice Template**. The following is an example of a **notice** you may wish to consider adding to your email signature line. This **notice** should not serve as a substitute for educating your clients and other participants in your real estate transactions about **email wire fraud**. For more information about best practices to avoid...

### Fraud Alerts | HealthPartners
https://www.healthpartners.com/hp/legal-notices/fraud/fraud-alerts/index.html ▾
Medical identity theft occurs when someone uses your personal information (name, Social Security number, or **insurance number**) to obtain medical care. The person might buy drugs, or submit **fake** billings to **insurance** in your name. This type of **fraud** can disrupt your life, damage your credit rating, and result in extra health care costs.

### 7 Things to Know About Fraud Alerts | Equifax®
https://www.equifax.com/.../education/identity-theft/7-things-to-know-about-fraud-alerts ▾
A fraud alert is a **notice** that is placed on your credit report that **alerts credit card companies** and others who may extend you credit that you may have been a victim of fraud, including identity theft.
Author: Equifax

### Fraud Alert Center at Experian
https://www.experian.com/fraud ▾
You may place a **fraud alert** in your file by calling just one of the three **nationwide consumer reporting agencies**. As soon as that agency processes your **fraud alert**, it will **notify** the other two, which then also must place **fraud alerts** in your file.

**Related searches**

**fbi** fraud alert notice

**insurance** fraud notices

fraud notice **letter**

**anti** fraud notice

**mortgage** fraud notice

**crime** alert notice

alert notice **examples**

fraud alert **scam**

student loan

All    Images    Videos    Maps    News    Shopping    |    My saves

Also try:    student loans without cosigner  ·  best college student loan programs  ·  easiest student loan...

3,200,000 Results        Any time ▾

### Class Action Legal Notice - You May Be Eligible for Money
https://www.tcpawellsfargo.com ▾
Ad  If you received an automated phone call or text from Wells Fargo, you may be included.

### Sallie Mae® Student Loans - Your Future Awaits
https://www.salliemae.com ▾
Ad  Need a Last Minute **Student Loan**? Sallie Mae Can Help. Apply Now!
Undergraduate Loans · Graduate Student Loans

### College Ave Student Loans® - Apply In Just 3 Minutes
https://www.collegeavestudentloans.com/college-ave/student-loans ▾
Ad  Apply In Just 3 Minutes And Get An Instant Decision + Flexible Repayment Options
No Application Fees - $0.00 · No Prepayment Fees - $0.00 · No Fees To Apply - $0.00

### Discover® Student Loans - Great Rates and Rewards
https://www.discover.com/student-loans ▾                              Learn More
Ad  Cover Up to 100% of College Costs. Great Rates & Zero Fees Required. Apply Now!
**Types**: Undergraduate Loans, Graduate Loans, MBA Loans, Health Professions Loan
College Loans 101 · College Costs Covered

### StudentLoans.gov | Manage & Repay Your Student Loans
https://studentloans.gov ▾
Complete federal **student** aid processes for Direct **Loan** and TEACH Grant Programs such as Master
Promissory Note (MPN), Counseling, PLUS **Loan** Application, Income-Driven ...

### StudentLoans.gov | Manage & Repay Your Student Loans
https://studentloans.gov/myDirectLoan/login.action ▾
You are accessing a U.S. Federal Government computer system intended to be solely accessed by
individual users expressly authorized to access the system by the U.S. Department of Education.

### Loans | Federal Student Aid
https://studentaid.ed.gov/sa/types/loans ▾
**Student loans** can come from the federal government, from private sources such as a bank or financial
institution, or from other organizations. **Loans** made by the federal government, called federal **student
loans**, usually have more benefits than **loans** from banks or other private sources.

### News about Student Loan
bing.com/news


New York sues student loan company
over debt forgiveness for those in public
service

## Related searches

student loans **without cosigner**

**best college** student loan **programs**

**easiest** student loans **to get approved for**

student loans **bad credit guaranteed approval**

**wells fargo** student loans

**apply for** student loans

**discover** loans student

**best** student loans **for college**



tcpa

All    Images    Videos    Maps    News    Shopping    |    My saves

Also try:  fdcpa  ·  fcra  ·  can spam

5,500,000 Results          Any time ▾

**Wells Fargo Class Action - Legal Notice**
https://www.tcpawellsfargo.com ▾
Ad· Did you receive a cell phone call or text from Wells Fargo? You could receive a payment.

The Telephone Consumer Protection Act of 1991 (
TCPA ) was passed by the United States Congress in
1991 and signed into law by President George H. W.
Bush as Public Law 102-243. It amended the
Communications Act of 1934 . The TCPA is codified as 47 U.S.C. § 227. [1]
The TCPA restricts telephone solicitations (i.e., telemarketing ) and the use
of automated telephone equipment.


Image: keypathedu.com

**Telephone Consumer Protection Act of 1991 - Wikipedia**
en.wikipedia.org/wiki/Telephone_Consumer_Protection_Act_of_1991

Was this helpful?  👍  👎

PEOPLE ALSO ASK

What are TCPA violations?                                    ⌄

What is TCPA compliance?                                    ⌄

What is a TCPA class action lawsuit?                         ⌄

What is the difference between TCPA and CTIA?                ⌄

**Telephone Consumer Protection Act of 1991 - Wikipedia**
https://en.wikipedia.org/wiki/Telephone_Consumer_Protection_Act_of_1991 ▾

‹    **Overview**    General provisions    Unusual statutory provision    Ma  ›

The Telephone Consumer Protection Act of 1991 was passed by the United States Congress in 1991 and
signed into law by President George H. W. Bush as Public Law 102-243. It amended the Communications
Act of 1934. The TCPA is codified as 47 U.S.C. § 227. The TCPA restricts telephone solicitations and the
use of automated telephone equipment. The TCPA limits the use of automatic dialing systems, artificial
or prerecorded voice messages, SMS text messages, and fax machines. It also specifies...

See more on en.wikipedia.org · Text under CC-BY-SA license

## Telephone Consumer Protection Act of 1991

The Telephone Consumer Protection Act of 1991 was passed by the United
States Congress in 1991 and signed into law by President George H. W.
Bush as Public Law 102-243. It amended the Communications Act of 1934.
The TCPA is codified as 47 U.S.C. § 227. The TCPA restricts telephone
solicitations and the use of automated telephone equipment. The TCPA
limits the use of automatic dialing systems, artificial or prerecorded voice
messages, SMS text messages, and fax machines. It also specifies several
technical requirements for fax machines, autodialers, and voice messaging
systems—principally with provisions requiring identification and contact
information of the entity using the device to be contained in the message.

W  Wikipedia

Data from: Wikipedia

Suggest an edit



Google

tcpa

 **Sign in**

🔍 All    📰 News    🖼 Images    📖 Books    🗺 Maps    ⋮ More     Settings    Tools

About 1,540,000 results (0.81 seconds)

### Legal Notice | Class Action Settlement
**Ad** www.tcpawellsfargo.com/ ▾
Received an automated phone call or text from Wells Fargo? You could receive a payment.

The **TCPA** (Telephone Consumer Protection Act) is a federal statute enacted in 1991 designed to safeguard consumer privacy. This legislation restricts telemarketing communications via voice calls, SMS texts, and fax.


www.idology.com

### What is the Telephone Consumer Protection Act (TCPA ...
https://www.twilio.com › docs › glossary › what-is-telephone-consumer-prot...

❓ About Featured Snippets    🏳 Feedback

### People also ask

What does the TCPA prohibit?      ⌄

Who regulates TCPA?      ⌄

How do I report a TCPA violation?      ⌄

Does TCPA apply to landlines?      ⌄

*Feedback*

### FCC Actions on Robocalls, Telemarketing | Federal ...
https://www.fcc.gov › general › telemarketing-and-robocalls ▾



More images

# Telephone Consumer Protection Act ...

<span style="float:right">⋖</span>

The Telephone Consumer Protection Act of 1991 was passed by the United States Congress in 1991 and signed into law by President George H. W. Bush as Public Law 102-243. It amended the Communications Act of 1934. The TCPA is codified in 47 U.S.C. § 227. Wikipedia

### People also search for   View 10+

      

Dodd–Frank Wall Street R...    Truth in Lending Act    Americans with Disabiliti...

*Feedback*



wells fargo settlement



All    News    Videos    Shopping    Books    More      Settings    Tools

About 10,600,000 results (1.89 seconds)

## Class Action Legal Notice | You May Be Eligible for Money
Ad www.tcpawellsfargo.com/ ▾
If you received an automated phone call or text from Wells Fargo, you may be included.

## Legal Notice | Class Action Settlement
Ad www.wellsfargocpisettlement.com/ ▾
Auto loan customers charged for collateral protection insurance could get a cash payment.

## WFSettlement
https://wfsettlement.com ▾
A $142 Million **Settlement** with **Wells Fargo** includes customers who had certain **Wells Fargo** credit cards, lines of credit, checking or savings accounts opened or ...
WFSettlement FAQs · Frequently Asked Questions · WF Settlement > mainpage ...

### People also ask

| How much is the Wells Fargo settlement? | ⌄ |
|---|---|
| Is there a Wells Fargo settlement? | ⌄ |
| How do I claim my Wells Fargo settlement? | ⌄ |
| What happened to the Wells Fargo settlement? | ⌄ |

Feedback

## Can You Still Get a Piece of the Wells Fargo Settlement ...
https://www.magnifymoney.com › blog › banking › wells-fargo-settlement ▾



Sign in

Google

wells fargo class action



🔍 All    📰 News    🏷 Shopping    ▶ Videos    🗺 Maps    ⋮ More     Settings    Tools

About 9,820,000 results (1.16 seconds)

### Wells Fargo Class Action | Legal Notice

`Ad` www.tcpawellsfargo.com/ ▾

Did you receive a cell phone call or text from Wells Fargo? You could receive a payment.

### Legal Notice | Class Action Settlement

`Ad` www.wellsfargocpisettlement.com/ ▾

Auto loan customers charged for collateral protection insurance could get a cash payment.

**Wells Fargo** will pay $480 million to a group of the bank's shareholders as part of a **class action** settlement for allegedly lying about the sales practices that led to the bank's massive fake accounts scandal. ... That lawsuit led to a $142 million fake accounts **class action** settlement for those customers. Dec 19, 2018

### Court approves Wells FargoŌ $480 million settlement for ...

https://www.housingwire.com › articles › 47757-court-approves-wells-fargos...

    ❓ About Featured Snippets     🏴 Feedback

### WFSettlement

https://wfsettlement.com ▾

The Court's approval of the **Class Action** Settlement has been appealed. Please ... savings, credit card, or line of credit accounts, please contact **Wells Fargo** at ...

WFSettlement FAQs · Frequently Asked Questions · Contact Information · Español

### Wells Fargo Auto Loan Insurance Class Action Settlement ...

https://topclassactions.com › consumer-products › auto-news › 917069-we... ▾

Aug 29, 2019 - Plaintiffs in the **Wells Fargo** auto loan **class action** claimed that the bank deceptively put CPI policies into place on consumer auto loans.

fraud alert                                    🔍

Andrew         

Web    Images    Video    News    More ⌄    Anytime ⌄                    Get beautiful photos on every new browser window. Download >>

Also try: at&t fraud alert phone call, experian fraud alert

Ads related to: fraud alert

### Legal Notice - Class Action Settlement
www.TCPAWellsFargo.com
Received an automated phone call or text from Wells Fargo? You could receive a payment.

### TransUnion® Fraud Alert - Credit Security You Can Trust
www.transunion.com
Scores Can Go Down, So Sign Up! Manage Your Credit with TransUnion® Today. Let TransUnion® Help Find Your Credit Peace of Mind. Sign Up Now and Check Your Score.

### LifeLock® Official Site - Limited Time Offer
www.lifelock.com
LifeLock Does More Than Just Monitoring, We also Help Fix **Identity Theft** Issues!

### Top 10 Best Fraud Alerts 2019 - Get Credit Fraud Alerts Fast
www.identityprotectionreview.com/Best-Service/Fraud-Alerts
Best **Fraud Alert** Services 2019. Compare Credit Monitoring Providers Reviews. Get Protection from ID Theft. Find Who Is Rated #1 **Fraud Alert**s & Monitoring Service.

### Bank Of America Mobile Banking - Feel Secure On Any Adventure
www.bankofamerica.com/GetMoreDone/GotYourBack
Security On Your Terms With Bank Of America®. Enjoy Peace Of Mind, Wherever You Are.

### Place a Fraud Alert | FTC Consumer Information
www.consumer.ftc.gov/articles/0275-place-fraud-alert ⌄
How to Place a **Fraud Alert** Contact one credit bureau . The credit bureau will explain that you can get a free credit report and other rights you have. Mark your calendar. The **fraud alert** stays on your report for one year. You can get a new one after one year.

### Fraud Alert Center at Experian
www.experian.com/fraud ⌄
A **fraud alert** can make it more difficult for someone to get credit in your name because it tells creditors to follow certain procedures to protect you. It also may delay your ability to obtain credit. You may place a **fraud alert** in your file by calling just one of the three nationwide consumer reporting agencies.

### Fraud Alerts | Place a Fraud Alert | TransUnion
www.transunion.com/fraud ⌄
Remove **Fraud Alert** You can take the **fraud alert** off your credit report at any time. The easiest way to do so is online. If you don't yet have an account, you will need to create one.

### Fraud Alert Explainer | Credit Karma
www.creditkarma.com/id-theft/i/what-fraud-alert ⌄

student loan

  

Web    Images    Video    News    More ⌄    Anytime ⌄

Get beautiful photos on every new browser window.  Download >>

Also try: student loan refinancing rates, student loan forgiveness

Ads related to: student loan

### Class Action Legal Notice - You May Be Eligible for Money
www.TCPAWellsFargo.com
If you received an automated phone call or text from Wells Fargo, you may be included.

### Sallie Mae® Student Loans - Your Future Awaits
www.salliemae.com
Need a **Student Loan** Fast? Sallie Mae Can Help. Apply Now!

Undergraduate Loans                    Graduate Student Loans
Loans For Your Child                    Easy Online Application
Three Repayment Options                 Apply Online Today

### PNC Bank Student Loans - Fixed or Variable Rate Options
www.pnc.com/Student-Loan/Apply-Now
Flexible Repayment Terms from 4.54-11.48% APR with Automatic Payments. Apply Today!
No Application Fees · Flexible Rate Options · Online Application
Service catalog: Co-Signer Release, Student Loan Calculator

Apply For a Student Loan               Undergraduate Loan
Education Refinance Loan               Graduate School Loan

### Discover® Student Loans - Apply in Less Than 15 Minutes!
www.discover.com/student-loans
Apply Now! Fast and Easy Process. Cover Up to 100% of College Costs.
Zero Fees Required · 100% US-based specialists · Auto Debit Reward
Types: Undergraduate Loans, Graduate Loans, MBA Loans

College Costs Covered                  Undergrad Private Loan
College Loans 101                      Interest Rates
Graduate Private Loan                  Multi-Year Option

### Student Loan - internetcorkboard.com - Search For Student Loan
www.internetcorkboard.com/Student Loan
internetcorkboard.com has been visited by 1M+ users in the past month
Search For **Student Loan**. Tons of Results Here.

### StudentLoans.gov | Manage & Repay Your Student Loans
studentloans.gov ⌄
Complete federal **student** aid processes for Direct **Loan** and TEACH GRANT Programs such as Master
Promissory Note (MPN), Counseling, PLUS **Loan** Application, Income-Driven ...

student loan

Web    Images    Video    News    More ⌄    Anytime ⌄

Get beautiful photos on every new browser window. Download >>

Also try: student loan refinancing rates, student loan forgiveness

Ads related to: student loan

Wells Fargo Class Action - Legal Notice
www.TCPAWellsFargo.com
Did you receive a cell phone call or text from Wells Fargo? You could receive a payment.

Sallie Mae® Student Loans - Let's Make College Happen℠
www.salliemae.com
Do You Have Big Dreams? Sallie Mae Can Help You Reach Them. Apply Today!
Repayment Options · No Application Fees
Undergraduate Loans  -  Graduate Student Loans  -  Loans For Your Child

PNC Education Loan Center - PNC Student Loans
www.pnc.com/Student-Loan/Apply-Now
Learn More About PNC Student Loans. Start Planning Your Future Today. Apply Now!
Flexible Rate Options · No Origination Fees · Online Application
Service catalog: Co-Signer Release, Student Loan Calculator
Apply For a Student Loan  -  Undergraduate Loan  -  Education Refinance Loan

Discover® Student Loans - Apply In Minutes
www.discover.com/student-loans
Choice of Repayment Options with 24/7 US-Based Customer Support. Cover Up to 100% of College
Costs. It's Fast and Easy to Apply!
College Costs Covered  -  Undergrad Private Loan  -  College Loans 101

College Ave Student Loans® - Quick and Easy Student Loans
www.collegeavestudentloans.com/College-Ave/Student-Loans
Choose From The Most Repayment Options So You Can Build The Best Loan For You. Take The
Stress Out Of Paying For College With A Student Loan Designed For You.

StudentLoans.gov | Manage & Repay Your Student Loans
studentloans.gov ⌄
Complete federal student aid processes for Direct Loan and TEACH Grant Programs such as Master
Promissory Note (MPN), Counseling, PLUS Loan Application, Income-Driven ...

StudentLoans.gov | Manage & Repay Your Student Loans
studentloans.gov/myDirectLoan/login.action ⌄
You are accessing a U.S. Federal Government computer system intended to be solely accessed by
individual users expressly authorized to access the system by the U.S. Department of Education.

Loans | Federal Student Aid
studentaid.ed.gov/sa/types/loans ⌄
Federal student loans offer many benefits compared to other options you may consider when paying
for college: The interest rate on federal student loans is fixed and usually lower than that on private

# Attachment 10

# If You Received an Automated Phone Call or Text Message from Wells Fargo Bank, N.A. and You Were Not a Wells Fargo Customer You May Be Eligible to Receive a Cash Payment from a Class Action Settlement

---

NEWS PROVIDED BY
**United States District Court for the Northern District of Illinois →**
Sep 30, 2019, 09:00 ET

---

CHICAGO, Sept. 30, 2019 /PRNewswire/ -- The United States District Court for the Northern District of Illinois has authorized this notice to inform you about your rights. This is <u>not</u> an advertisement and <u>not</u> a solicitation from a lawyer.

*Para una notificacion en Espanol, visitar www.TCPAWellsFargo.com.*

A settlement has been reached in a class action lawsuit against Wells Fargo Bank, N.A. ("Wells Fargo"). The lawsuit, *Prather, et al. v. Wells Fargo Bank, N.A.*, No. 17-CV-00481 (N.D. Ill.), involves claims that Wells Fargo violated federal law by making automated phone calls and texts to non-customers' cellphones without those persons' permission. The individuals who brought the case allege that Wells Fargo violated the federal Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* ("TCPA") by sending calls and text messages using automated dialing technology or artificial/prerecorded voice technology to non-customers' cellphones without those individuals' prior express consent. Wells Fargo denies the allegations, and the Court has not decided who is right or wrong. Rather, the parties have reached a compromise to settle the lawsuit and avoid the uncertainties and costs associated with further litigation.

## Am I Included in the Settlement?

You may be entitled to compensation from this Settlement if you were not a Wells Fargo customer but received calls or text messages on your cell phone from Wells Fargo relating to the collection or servicing of (i) a mortgage or home equity loan, (ii) credit card account, (iii) retail installment sale contract for an automobile loan, (iv) automobile loan, (v) overdraft on a deposit account, (vi) a student loan, or in connection with a fraud alert. Please visit the detailed notice at www.TCPAWellsFargo.com to determine if you are eligible to receive compensation from the Settlement.

## What can I get from the Settlement?

The proposed settlement provides for a fund totaling $17,850,000.00 which will be used to make payments to the class members after first making deductions for notice and administration costs, incentive awards to the class representatives, and attorneys' fees and expenses for class counsel. If the Court finally approves the settlement, each settlement class member who timely submits a valid claim form will be eligible to receive an equal payment from the Settlement Fund. To receive a payment, you must submit a Claim Form by **December 23, 2019**. Class Members can file a claim online at www.TCPAWellsFargo.com, or visit that website and download a Claim Form and submit by email or U.S. Mail. Visit www.TCPAWellsFargo.com or call 1-877-848-4101 for more information about this settlement and on how to file your claim for cash benefits.

## Your rights may be affected.

Class Members who do not want to be legally bound by the Settlement must exclude themselves by **November 13, 2019**. Class Members who do not exclude themselves will release their claims against Wells Fargo, as more fully described in the Settlement Agreement available at www.TCPAWellsFargo.com. Class Members who stay in the Settlement may object to it by **November 13, 2019**. The Detailed Notice available on the website listed below explains how to exclude yourself or object. The Court is scheduled to hold a hearing on **December 10, 2019** at **9:30 a.m.** to consider whether to approve the settlement, Class Counsel's request for attorneys' fees of up to 1/3 of the settlement fund, plus expenses, and

incentive awards to the Class Representatives of up to $15,000 each. You can appear at the hearing but do not have to. You can hire your own attorney, at your own expense, to appear or speak for you at the hearing.

### How can I get more information?

Please do not contact the Court or Wells Fargo with questions regarding this lawsuit. They will not be able to help you. If you have questions or want a detailed notice or other documents about this lawsuit and your rights and options, visit www.TCPAWellsFargo.com. You may also contact the Settlement Administrator by calling 1-877-848-4101, or Class Counsel at the telephone number and email addresses provided in the detailed notice available at www.TCPAWellsFargo.com.

SOURCE United States District Court for the Northern District of Illinois

Related Links

https://www.tcpawellsfargo.com/

Attachment 11

<u>NOTIFICACIÓN LEGAL POR ORDEN DEL TRIBUNAL</u>

# Si recibió una llamada telefónica o mensaje de texto de parte de Wells Fargo Bank, pero usted no era Cliente de Wells Fargo Bank, puede ser elegible para recibir un pago en efectivo <u>como resultado de una Conciliación de demanda colectiva</u>

**Esta notificación describe los derechos que puede ejercer en relación con la conciliación de una demanda.**

*El Tribunal de Distrito de los Estados Unidos para el Distrito Norte de Illinois autorizó esta Notificación.*
*No se trata del ofrecimiento de un abogado. <u>No se trata de una acción legal en su contra.</u>*

Esta notificación describe una conciliación propuesta en una demanda colectiva en contra de Wells Fargo Bank, N.A. ("Wells Fargo"), en relación a llamadas telefónicas y mensajes de texto realizados a ciertas personas y entidades. **Lea esta notificación detenidamente. Aquí se resumen sus derechos y sus opciones en cumplimiento de esta Conciliación, los cuales se verán afectados, independientemente de que inicie o no alguna acción legal. Se puede acceder al Acuerdo de conciliación completo en <u>www.TCPAWellsFargo.com.</u>**

Si usted recibió una llamada telefónica o un mensaje de texto y usted cumple con la descripción del Grupo de conciliación (según se define a continuación), entonces tiene las siguientes opciones:

- <u>Puede presentar una reclamación para recibir una indemnización monetaria.</u> El monto del cheque que recibirá depende del número de personas que presenten reclamaciones, de los costos administrativos de la conciliación, los honorarios profesionales y costas de abogados y el pago de incentivos del representante del grupo. **Para recibir un cheque, debe presentar un Formulario de reclamación antes del 23 de diciembre de 2019.** A continuación se describe el proceso de presentación de una reclamación.

- <u>Puede excluirse</u> de la Conciliación (y no recibir dinero en virtud de la Conciliación pero conservar su derecho a presentar su propia demanda). Su solicitud de exclusión debe presentarse antes del **13 de noviembre de 2019**. Debe seguir el procedimiento descrito en la sección 8 a continuación. Si se aprueba la Conciliación y usted no se excluye, se verá obligado a aceptar los términos de la Conciliación y deberá renunciar al derecho de presentar determinadas reclamaciones que se describen a continuación.

- <u>Puede objetar la Conciliación.</u> La fecha límite para objetar la Conciliación es el **13 de noviembre de 2019.** Toda objeción debe ser enviada por correo al Administrador de la conciliación de Wells Fargo en relación con la TCPA, al Abogado del grupo y al abogado de Wells Fargo. Ver la sección 7 a continuación para obtener las direcciones postales, así como más información sobre la presentación de una objeción.

- <u>Puede optar por no hacer nada.</u> Si usted no hace nada, no recibirá dinero del Fondo de la conciliación, pero seguirá estando vinculado por todas las órdenes y sentencias del Tribunal. A menos que usted se excluya de la conciliación, no podrá presentar o continuar una demanda en contra de las Partes exoneradas respecto a cualquier Reclamación exonerada. *La presentación de un Formulario de reclamación válido y en tiempo debido es la única manera de ser elegible para recibir un pago en virtud de esta conciliación.*

<u>PARA PRESENTAR UN FORMULARIO DE RECLAMACIÓN O PARA RECIBIR INFORMACIÓN SOBRE CÓMO SOLICITAR SU EXCLUSIÓN DEL GRUPO O PRESENTAR UNA OBJECIÓN,</u>

<u>VISITE EL SITIO WEB DE LA CONCILIACIÓN, WWW.TCPAWELLSFARGO.COM, O LLAME AL 1 877 848 4101.</u>

**<u>No</u>** llame ni escriba al Tribunal, a la Secretaría del Tribunal, a Wells Fargo o al abogado de Wells Fargo para obtener más información. <u>Ninguno</u> de ellos podrá brindarle asistencia.

## <u>INFORMACIÓN BÁSICA</u>

En la acción colectiva putativa conocida como *Prather, et al. v. Wells Fargo Bank, N.A.,* No. 17-CV-00481, actualmente en curso ante el Tribunal de Distrito para el Distrito Norte de Illinois, el Demandante alega que Wells Fargo violó las disposiciones de la Ley de Protección al Consumidor de Servicios Telefónicos 47 U.S.C, sección 227 *et seq.*(Telephone Consumer Protection Act, "TCPA"), al llamar o enviar mensajes de texto a individuos que no eran clientes de Wells Fargo, utilizando tecnología de marcación automatizada o tecnología de voz artificial/pre-grabada. Wells Fargo niega las acusaciones del Demandante y niega además haber incurrido en cualquier tipo de acción incorrecta. El Tribunal no ha decidido quién tiene la razón.

Se ha negociado una conciliación de esta demanda (la "Conciliación") que, de ser aprobada por el Tribunal, le dará derecho a recibir un pago. Al aceptar la Conciliación, Wells Fargo no ha admitido la veracidad ni la validez de ninguna de las reclamaciones presentadas en su contra. Sus derechos y opciones, según lo estipulado en esta Conciliación, así como las fechas límite para ejercerlos, se explican a continuación.

| SUS OPCIONES Y DERECHOS LEGALES | |
|---|---|
| **PRESENTAR UNA RECLAMACIÓN** | Esta es la única forma de recibir un pago en virtud de la Conciliación. Los Miembros del grupo que presenten un formulario de reclamación válido antes de la fecha límite del **23 de diciembre de 2019** recibirán un pago en efectivo y renunciarán a determinados derechos de demandar a las Partes exoneradas, como se describe en las secciones 4 y 6 a continuación. |
| **NO HACER NADA** | Si no hace nada, no recibirá dinero en virtud de la Conciliación, pero *de todas maneras renunciará a sus derechos a demandar a las Partes exoneradas*, como se describe en las secciones 6 y 10 a continuación. |
| **EXCLUIRSE DEL CASO** | Si se excluye, podrá demandar a las Partes exoneradas por su cuenta y a su cargo en relación con las llamadas telefónicas y los mensajes de texto exonerados en virtud de esta Conciliación, pero no recibirá ningún pago como consecuencia de la Conciliación. La fecha límite para excluirse es el **13 de noviembre de 2019.**Ver la sección 8 a continuación. |
| **OBJETAR** | Puede presentar una objeción si desea oponerse a la Conciliación. La fecha límite para objetar la conciliación es el **13 de noviembre de 2019.**Ver la sección 7 a continuación. |
| **ASISTIR A UNA AUDIENCIA** | Solicitar la palabra ante el Tribunal con respecto a la imparcialidad de la Conciliación. El Tribunal ha fijado una audiencia para el **10 de diciembre de 2019** a las **9:30 a. m.,** sujeto a cambios. Ver la sección 11 a continuación. |

Estos derechos y opciones —**así como las fechas límites para ejercerlos**— se explican en esta notificación.

El Tribunal a cargo de este caso todavía no ha aprobado la Conciliación. Si lo hace, y después de resolver todas las apelaciones, se distribuirán los beneficios entre quienes presenten reclamaciones y cumplan con los requisitos. Tenga paciencia.

| **QUÉ CONTIENE ESTA NOTIFICACIÓN** |
|---|

| 1. | ¿QUIÉNES FORMAN PARTE DEL GRUPO DE LA CONCILIACIÓN? | 3 |
|---|---|---|
| 2. | ¿DE QUÉ TRATA ESTA DEMANDA? | 4 |
| 3. | ¿QUIÉN ME REPRESENTA? | 4 |
| 4. | ¿QUÉ BENEFICIOS PUEDO OBTENER EN VIRTUD DE LA CONCILIACIÓN? | 4 |
| 5. | ¿DEBO PAGAR A LOS ABOGADOS QUE ME REPRESENTEN? | 5 |
| 6. | ¿QUÉ CONDICIONES ACEPTO AL PERMANECER DENTRO DEL GRUPO DE LA CONCILIACIÓN EN ESTA EN ESTE CASO? | 6 |
| 7. | ¿QUÉ SUCEDE SI NO ESTOY DE ACUERDO CON LA CONCILIACIÓN? | 6 |
| 8. | ¿CÓMO ME EXCLUYO DEL GRUPO DE LA CONCILIACIÓN? | 7 |
| 9. | ¿CUÁL ES LA DIFERENCIA ENTRE OBJETAR Y SOLICITAR SER EXCLUIDO? | 7 |
| 10. | ¿QUÉ SUCEDE SI NO HAGO NADA? | 7 |
| 11. | ¿QUÉ OCURRIRÁ EN LA AUDIENCIA DE APROBACIÓN DEFINITIVA? | 8 |
| 12. | ¿ESTA NOTIFICACIÓN CONTIENE LA TOTALIDAD DEL ACUERDO DE CONCILIACIÓN? | 8 |
| 13. | ¿DÓNDE PUEDO OBTENER MÁS INFORMACIÓN? | 9 |

| **1. ¿QUIÉNES FORMAN PARTE DEL GRUPO DE LA CONCILIACIÓN?** |
|---|

El juez del caso ha certificado un grupo únicamente para los fines de esta conciliación.

En términos generales, el Grupo de la conciliación incluye toda persona a cuyo celular haya llamado o enviado mensajes de texto Wells Fargo para fines de servicio de cuenta, cobro de cuenta o alerta de fraude, aun y cuando no eran clientes de Wells Fargo al momento de la(s) llamada(s).

Si ha recibido la notificación de la Conciliación dirigida a usted, entonces puede ser un miembro del Grupo de la conciliación. Pero incluso si no recibió ninguna notificación, aun así usted puede formar parte del Grupo de la conciliación.

De manera más específica, el "Grupo de la conciliación" se define como todas las personas:

(A) que fueron usuarios o suscriptores de un servicio inalámbrico o de teléfono celular dentro de los Estados Unidos a quienes Wells Fargo llamó o inició cualquier Llamada (lo cual incluye todo mensaje de texto) utilizando cualquier tecnología de marcación automatizada o tecnología de voz artificial o pre-grabada en relación con el cobro o servicio de una hipoteca o préstamo de vivienda, cuenta de tarjeta de crédito, contrato de venta a plazos para un automóvil, préstamo para automóvil, sobre giro en una cuenta de débito, préstamo de estudios o en relación con una alerta de fraude en una tarjeta de crédito o cuenta de débito, utilizando tecnología de marcación automatizada o tecnología de voz artificial o pre-grabada.

(B) que no eran clientes de Wells Fargo al momento de la Llamada; y

(C) que fueron llamados

    i. entre el 20 de enero de 2013 y el 10 de julio de 2019 para Llamadas realizadas en relación con préstamos de automóvil o alertas de fraude en tarjetas de crédito o cuentas de débito;

    ii.    entre el 18 de septiembre de 2014 y el 10 de julio de 2019 para Llamadas realizadas en relación a cuentas de tarjeta de crédito;

    iii.    entre el 20 de diciembre de 2015 y el 10 de julio de 2019 para Llamadas realizadas en relación a préstamos de estudios o sobre giros en cuentas de débito;

    iv.    entre el 1 de marzo de 2016 y el 10 de julio de 2019 para Llamadas realizadas en relación a hipotecas o préstamos de vivienda; o

    v.    entre el 1 de abril de 2016 y el 10 de julio de 2019 para Llamadas realizadas en relación a contratos de ventas a plazos para automóviles.

Quedan excluidas del Grupo de la conciliación todas las personas que elijan excluirse del Grupo de la conciliación, además del Tribunal y el personal al que se asigne este caso y todos los miembros del grupo familiar inmediato del Tribunal y de su personal.

Si no está seguro de ser parte del Grupo de la conciliación o si tiene alguna otra pregunta relacionada con la Conciliación, visite la página web de la Conciliación en www.TCPAWellsFargo.com o llame al número gratuito 1-877-848-4101.

## 2.   ¿DE QUÉ TRATA ESTA DEMANDA?

Este caso se presentó como una acción colectiva putativa alegando que Wells Fargo incurrió en violaciones de la Ley de Protección al Consumidor de Servicios Telefónicos, 47 U.S.C., sección 227 y *siguientes* ("TCPA"), realizando llamadas o enviando mensajes de texto utilizando tecnología de marcación automatizado o tecnología de voz artificial/pre-grabada a individuos que no eran clientes. Este es solo un resumen de las acusaciones. El reclamo que se plantea en la demanda está publicado en www.TCPAWellsFargo.com, y contiene todas las acusaciones. Wells Fargo niega estas acusaciones; sin embargo, para evitar el gasto, los inconvenientes y la perturbación que genera la continuación del litigio, las Partes han aceptado los términos de la Conciliación que aquí se describen.

## 3.   ¿QUIÉN ME REPRESENTA?

En una demanda colectiva, una o más personas llamadas "representantes del grupo" demandan en nombre de las personas y entidades que tienen reclamaciones similares. En este caso, Joseph Dunn, Helen Iehl, Albert Pieterson, John Hastings, Windie Bishop, Lisa Barnes, Angela Garr y Myesha Prather demandaron a Wells Fargo en su capacidad de representantes, y el Tribunal ha designado a cada uno de ellos como Representantes del grupo para todo Miembro del grupo de la conciliación en este caso.

El Tribunal también autorizó a McGuire Law, P.C.; Lieff Cabraser Heimann & Bernstein, LLP; y Girard Sharp LLP como Abogados principales. Burke Law Offices, LLC; Morgan and Morgan; Skaar & Feagle, LLP; Law Offices of Todd M. Friedman, P.C.; Greenwald Davidson Radbil PLLC, Keogh Law Ltd; Law Offices of Douglas J. Campion, APC; Meyer Wilson Co., LPA, y McMorrow Law, P.C. han sido designados como abogados adicionales para el Grupo de la conciliación. Si desea ser representado por su propio abogado, puede contratar a uno por su propia cuenta y cargo.

## 4.   ¿QUÉ BENEFICIOS PUEDO OBTENER EN VIRTUD DE ESTA CONCILIACIÓN?

Tal como se establece en la Conciliación, Wells Fargo ha aceptado ofrecer una indemnización monetaria a los Miembros del grupo que presenten reclamaciones válidas durante el plazo establecido a tal efecto. El monto de los cheques no se conoce todavía. El Fondo total de la conciliación es de $17,850,000.00. El monto del cheque que usted recibirá depende del número de Miembros del grupo que presenten reclamaciones válidas dentro del plazo establecido, los costos administrativos de la conciliación, las costas y honorarios de abogados y el pago de incentivos de los Representantes del grupo, ya que todo esto será cubierto con el Fondo de la conciliación. Cada Miembro del grupo de la conciliación que presente una reclamación válida dentro del plazo

¿Tiene alguna pregunta? Visite www.TCPAWellsFargo.com o llame al 1-877-848-4101

Y8701 v.01

4

establecido recibirá un cheque por el mismo monto. *La única forma de recibir un pago de esta Conciliación es enviar un Formulario de reclamación válido dentro del plazo establecido, y esto es lo único que usted debe hacer para recibir un pago.* Los Formularios de reclamación están disponibles en www.TCPAWellsFargo.com. Los Formularios de reclamación pueden presentarse en línea en www.TCPAWellsFargo.com, enviarse por correo electrónico al Administrador de la conciliación a claims@TCPAWellsFargo.com, o enviar por correo al Administrador de la conciliación a Wells Fargo TCPA Settlement Administrator, PO Box 4540; Portland, OR 97208-4540.

Si presentó un Formulario de reclamación válido dentro del plazo establecido, su reclamación se pagará mediante un cheque que se le enviará por correo. Los pagos de las reclamaciones solo se realizarán una vez que el Tribunal apruebe definitivamente la Conciliación y después de que se resuelvan todas las apelaciones (vea la sección 11 a continuación). Si hay apelaciones, resolverlas puede llevar tiempo. Tenga paciencia.

Si usted presentara su propio caso en contra de Wells Fargo en relación con las violaciones alegadas en el presente, y si usted probara exitosamente las violaciones alegadas, usted recuperaría entre $500 y $1,500 por violación, además usted podría obtener una medida cautela limitando conductas futuras. Sin embargo, existen retrasos, riesgos y costos asociados con la presentación de su propio caso. Los abogados en este caso no lo representarán a usted en un caso separado en contra de Wells Fargo, y el TCPA no establece honorarios de abogados para demandantes individuales que resulten exitosos. Además, Wells Fargo ha negado que realizó llamadas telefónicas o envió mensajes de texto ilegales a persona alguna, y, sin duda, Wells Fargo presentará defensas importantes en una demanda por separado. A pesar de que esta conciliación puede proporcionar menos dinero a los Miembros del grupo de lo que obtendrían si presentaran y ganaran su propio caso, elimina el riesgo de no recuperación, proporcionando, en la mayoría de los casos una recuperación de forma más rápida de lo que lo haría un litigio individual, no le cuesta dinero alguno a los Miembros el grupo y les permite obtener beneficios monetarios sin la necesidad de asistir al Tribunal o presentar documento alguno distinto al Formulario de reclamación.

Recuerde que si recibe un cheque, tendrá un plazo de seis (6) meses para cobrarlo. Si usted no cobra el cheque dentro de 6 meses, el cheque será nulo y los fondos serán utilizados según lo disponga el Tribunal, incluyendo su redistribución a otros Miembros del grupo y su distribución a organizaciones de beneficencia.

| 5. ¿DEBO PAGAR A LOS ABOGADOS QUE ME REPRESENTEN? |
|---|

No. El Abogado del grupo pedirá al Tribunal que apruebe el pago de honorarios de abogados con un monto máximo de un tercio del Fondo de la conciliación ($5,950,000) más gastos por investigar los hechos, litigar el caso y negociar los términos y condiciones de la conciliación. Hasta la fecha, el Abogado del grupo no ha recibido ningún pago por sus servicios en la conducción de este Litigio en nombre de los Representantes del grupo de la conciliación ni del Grupo de la conciliación, ni tampoco se le han reembolsado al Abogado del grupo los gastos y costos en los que ha incurrido directamente en relación con su representación del Grupos de la conciliación. El Abogado del grupo solicitará además al Tribunal que imponga un pago de servicios de $15,000 a cada uno de los Representantes del Grupo en reconocimiento de los servicios que han prestado a los Grupos de la conciliación. Todo monto que se imponga como pago de honorarios o servicios será determinado por el Tribunal. Los datos de contacto del Abogado del grupo son los siguientes:

| Evan M. Meyers | Jonathan D. Selbin | Daniel C. Girard |
|---|---|---|
| MCGUIRE LAW, P.C. | LIEFF CABRASER HEIMANN | GIRARD SHARP LLP |
| 55 W. Wacker Drive, | & BERNSTEIN, LLP | 601 California Street |
| 9th Floor | 250 Hudson Street, 8th Floor | Suite 1400 |
| Chicago, IL 60601 | New York, NY 10013 | San Francisco, CA 94108 |
| Tel.: (312) 893-7002 | Tel: (212) 355-9500 | Tel.: (415) 981-4800 |
| emeyers@mcgpc.com | jselbin@lchb.com | dgirard@girardsharp.com |

**¿Tiene alguna pregunta? Visite www.TCPAWellsFargo.com o llame al 1-877-848-4101**

Y8701 v.01
**5**

## 6. ¿QUÉ CONDICIONES ACEPTO AL PERMANECER DENTRO DEL GRUPO DE LA CONCILIACIÓN EN ESTE CASO?

A menos que decida excluirse, será parte del Grupo de la conciliación, y estará obligado por la renuncia al derecho de presentar reclamaciones que se establece en la Conciliación. Esto significa que si la Conciliación se aprueba, no podrá demandar, ni continuar demandas, ni ser parte de ninguna demanda contra Wells Fargo ni contra las demás Partes exoneradas que plantean una "Reclamación exonerada", según se define a continuación. Esto significa también que la Orden del Tribunal que dé por aprobada la Conciliación y su sentencia en este caso será aplicable a usted y usted se verá, por lo tanto, legalmente vinculado por ella.

Las "Reclamaciones exoneradas" que no podrá entablar en contra de Wells Fargo o las Partes exoneradas, si usted continúa siendo parte del Grupo de la conciliación son las siguientes: toda y cada una de las causas de acción, juicios, obligaciones, deudas, demandas, acuerdos, promesas, obligaciones, daños, pérdidas, controversias, costos, gastos y honorarios de abogados de cualquier naturaleza, ya sea con base en cualquier ley federal, estatal, derecho consuetudinario, ley territorial, ley extranjera, contrato, regla, regulación o promulgación regulatoria (incluyendo, entre otros, toda opinión o sentencia declaratoria), derecho consuetudinario o equidad, ya sea conocidas o desconocidas, presuntas o no presuntas, declaradas o no declaradas, liquidadas o no liquidadas, punitivas o compensatorias, a partir de la fecha de la Orden de aprobación final, que resulten de o se relacionen con el uso de las Partes exoneradas de un "sistema de marcación telefónica automatizada" o "voz artificial o pre-grabada" para contactar o intentar contactar a Miembros del grupo de la conciliación en un teléfono inalámbrico o celular en relación con el cobro o servicio de una hipoteca o préstamo de vivienda, cuenta de tarjeta de crédito, contrato de venta a plazos para un automóvil, préstamo para automóvil, sobre giro en una cuenta de débito, préstamo de estudios o en relación con una alerta de fraude en una tarjeta de crédito o cuenta de débito, durante el Periodo del grupo. Sin perjuicio de lo anterior, las reclamaciones que resulten de cualquier Llamada en la medida en que sean para fines de telemarketing, no se eximen. Nada de lo establecido en la Conciliación se interpretará como limitación a los derechos de los Miembros del grupo para contactar, de cualquier forma y para cualquier fin, a cualquier agencia estatal o federal en relación con actividades de cualquier parte.

"Partes exoneradas" se refiere a Wells Fargo y cada una de sus respectivas empresas matrices, subsidiarias, filiales, pasadas, presentes y futuras y cada uno de sus directores, oficiales, gerentes, empleados, socios generales, socios limitados, mandantes, aseguradoras, reaseguradoras, accionistas, abogados, asesores, representantes, predecesores, sucesores, divisiones, cesionarios y entidades relacionadas, presentes, pasados o futuros, y cada uno de sus respectivos albaceas, sucesores y representantes legales y también incluye las siguientes entidades que realizaron llamadas o enviaron mensajes de texto en representación de Wells Fargo: Genesys, FICO Customer Communication Services, mBlox, Inc., CLX Communications y Sinch.

"Acciones relacionadas" se refiere a *Pieterson et al v. Wells Fargo Bank, N.A.,* No. 17-cv-02306 (N.D. Cal.); *Hastings et al v. Wells Fargo Bank, N.A.,* No. 17-cv-03633 (N.D. Cal.); *Barnes et al v. Wells Fargo Bank, N.A.,* No. 18-cv-06520 (N.D. Cal.); and *Garr et al v. Wells Fargo Bank, N.A.,* No. 18-cv-06997 (N.D. Cal.).

## 7. ¿QUÉ SUCEDE SI NO ESTOY DE ACUERDO CON LA CONCILIACIÓN?

Si usted forma parte del Grupo de la conciliación, puede oponerse a esta en su totalidad o a alguna de sus partes que considere que el Tribunal debería rechazar, y el Tribunal considerará su postura. Para oponerse, debe enviar su objeción al Administrador de la conciliación, al Abogado del grupo y al Abogado de Wells Fargo, indicando:

    a.    el nombre y número(s) del caso de este Litigio *(Prather, et al. v. Wells Fargo Bank, N.A.,* No. 17-CV-00481);

    b.    su nombre completo, dirección actual y número telefónico;

    c.    el número de teléfono en el que presuntamente recibió un mensaje de texto de Wells Fargo;

**¿Tiene alguna pregunta? Visite www.TCPAWellsFargo.com o llame al 1-877-848-4101**

Y8701 v.01

**6**

    d.    las razones por las que objeta la Conciliación, junto con el material probatorio correspondiente;

    e.    la identidad de cualquier abogado que lo asistió, lo asesoró o lo representa en este caso o en su objeción; y

    f.    su firma.

**Su objeción debe tener una fecha postal que no sea posterior al 13 de noviembre de 2019.** Las objeciones deben enviarse por correo a:

| Wells Fargo TCPA Settlement Administrator PO Box 4540 Portland, OR 97208-4540 | **Abogados de los demandantes:** Eugene Y. Turin MCGUIRE LAW, P.C. 55 W. Wacker Drive, 9th Floor Chicago, IL 60601 | **Abogado de Wells Fargo:** Rebecca S. Saelao SEVERSON & WERSON A Professional Corporation One Embarcadero Center, Suite 2600 San Francisco, CA 94111 |
|---|---|---|

## 8.  ¿CÓMO ME EXCLUYO DEL GRUPO DE LA CONCILIACIÓN?

Si desea excluirse del Grupo de la conciliación, o si "opta por la exclusión", como suele decirse para hacer referencia a esta decisión, no podrá acceder a ningún beneficio en virtud de esta Conciliación. No obstante, conservará su derecho a demandar o a continuar demandando por su cuenta y cargo a Wells Fargo o a las Partes exoneradas acerca de cualquiera de las Reclamaciones exoneradas.

Para excluirse del Grupo de la conciliación, debe enviar una carta al Administrador de la conciliación en la que se indiquen los siguientes datos:

    (1)    el nombre y número de caso de esta demanda *(Prather, et al. v. Wells Fargo Bank, N.A.,* No. 17-CV-00481);

    (2).    el número de teléfono en el que presuntamente recibió un mensaje de texto de Wells Fargo;

    (3)    su nombre completo, dirección actual y número telefónico;

    (4)    una declaración de que desea excluirse del Grupo de la conciliación; y

    (5)    su firma.

Si desea excluirse, debe enviar la información detallada anteriormente a las siguientes direcciones para que lleve un sello postal a más tardar del **13 de noviembre de 2019:**

Administrador de la conciliación de TCPA de Wells Fargo
PO Box 4540
Portland, OR 97208-4540

*NO SE ACEPTARÁN SOLICITUDES DE EXCLUSIÓN DEL GRUPO QUE NO TENGAN SELLO POSTAL CON FECHA DEL **13 DE NOVIEMBRE DE 2019** O ANTERIOR.*

## 9.  ¿CUÁL ES LA DIFERENCIA ENTRE OBJETAR Y SOLICITAR SER EXCLUIDO?

Objetar es simplemente decirle al Tribunal que no le gusta algo sobre la Conciliación. Puede objetar la Conciliación solamente si no se excluye de esta. Excluirse es decirle al Tribunal que no quiere ser parte de la Conciliación. Si usted se excluye, no tiene fundamentos para objetar esta Conciliación porque ya no le afecta.

## 10.  ¿QUÉ SUCEDE SI NO HAGO NADA?

Usted seguirá siendo miembro del Grupo de la conciliación. **No obstante, deberá presentar un Formulario de reclamación para recibir un beneficio en virtud de esta Conciliación.** Ver la sección 4 anterior.

## 11. ¿QUÉ OCURRIRÁ EN LA AUDIENCIA DE APROBACIÓN DEFINITIVA?

El Tribunal celebrará una audiencia para decidir si aprueba la Conciliación y las solicitudes de honorarios, pago de servicios y gastos (la "Audiencia de aprobación definitiva"). La Audiencia de aprobación definitiva está actualmente fijada para el **10 de diciembre de 2019 a las 9:30 a. m.,** en el Tribunal de Distrito de los Estados Unidos para el Distrito Norte de Illinois, División Este, ubicado en la Sala 1919, en 219 S. Dearborn Street, Chicago, IL 60604. La audiencia se podrá cambiar para otra fecha u hora diferentes sin notificación previa; por lo tanto, se recomienda verificar estos datos en www.TCPAWellsFargo.com para comprobar si hubo actualizaciones.

En la Audiencia de aprobación definitiva, el Tribunal considerará si la Conciliación propuesta es justa, razonable y adecuada. Además, el Tribunal considerará la solicitud del Abogado del grupo acerca de los honorarios y gastos de los abogados y el pago de incentivos de los Representantes del grupo. Si hay objeciones, el Tribunal las escuchará y las examinará en la Audiencia de aprobación definitiva. Después de la audiencia, el Tribunal decidirá si aprueba o no la Conciliación. No sabemos cuánto demorarán estas decisiones.

Usted puede asistir a la audiencia, por su propia cuenta, pero no está obligado a hacerlo. No puede hablar en la audiencia si se ha excluido de la Conciliación.

Puede solicitarle al Tribunal permiso para hablar durante la audiencia. Para hacerlo, debe enviar una carta en la que diga que tiene la intención de comparecer y que desea que lo escuchen. Su aviso de intención de comparecer debe incluir lo siguiente:

    (1)    el nombre y número de caso de esta demanda *(Prather, et al. v. Wells Fargo Bank, N.A.,* No. 17-CV-00481);

    (2)    su nombre completo, dirección actual y número telefónico;

    (3)    el número de teléfono en el que presuntamente recibió un mensaje de texto de Wells Fargo;

    (4)    una declaración de que se trata de su "Notificación de intención de comparecencia" en la Audiencia de aprobación definitiva de este caso *(Prather, et al. v. Wells Fargo Bank, N.A.,* No. 17-CV-00481), junto con copias de todos los documentos y pruebas o información que presentará al Tribunal;

    (5)    las razones por las que desea ser escuchado; y

    (6)    su firma.

Debe enviar copias de su Notificación de intención de comparecencia con sello postal a más tardar del **13 de noviembre de 2019**, a:

| Clerk of the Court<br>Everett McKinley Dirksen<br>United States Courthouse<br>219 South Dearborn Street<br>Chicago, IL 60604 | **Abogados de los demandantes:**<br>Eugene Y. Turin<br>MCGUIRE LAW, P.C.<br>55 W. Wacker Drive, 9th Floor<br>Chicago, IL 60601 | **Abogado de Wells Fargo:**<br>Rebecca S. Saelao<br>SEVERSON & WERSON<br>A Professional Corporation<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111 |
| --- | --- | --- |

## 12. ¿ESTA NOTIFICACIÓN CONTIENE LA TOTALIDAD DEL ACUERDO DE CONCILIACIÓN?

No. Esta notificación es solo un resumen de la Conciliación. Si se aprueba la Conciliación y usted no se excluye del Grupo de la conciliación, se verá obligado por la renuncia contenida en este Acuerdo de conciliación, y no solo por los términos y condiciones que se describen en esta Notificación. Los términos que aparecen en mayúsculas en esta Notificación se definen en el Acuerdo de conciliación. Puede consultar todo el Acuerdo de conciliación en línea en www.TCPAWellsFargo.com, o puede escribir a la dirección a continuación para

obtener mayor información.

| **13. ¿DÓNDE PUEDO OBTENER MÁS INFORMACIÓN?** |
|---|

Para obtener mayor información, puede visitar www.TCPAWellsFargo.com, puede llamar al Administrador de la conciliación de Wells Fargo en relación con la TCPA, al 1-877-848-4101, o escribirle al PO Box 4540, Portland, OR 97208-4540 o puede contactar al Abogado del grupo según se establece en la sección 5 anterior.

**MONITOREE EL SITIO WEB DEL CASO, WWW.TCPAWELLSFARGO.COM, PARA ACTUALIZACIONES Y OTRA INFORMACIÓN IMPORTANTE.**

**NOTA:** <u>NO</u> LLAME NI ESCRIBA AL TRIBUNAL, A LA SECRETARÍA DEL TRIBUNAL, A WELLS FARGO O AL ABOGADO DE WELLS FARGO PARA OBTENER MÁS INFORMACIÓN. NINGUNO DE ELLOS PODRÁ BRINDARLE ASISTENCIA. Si tiene alguna pregunta, llame al 1-877-848-4101 o visite www.TCPAWellsFargo.com.

**¿Tiene alguna pregunta? Visite www.TCPAWellsFargo.com o llame al 1-877-848-4101**

Y8701 v.01                                                                                                                9

# Attachment 12

*Prather, et al.*
v.
**Wells Fargo Bank, N.A.**

## TIMELY REQUESTS FOR EXCLUSION

| Epiq ID | Name |
| --- | --- |
| 749894 | AMY CANOLES |
| 2224218 | ANDREW THOMPSON |
| 324371 | ANDREY SEMENOV |
| 1948171 | ANGIN POGOSYAN |
| 1393896 | BAASANTSEND OCHIRJAV |
| 606629 | BOBBY W PRYOR |
| 392013 | BRENDA MILLER |
| 1245293 | CARA BEARDEN |
| 2295213 | CAROLYN SHELTON |
| 1403308 | DANA DRAYTON |
| 2288510 | DANIEL CURTIS |
| 1930172 | DOLLIE M BLEVINS |
| 1725094 | ERIC D WIRTHLIN |
| 690342 | FRANK A DELGADO |
| 1777169 | GARY YATES |
| 511309 | HEATHER SMITH |
| 20612 | JAIME L RIVERA-ALMODOVAR |
| 1225313 | JAMES MOORE |
| 2295507 | JAMILLAH ROBINSON |
| 658789 | JESSE J NELSON |
| 834387 | JESSICA M KING |
| 504385 | JIVAPRIYA ROSELL |
| 848496 | JOHANNA ROGERS-BABBITT |
| 226463 | JOHN HILTY |
| 915226 | JOSHUA BRUMFIELD |
| 1440303 | KAREN FINSTAD |
| 1887811 | KAY WILLIAMS |
| 488347 | KRISTI ENGMAN |
| 2293857 | LINDA CURTIS |
| 1549044 | LINDA HELGESON |
| 1118864 | LOURDES CERROS |
| 441894 | MARSHALL REA |
| 1957571 | MARTHA MEDRANO |
| 2295509 | MIRANDA M NELSON |
| 108452 | NINA CARLISLE |
| 2295508 | NORISHA K BELCHER |
| 1658558 | OTTO STARR |
| 115556 | PETER J TUITE |
| 1191073 | RASHAD MORELAND |
| 930047 | RHONDA GRIDLEY |
| 2295532 | ROSA TREVINO |
| 58695 | SHIN SWIM SCHOOL |
| 2117908 | THOMAS MAHER |
| 2163245 | TIARA KARNS-CLARK |
| 2295395 | WILLIS A JOHNSON |