IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JOSEPH DUNN, HELEN IEHL, ALBERT PIETERSON, JOHN HASTINGS, WINDIE BISHOP, LISA BARNES, ANGELA GARR, and MYESHA PRATHER, individually and on behalf of a class of similarly situated individuals,<br><br>*Plaintiffs*,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>*Defendant*. | Case No. 1:17-cv-00481<br><br>Hon. Manish S. Shah |

**DECLARATION OF REBECCA S. SAELAO IN SUPPORT OF
WELLS FARGO'S JOINDER IN PLAINTIFFS' MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT, AND RESPONSE TO
<u>OBJECTION OF ADAM HOIPKEMIER</u>**

I, Rebecca S. Saelao, state and declare as follows:

1. I am a member of the law firm Severson & Werson, a Professional Corporation, attorneys for Defendant in the above-captioned action. I make this declaration in support of Defendant Wells Fargo Bank, N.A.'s Joinder in Plaintiffs' Motion for Final Approval of Class Action Settlement, and Response to Objection of Adam Hoipkemier. I have personal knowledge of the facts set forth below and could testify thereto.

2. Prior to the December 20, 2018 settlement, Wells Fargo provided Prather's counsel data regarding the number of phone numbers associated with "wrong number" codes called by Wells Fargo across multiple lines of business.

3. The settlement reached at the December 20, 2018 mediation was conditioned on confirmatory discovery, at plaintiff's insistence.

4. A true and correct redacted copy of the Declaration of Anya Verkhovskaya, filed in *Pieterson v. Wells Fargo Bank, N.A*, No. 17-2306 (N.D. Cal.) as Dkt. No. 150-3, is attached hereto as **Exhibit 1**.

5. A true and correct redacted copy of the Declaration of Margaret Daley, filed in *Pieterson v. Wells Fargo Bank, N.A*, No. 17-2306 (N.D. Cal.) as Dkt. No. 167-7, is attached hereto as **Exhibit 2.**

6. A true and correct redacted copy of Exhibit B to the Declaration of Margaret Daley, filed in *Pieterson v. Wells Fargo Bank, N.A*, No. 17-2306 (N.D. Cal.) as Dkt. No. 167-9, and consisting of Ms. Daley's initial expert report in the *Pieterson* case, is attached hereto as **Exhibit 3.**

7. A true and correct redacted copy of Wells Fargo's Opposition to Plaintiffs' Motion for Class Certification, filed in *Pieterson v. Wells Fargo Bank, N.A*, No. 17-2306 (N.D. Cal.) as Dkt. 167, is attached hereto as **Exhibit 4.**

8. A true and correct copy of the Curriculum Vitae of Wells Fargo's expert witness, Margaret Daley, filed in *Pieterson v. Wells Fargo Bank, N.A*, No. 17-2306 (N.D. Cal.) as Dkt. 167-8, is attached hereto as **Exhibit 5.**

9. The Settlement Agreement provides that "Defendant shall be responsible for serving the Class Action Fairness Act ("CAFA") notice required by 28 U.S.C. § 1715 within ten (10) days of the filing of the Preliminary Approval Motion." (Dkt. 80-1, ¶ 64(h).)

10. On behalf of Wells Fargo, my office—under my direction and supervision—served Notice of Proposed Class Action Pursuant to 28 U.S.C. § 1715 ("CAFA Notice") on the United States Attorney General, the Attorneys General for the 50 states, DC, and the U.S. Territories, and on the Office of the Comptroller of Currency and OCC-National Bank

Examiners, on July 10, 2019, which was within ten days of the filing of the Preliminary Approval Motion, Dkt. 80.  A true and correct copy of the Proof of Service of the CAFA Notice—which I provided to the Settlement Administrator—is included as **Attachment 1** to the Declaration of Cameron R. Azari, Esq. on Implementation and Adequacy of Settlement Notice Plan ("Azari Declaration"), filed as Dkt. 121-3

11. A true and correct exemplar of the CAFA Notice sent to the Attorneys General and regulators listed in the Proof of Service--which I provided to the Settlement Administrator—is included as **Attachment 2** to the Azari Declaration.

12. The CAFA Notice and Proof of Service describe the documents that my office included with the CAFA Notice, along with information regarding "a reasonable estimate of the number of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement," pursuant to 28 U.S.C. § 1715.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on November 26, 2019, at San Francisco, California.

*/s/ Rebecca S. Saelao*
Rebecca S. Saelao

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that the signatory above concurs in this filing and that on the date set forth above the undersigned caused a true and correct copy of the foregoing to be filed and served electronically via the court's CM/ECF system.

*/s/ Mark D. Lonergan*