# Exhibit 1

# VERKHOVSKAYA REPORT

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ALBERT PIETERSON, on behalf of himself and all others similarly situated,<br><br>          Plaintiff,<br>    v.<br><br>WELLS FARGO BANK, N.A.,<br><br>        Defendant. | Case No. 17-cv-02306 |
| JOHN HASTINGS, on behalf of himself and all others similarly situated,<br><br>          Plaintiff,<br>v.<br>WELLS FARGO BANK, N.A.,<br><br>        Defendant. | Case No. 17-cv-03633 |

**EXPERT REPORT OF ANYA VERKHOVSKAYA**

**October 15, 2018**

# TABLE OF CONTENTS

| | | |
|---|---|---|
| **I.** | **INTRODUCTION** | **PAGE 3** |
| **II.** | **EXPERIENCE AND QUALIFICATIONS** | **PAGE 4** |
| **III.** | **INFORMATION REGARDING DATA ANALYSIS** | **PAGE 9** |
| | **A.**     **Understanding of Source Data** | |
| | **B.**     **Analysis** | |
| | **C.**     **Information on Reverse-Append** | |
| | **D.**     **Methodology for Complete Source Data** | |
| | **E.**     **Class Certification Notice Procedures** | |
| **IV.** | **OPINIONS** | **PAGE 15** |

I, Anya Verkhovskaya, hereby certify as follows:

## I.  INTRODUCTION

1.      Plaintiffs' Counsel asked me to review the data file listed below (the "File") in the above-captioned litigation (the "Action"): WF_Pieterson 004065 HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY (10.18).

2.      I did not receive or review any File until I had properly executed Schedule A to the Stipulated Protective Order.

3.      I was asked to utilize the File to identify, for the sample of 1,000 cellular telephone numbers provided by Defendant (the "Sample"), whether the historical subscriber of the telephone number during the timeframe was the account holder who Defendant was attempting to reach.

4.      In order to complete this identification, I utilized a methodology that I have utilized numerous times in my professional experience.

5.      The methodology that I utilize includes reviewing historical cellular telephone number subscriber information from reliable, accurate and well-regarded data providers including LexisNexis and TransUnion.

6.      All of the work accomplished in connection with this Expert Report was performed by me or at my direction and with my supervision.

7.      My work to date has shown that more than 49% of the Sample telephone numbers were assigned to historical subscribers *other than* the account holder at the time that Defendant attempted to reach the account holder.

8.      I can readily perform the analysis I have conducted on the Sample across all data

relevant in this Action, which I understand to comprise approximately 200,000 unique telephone numbers.

9.      I reserve the right to amend this Expert Report should additional information become available.

## II.      EXPERIENCE AND QUALIFICATIONS

10.     I am the President of Class Experts Group, LLC ("CEG"). CEG offers litigation support services with a focus on data management and data analysis, particularly in the area of class action litigation, class administration and consumer class action litigation support services.

11.     I have over 19 years of experience serving as an expert witness or court-approved administrator in various class action matters, including hundreds of Telephone Consumer Protection Act cases, consumer, insurance, employment, antitrust, securities fraud, ERISA, civil rights, discrimination and other claims. My resume is attached hereto as Exhibit A.

12.     I have extensive experience identifying and locating class members in order to administer some of the largest and most complex class actions and other administration matters, involving all aspects of direct, media and third-party notice programs, data management, claims administration and settlement fund distribution, both domestically and internationally.

13.     In my professional experience, I have personally analyzed, overseen and directed large-volume data analysis engagements including but not limited to analysis of telephone records; credit card company records; governmental agency data files; life, automobile, medical, and title insurance records; medical billing records; mortgage, securities and other banking records; and various other large-volume data sets in dozens of industries.

14.    As a result, I am extremely familiar with numerous and diverse methodologies and systems that can be used to perform reliable record analysis.

15.    I have been personally involved with the administration, processing and adjudication of millions of class action-related claims, including analysis, classification, processing documentation (paper and digital) and related correspondence.

16.    I have regularly served as an expert witness, providing opinions and testimony concerning ascertainability, class certification, notice adequacy and settlement issues.

17.    I have been retained to provide expert deposition and/or court testimony in numerous matters involving substantial data analysis including but not limited to the following:

a.    *Abante Rooter & Plumbing, Inc. v. Alarm.com, Inc. and Alarm.com Holdings, Inc.*, No. 15-06314 (N.D. California)

b.    *Benzion v. Vivint, Inc.*, No. 12-61826 (S.D. Florida)

c.    *Biringer v. First Family Ins., Inc.*, No. 14-566 (N.D. Florida)

d.    *Cordoba v. DIRECTV, LLC*, No. 15-3755 (N.D. Georgia)

e.    *Donaca v. Dish Network, L.L.C.*, No. 11-2910 (D. Colorado)

f.    *Duchene v. Westlake Svcs., LLC*, No. 13-157 (W.D. Pennsylvania)

g.    *Hazelton v. Sonic Automotive, Inc.*, No. 02-12274 (Circuit Court for the Thirteenth Judicial Circuit, Hillsborough County, Florida)

h.    *Horton v. Cavalry Portfolio Services, LLC*, No. 13-0307 (S.D. California)

i.    *In re Monitronics Int'l, Inc. Telephone Consumer Protection Act Litigation,* MDL No.-3MD-2493 (N.D. West Virginia)

j.    *Johansen v. One Planet Ops Inc.*, No. 16-00121 (S.D. Ohio)

k.    *Johnson v. Navient*, No. 15-0716 (S.D. Indiana) *

l.    *Kalow & Springut, LLP v. Commence Corp.*, No. 07-3442 (D. New Jersey)

m.    *Krakauer v. DISH Network, LLC*, No. 14-00333 (M.D. North Carolina)

n.    *Kubacki v. Peapod, LLC*, No. 13-729 (N.D. Illinois) *

o.    *LaVigne v. First Comm. Bancshares, Inc.*, No. 15-934 (D. New Mexico) *

p.    *Lopera v. The Receivable Management Services Corp.*, No. 12-9649 (N.D. Illinois) *

q.    *Luster v. GreenTree Servicing*, No. 14-01763 (N.D. Georgia)

r.    *Mey v. Frontier Communications Corp.*, No. 13-01191 (D. Connecticut)

    s.   *Mey v. Honeywell Int'l, Inc., ISI Alarms NC, Inc.*, No. 12-1721 (S.D. West Virginia)

    t.   *Roberts v. Wyndham Hotels & Resorts, LLC*, No. 12-05083 (N.D. California)

    u.   *Morris v. Solar City Corp.*, No. 15-05107 (N.D. California)

    v.   *Reyes v. BCA Financial Services, Inc.*, No. 16-24077 (S.D. Florida) *

    w.   *Slovin v. SunRun, Inc.*, No. 15-5340, (N.D. California)

    x.   *Southwell v. Mortgage Investors Corp. of Ohio, Inc.*, No. 13-1289 (W.D. Washington)

    y.   *Tomeo v. Citigroup, Inc.*, No. 13-04046 (N.D. Illinois)

    z.   *Gilmore v. USCB Corp.*, No. 17-00119 (M.D. Georgia) *

    aa.   *Goins v. Palmer Recovery Attorneys, PLLC*, No. 17-00654 (M.D. Florida) *

18.    Many of the cases listed in Paragraph 17 concern wrong-contact autodialed calls to cellular telephone numbers; this is indicated by an asterisk next to the case listing.

19.    In addition to the engagements listed above and in my resume, I have also overseen some of the most complex, large-scale international administration programs.

20.    As the court-appointed notice administrator in the *Swiss Banks Holocaust Victim Assets Litigation*, a $1.25 billion settlement, I played a key role in a worldwide Phase I notice program that resulted in the processing of more than 500,000 initial questionnaires.

21.    In Phase III, I coordinated delivering notice to over 10,000 Jewish communities in 109 countries, and administered international help and call centers in Phases I and III that directly assisted more than 100,000 potential claimants, created a class-appropriate notice targeting Romanies (Gypsies) in 48 countries and directed hundreds of staff to communicate orally and directly with Romani communities and individuals, and notified more than two million people. By designation of the International Organization for Migration (IOM), I directly assisted more than 22,000 Romanies in 17 countries of central and eastern Europe with claim completion.

22.     I was appointed by the government of Germany to lead the notice and claims collection efforts in the German Forced Labour Compensation Programme (GFLCP). As authorized by the International Organization for Migration (IOM), we located more than 43,000 Romani survivors in 17 countries of central and eastern Europe who were potentially eligible for humanitarian aid, and I oversaw creation of a comprehensive database for the GFLCP and the Holocaust Victim Assets Programme and directly assisted more than 11,000 Romanies in eight central and eastern European countries with claim completion.

23.     I was appointed by Chairman Lawrence Eagleburger and served as a consultant to the International Commission on Holocaust Era Insurance Claims (ICHEIC) on notice and outreach strategies and supervised the notification of claimants and face-to-face assistance programs in Eastern Europe and the former Soviet Union.

24.     In February 2011, I was appointed by the Israeli government authority as the Administrative Director of Project HEART (Holocaust Era Asset Restitution Taskforce) to provide the essential tools, strategy, and information that will ultimately enable the Government of Israel and its partners to secure a measure of justice for eligible Jewish victims and their heirs. Since its inception, Project HEART has become one of the most comprehensive multilingual notice campaigns ever undertaken, covering 137 countries. As part of its efforts, we launched a multilingual, interactive website, established a 24-hour call center in 13 languages, distributed more than 500,000 documents to potentially eligible families of Holocaust victims, handled over 80,000 calls, conducted archival research, and created the most comprehensive on-line repository in history with more than two million looted Holocaust era properties. In addition, we reached out to 15,000 non-governmental organizations that are now engaged in the project, assisted

Expert Report of Anya Verkhovskaya -- *Pieterson v. Wells Fargo Bank, N.A.*, Case 17-02306 (N.D. Cal.)
and *Hastings v. Wells Fargo Bank, N.A.*, Case No. 17-03633 (N.D. Cal.)          Page 7 of 15

thousands of Holocaust victims and their heirs, established an active social media campaign, held numerous press conferences, participated in dozens of radio programs, processed nearly two hundred thousand claims, and created the worlds-largest and most complex data repository of nearly two million documents of Jewish property stolen or looted during the Holocaust era.

25.     Courts have admitted my expert opinions, testimony, data analysis methodology, notice programs' effectiveness and efficiency, as well as claims administration determinations, in dozens of cases.

26.     Plaintiffs retained me at an hourly rate of $525.00 an hour.

27.     I have authored no publications.

28.     I have testified as an expert witness at deposition or trial in the last four years in the cases listed below.

    a.  *Benzion v. Vivint, Inc*., No. 12-CV-618260 (United States District Court, Southern District of Florida)

    b.  *Southwell, et al. v. Mortgage Investors Corporation of Ohio, Inc., et al.,* No. 13-01289 (United States District Court, Western District of Washington)

    c.  *Horton v. Cavalry Portfolio Services, LLC*, No. 13 CV0307 (United States District Court, Southern District of California)

    d.  *Krakauer v. DISH Network, LLC*, No. 1:14-cv-00333 (United States District Court, Middle District of North Carolina)

    e.  *Shamblin v. Obama for America*, No. 8:13-cv-02428 (United States District Court, Middle District of Florida)

    f.  *Duchene v. Westlake Services, LLC, d/b/a Westlake Financial Services, LLC*, No. 2:13-cv-157 (United States District Court, Western District of Pennsylvania)

    g.  *Mey v. Frontier Communications Corp*., Case No. 13-cv-01191 (United States District Court, District of Connecticut)

    h.  *Roberts v. Wyndham Hotels and Resorts, LLC*, No. 5-12-cv-05083 (United States District Court, Northern District of California)

    i.  *Johnson v. Navient,* No. 15-cv-0716 (United States District Court, Southern District of Indiana)

    j.  *Biringer v. First Family Ins., Inc.*, No. 4-14-cv-566 (United States District

        Court, Northern District of Florida)

k.    *Cordoba v. Telecel Marketing Solutions, Inc.*, No. 1:15-cv-03755 (United States District Court, Northern District of Georgia)

l.    *Morris v. Solar City Corp.*, No. 3:15-cv-05107 (United States District Court for the Northern District of California)

m.    *Rooter v. Alarm.com Inc. and Alarm.com Holdings, Inc.*, No. 4:15-cv-06314 (United States District Court, Northern District of California)

n.    *In re Monitronics Int'l, Inc. Telephone Consumer Protection Act Lit.*, No. 13-2493 (United States District Court, Northern District of West Virginia)

o.    *Ken Johansen v. One Planet Ops Inc.*, No. 16-cv-00121 (United States District Court for the Southern District of Ohio, Eastern Division)

p.    *LaVigne v. First Community Bancshares, Inc.*, No. 15-cv-00934 (United States District Court for the District of New Mexico)

q.    *Slovin v. SunRun, Inc.*, No. 15-cv-05340 (United States District Court, Northern District of California)

r.    *Tomeo v. Citigroup, Inc.*, No. 13-cv-04046 (United States District Court, Northern District of Illinois)

s.    *Luster v. GreenTree Servicing*, No. 14-cv-01763 (United States District Court, Northern District of Georgia)

t.    *Reyes v. BCA Financial Services, Inc.,* No. 16-24077 (United States District Court, Southern District of Florida)

u.    *Gilmore v. USCB Corp.*, No. 17-00119 (United States District Court, Middle District of Georgia)

v.    *Goins v. Palmer Recovery Attorneys, PLLC*, No. 17-00654 (United States District Court, Middle District of Florida)

w.    *Manopla v. Home Depot USA, Inc.*, No. 15-1120 (United States District Court, District of New Jersey)

x.    *Hopkins v. Modernize, Inc.*, No. 17-40087 (United States District Court, District of Massachusetts)

y.    *Hossfeld v. Compass Bank*, No. 16-2017 (United States District Court, Northern District of Alabama)

## III.    INFORMATION REGARDING DATA ANALYSIS

### A.    Understanding of Source Data

29.    It is my understanding, based upon review of the File, that data exists within

Defendant's records which can show the following:

30. It is my understanding when pulling the initial data sample,[1] Wells Fargo initially identified an erroneous data sample, which was then corrected by Wells Fargo on October 9, 2018, and that is when the File was provided.

**B.** **Analysis**

31. Over my 19 years of experience in data analysis, I have processed countless data types from various sources and in different formats. Part of this experience includes performing cross-comparisons of separate records and files from different sources.

32. The first step in performing analysis in this Action was to ensure that each of the 1,000 unique telephone numbers from the Sample included the necessary datapoints – telephone number, account number, account holder, and contact date.

33. Once the data was compiled, it was stored in a working data table for analysis.

34. Next, I sought to identify, within a historical timeframe, the names and addresses of subscribers/users of the telephone numbers of the Sample.

35. First, I submitted a file of telephone numbers to the LexisNexis online batch interface from which a custom data process can be performed.

36. The file was then processed via an established, customized batch gateway that was established by me and LexisNexis and improved over more than 10 years working on class member identification and location. LexisNexis then used its proprietary algorithm to link names

---

[1] I employed the same methodology on the initial sample and determined that 54% were wrong contacts, which further supports the reliability and reproducibility of my methodology.

Expert Report of Anya Verkhovskaya -- *Pieterson v. Wells Fargo Bank, N.A.*, Case 17-02306 (N.D. Cal.)
and *Hastings v. Wells Fargo Bank, N.A.*, Case No. 17-03633 (N.D. Cal.)                    Page 10 of 15

and addresses to each telephone number, specifying the timeline for each match. The output was posted by LexisNexis to the batch interface system for download by CEG (the "Output").

37.     The resulting Output file provided a comprehensive report of subscriber/users of the telephone numbers, including name, address, and associated date ranges. This process is commonly known as reverse-append.

38.     The reverse-append process is able to identify the subscriber/user of a given telephone number at a point in time.

39.     Next, I compared the names of account holders to the names included in the Output.

40.     The names were first compared programmatically utilizing a formula to compare the rate of similarity of one name to another. The similarity rates ranged from 0° to 6° with special designations for "Exact Match." A similarity rate of 0° meant the names were wholly dissimilar, and a similarity rate of 6° meant the names were very similar. A designation of "Exact Match" indicated that the names were exactly the same.

41.     Once the programmatic comparisons were completed, quality assurance was conducted.

42.     Then, limited manual review was conducted on about 10% of the records.  The purpose of this additional review was to make determinations in the mid-range of similarity or potential fuzzy[2] matches (about 3° to 4°) and to ensure the results of programmatic review were

_____

[2] "Fuzzy match" can be used to identify fuzzy duplicate rows within a single table or to "fuzzy join" similar rows between two different tables. The matching resolves a wide variety of inconsistencies including spelling mistakes, abbreviations, synonyms and added/missing data. For instance, it might detect that the rows "Mr. Andrew Hill," "Hill, Andrew R." and "Andy Hill" all refer to the same individual, returning a similarity score along with each match.

accurate For example, this manual verification was completed to assure that potential matches, like "Mary Smith" and "Mary Ann Smith" were the same people.

43.     The final outcome of the programmatic review, quality assurance, and manual, intensive record-by-record review was to assign to each name pairing with a "flag" – if the names matched a "yes" flag and a "no" flag where they did not.

44.     Once all of the comparisons were complete, I assigned each telephone number and name pairing of account holder vs. historical reverse append to one of three categories: Wrong Contact, Right Contact, and Mixed Contact (described in the next paragraph).

45.     In some instances, LexisNexis returned multiple historical names for a telephone number. In this smaller subset of results, it is possible for some of the pairings to match and others not to. These telephone numbers went on to be assigned to the category "Mixed Contact."

46.     In some instances, LexisNexis did not return any name(s) for a telephone number. These telephone numbers are categorized as "No Append."

47.     After the LexisNexis reverse-append process, I performed secondary reverse append via TransUnion for those records that did not have results from LexisNexis, "No Append" records. Similar to the LexisNexis reverse-append process, TransUnion also provides reliable historical name and address data.

48.     The current results of the initial and secondary analysis are as follows:

| Quantity of Telephone Numbers | Category | Percentage |
|---|---|---|
| 12 | No Append | 1.2% |
| 496 | Wrong Contact | 49.6% |
| 196 | Right Contact | 19.6% |
| 296 | Mixed Contact | 29.6% |

C.    **Information on Reverse-Append**

49.    In cases brought under the Telephone Consumer Protection Act and state statutes relating to telephone privacy, I routinely analyze call records to identify class members. In analyzing call records, I frequently partner with well-known, reputable data vendors, such as LexisNexis, TransUnion, Microbilt, and others (collectively, the "Data Processors").

50.    I have longstanding relationships and prior experience with the Data Processors.

51.    I have regularly used the Data Processors in coordinating pre-certification and pre-settlement data analysis and in administering class action settlements, both contexts in which accuracy and reliability is critical.

52.    In my experience, gained over the course of many years working with the Data Processors, they provide accurate and reliable information, and they are regularly called upon to provide this type of information in court-supervised class action settlements.

53.    I have used this reverse-append process in many cases, including in cases where the Court has certified putative classes (*e.g., Ikuseghan v. Multicare Health System*, No. 14-5539 (W.D. Wash.); *Krakauer v. DISH Network, LLC*, No. 14-333 (M.D.N.C.); *LaVigne v. First Community Bancshares*, No. 15-0934 (D. N.M.); and *West v. California Service Bureau, Inc*., No. 16-03124 (N.D. Cal.)).

54.    Through my independent review of test and live case files over the years, I have verified the accuracy of the information I receive and have found it to be reliable.

D.    **Methodology for Complete Source Data**

55.    The methodology that I have described in Section B could be easily replicated for the larger data set relevant to the Action.

---

Expert Report of Anya Verkhovskaya -- *Pieterson v. Wells Fargo Bank, N.A.*, Case 17-02306 (N.D. Cal.)
and *Hastings v. Wells Fargo Bank, N.A.*, Case No. 17-03633 (N.D. Cal.)          Page 13 of 15

56.     It is my understanding that the larger data set contains about 200,000 unique telephone numbers.

**E.     Class Certification Notice Procedures**

57.     It is a very straightforward and administratively simple process to provide notice of Class Certification to class members in TCPA cases. Once names, mailing and/or email addresses of class members associated with the telephone numbers in the file are identified, the notice can be easily provided. The most efficient and cost-effective way to do so is to email notice and/or mail via postcard a short-form notice to class members and make a long-form notice available via website. I have coordinated notice of Class Certification under court supervision in many TCPA cases.

58.     In addition, prior to mailing, I would also coordinate to update any addresses through the United States Postal Service ("USPS") National Change of Address ("NCOA") database, which contains approximately 160 million records or 48 months of permanent address changes. NCOA is updated daily and USPS regularly provides change-of-address information to NCOA licensees.

59.     By utilizing this process, I would be able to utilize a prior address in order to find a current address from a prior address. Additional address updating via Experian's MetroNet® service would be coordinated for any addresses determined to be undeliverable. Further, I could coordinate with additional data vendors, such as Experian, to identify addresses based upon name and telephone number information for further supplementation of addresses or other information that has not yet been identified.

60.     I regularly use these processes to identify class members in class actions, as do

other administration firms. In my experience, these processes are reliable, are reasonably relied upon by experts in the field, and are approved by courts charged with oversight of class actions, class notice, and settlement administration.

## IV. OPINIONS

61.     My work to date has shown that more than 49% of the Sample telephone numbers were assigned to historical subscribers *other than* the account holder at the time that Defendant attempted to reach the account holder.

62.     I can readily perform the analysis I have conducted on the Sample across all data relevant in this Action.

63.     It is possible to provide notice of Class Certification to class members in TCPA cases.

Executed at Milwaukee, Wisconsin, this October 15, 2018.

Anya Verkhovskaya

EXHIBIT A

# ANYA VERKHOVSKAYA

President

Class Experts Group, LLC
Milwaukee, WI

anyav@classexpertsgroup.com
262-302-4443

------------------------------------------------------------------------------------------------------

Anya Verkhovskaya is the President of Class Experts Group, LLC, a boutique firm which offers litigation support services with focus on data and expert services in the area of Telephone Consumer Protection Act (TCPA), class notice, and consumer class action support services.

Verkhovskaya has extensive experience administering some of the largest and most complex class action settlements in history, involving all aspects of direct, media and third party notice programs, data management, claims administration and settlement fund distribution.

Verkhovskaya has been a pioneer in class member identification and location in TCPA and other consumer cases for purposes of class certification and effectuating notice programs. Verkhovskaya regularly provides opinions and testimony concerning ascertainability, class certification, notice adequacy and settlement issues in connection with TCPA matters as well as a variety of other types of class actions.

Verkhovskaya has directed data analysis in connection with notice and/or settlement administration in hundreds of consumer, TCPA, civil rights, insurance, antitrust, ERISA, securities, employment, human rights, environmental and other types of class action and Securities and Exchange Commission (SEC) fairness actions, including, but not limited to, the following cases:

- *Ace Marine Rigging & Supply, Inc. v. Virginia Harbor Services, Inc. et al.*, No. SACV1100436-GW (FFMx), United States District Court, Central District of California

- *Acevedo v. Lawyers Title Insurance Corporation*, Case No. 03-CH-07718, Circuit Court of Cook County, Illinois, County Department, Chancery Division

- *In re ACS Shareholders Litigation*, Master File No. 3:06-CV-1592-M, United States District Court, Northern District of Texas, Dallas Division

- *In re Adolor Corporation Shareholders Litigation*, C.A. No. 6997-VCN, Court of Chancery of the State of Delaware

- *In re Affiliated Computer Services ERISA Litiga*tion, Master File No. 3:06-CV-1592-M, Northern District of Texas, Dallas Division

- *In re AIG ERISA Litigation*, Master File No.: 04-CV-9387 (JES) (AJP), United States District Court, Southern District of New York

- *In re AirGate PCS, Inc. Securities Litigation*, Civil Action No.: 1:02-CV-1291-JOF, United States District Court, Northern District of Georgia, Atlanta Division

- *Akins v. Worley Catastrophe Response, LLC*, Civil Action No. 12-2401, United States District Court, Eastern District of Louisiana

- *Alakayak v. All Alaskan Seafoods, Inc.*, Case No. 3AN-95-4676 CIV, Superior Court for the State of Alaska, Third Judicial District at Anchorage

- *Allen v. HealthPort Technologies, LLC*, Case No. 12-CA-013154, Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida General Civil Division

- *Alper v. Warnock Ford, Inc.*, Docket No.: MRS-L-1644-10, Superior Court of New Jersey, Morris County

- *Altier v. Worley Catastrophe Response, LLC*, Civil Action No. 11-00241, United States District Court, Eastern District of Louisiana

- *In re American Italian Pasta Company Securities Litigation* (AIPC and Ernst Settlements), Consolidated Civil Action No. 05-CV-0725-W-ODS, United States District Court for the Western District of Missouri, Western Division

- *In re Andrx Corporation, Inc., Taztia™ XT Securities Litigation*, CASE NO.: 02-60410, United States District Court, Southern District of Florida

- *Arias v. Award Homes, Inc.*, Case No. M54183, Superior Court of California, County of Monterey

- *Arteaga v. MODA Furniture, Inc.*, Docket No: L-000980-05, Superior Court of New Jersey, Morris County

- *In re Assicurazioni Generali S.p.A. Holocaust Insurance Litigation*, MDL 1374, United States District Court, Southern District of New York

- *In re Atlas Energy, Inc. Shareholders Litigation*, C.A. No. 5990-VCL, Court of Chancery, State of Delaware

- *Austrian Banks Holocaust Litigation*, Case Nos. 01-3017, 01-3019, 01-3024, 01-3025, United States District Court for the Southern District of New York

- *Balschmiter v. TD Auto Finance LLC*, 2:2013cv01186, United States District Court, Eastern District of Wisconsin

- *Baptista v. Mutual of Omaha Insurance Co.*, CA 10-467 ML, United States District Court, District of Rhode Island

- *Bauman v. Superior Financial Corp.*, Civ. Action No. 4-01-CV-00756 GH, United States District Court, Eastern District of Arkansas, Western Division

- *In re Bear Stearns Companies, Inc. ERISA Litigation*, Case No. 08-MDL-1963, United States District Court, Southern District of New York

- *In re Beazer Homes USA, Inc. ERISA Litigation*, Civil Action No. 1:07-CV-00952 (RWS), United States District Court for the Northern District of Georgia, Atlanta Division

- *In re Beckman Coulter, Inc. Securities Litigation*, Case No.: 8:10-cv-1327-JST (RNBx), United States District Court, Central District of California

- *Benzion v. Vivint, Inc.*, Case No. 12-CV-61826-WJZ, United States District Court, Southern District of Florida, Fort Lauderdale Division

- *In re BigBand Networks, Inc. Securities Litigation*, Master File No. 07-CV-5101 SBA, United States District Court, Northern District of California, Oakland Division

- *In re BISYS Securities Litigation*, Civil Action No. 04-CV-3840 (JSR), United States District Court, Southern District of New York

- *Black v. Metso Paper USA, Inc.*, Civil Action No. 3:05-CV-1951, United States District Court for the Middle District of Pennsylvania

- *Blanco v. KeyBank USA, N.A.*, Case No.: 1-03-CV-524, United States District Court, Northern District of Ohio, Eastern Division

- *Board of Commissioners of the Port of New Orleans v. Virginia Harbor Services Inc.*, No. SACV11-00437-GW (FFMx)

- *Bosland v. Warnock Dodge, Inc.*, Docket No.: MRS-L-844-06, Superior Court of New Jersey, Morris County

- *In re BP Prudhoe Bay Royalty Trust Securities Litigation*, Case No. C06-1505 MJP, United States District Court, Western District of Washington at Seattle

- *Bragg v. Bill Heard Chevrolet, Inc.-Plant City*, Case No. 8:02-CV-609-T-30EAJ, United States District Court, Middle District of Florida, Tampa Division

- *Brattain v. Richmond State Hospital*, Cause No. 49D11-0108-CP-1309, Cause No. 49D110108-CP-1309, Marion Superior Court, County of Marion, State of Indiana

- *Brey Corp. v. Life Time Improvements, Inc.*, Civil Action No. 349410-V, Circuit Court for Montgomery County, Maryland

- *Brieger v. Tellabs, Inc.*, Case No. 1:06-cv-1882, United States District Court, Northern District of Illinois, Eastern Division

- *Broad St. Partners Fund v. Dods*, Case No. 2011 CH 001505, State of Illinois, County of Du Page, Circuit Court of the Eighteenth Judicial Circuit

- *Brown v. Hayt, Hayt & Landau*, LLC, Docket No.: L-7042-07, Superior Court of New Jersey, Essex County

- *Brumfield v. Countrywide Home Loans, Inc.*, 1:08-CV-93-HSO-JMR, Mississippi Southern District Court

- *Burns v. First American Bank*, Case No. 04 C 7682, United States District Court for the Northern District of Illinois, Eastern Division

- *In re Calpine Corporation ERISA Litigation*, Master File No. C 03-CV-1685 (SBA), United States District Court, Northern District of California, Oakland Division

- *Canning v. Concord EFS, Inc.*, Docket No. L-6609-02, Superior Court of New Jersey, Law Division: Camden County

- *Capovilla v. Lone Star Technologies, Inc.*, Cause No. 07-02979, District Court of Dallas County, Texas, 14th Judicial District

- *In re Cardinal Health, Inc. ERISA Litigation*, No. C2-04-643 (ALM), United States District Court, Southern District of Ohio, Eastern Division

- *Carlson v. C.H. Robinson Worldwide, Inc.*, Civil Action No. CV 02-3780, United States District Court for the District of Minnesota

- *Carlson v. State of Alaska, Commercial Fisheries Entry Commission*, Case No. 3AN-845790 CI, Superior Court for the State of Alaska, Third Judicial District at Anchorage

- *In re Cheyond, Inc. Securities Litigation*, Civil Action No. 1:08-cv-1666 (CC), United States District Court, Northern District of Georgia

- *Cement Masons & Plasterers Joint Pension Trust v. TNS, Inc.*, Case No. 1:06 CV 363 CMH/BRP, United States District Court, Eastern District of Virginia

- *Cerda v. Associates First Capital Corporation*, Civil Action No. M-03-146, United States District Court, Southern District of Texas, McAllen Division

- *Chao v. Slutsky*, Civil Action File No. 01-CIV-7593, United States District Court, Eastern District of New York

- *Clayton v. Velociti, Inc.*, Case No. 08-CV-2298-CM/GLZ, United States District Court for the District of Kansas at Kansas City

- *Clearview Imaging, L.L.C. v. Dairyland Insurance Company*, Case No.: 04-11399, Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, Civil Division

- *Clearview Imaging, L.L.C. v. Mercury Insurance Company of Florida*, Case No. 03-5170, Circuit Court of the Thirteenth Judicial Circuit of the State of Florida, in and for Hillsborough County, Florida, Civil Division

- *Clearview Imaging, L.L.C. v. Nationwide Mutual Insurance Company*, Case No. 04-10396 Division H (consolidated), Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, Civil Division

- *Clearview Imaging, L.L.C. v. Progressive Consumers Insurance Company*, Case No. 034174 Division C, Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, Civil Division

- *Clemons v. Thompson*, Docket No.: MON-L-001980-07, United States District Court, Eastern District of New York

- *In re CNX Gas Corporation Shareholders Litigation*, C.A. No. 5377-VCL, Court of Chancery of the State of Delaware

- *Cohen v. JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.*, Case No. 04 CV 4098, United States District Court, Eastern District of New York

- *Coleman v. Lincoln Wood Products, Inc.*, 99-CVS-1362, Superior Court of New Jersey, Middlesex County: Law Division

- *Collins v. American Consumer Shows, Inc.*, Civil Action No. 1:10-CV-11912-RGS, United States District Court, District of Massachusetts

- *Commonwealth of Massachusetts v. H&R Block, Inc.*, Civil Action No. 08-2474-BLS1, Suffolk Superior Court

- *In re Connetics Securities Litigation*, Case No. C 07-02940 SI, United States District Court for the Northern District of California

- *In re: The Consumers Trust*, Case No. 05 – 60155 (REG), United States Bankruptcy Court, Southern District of New York

- *Coppess v. Healthways, Inc.*, Case No. 3:10-cv-00109, United States District Court, Middle District of Tennessee, Nashville Division

- *Corsello v. Verizon New York, Inc.*, Case No. 39610/07, Supreme Court of the State of New York

- *Cotton v. Ferman Management Services Corporation*, Case No.: 02-08115, Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, Civil Division

- *Cottrell v. Gardner*, Civ. Action No. CV-2002-121(I), Superior Financial Corp. Derivative Action, State of Arkansas, Sebastian County, Arkansas

- *In re CP Ships Ltd. Securities Litigation*, Case No. 8:05-MD-1656-T-27TBM, United States District Court for the Middle District of Florida

- *Croxall v. Tampa Hund L.P.*, Case No. 03-6201, The Circuit Court for the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, Civil Division

- *Cruz v. Condor Capital Corporation*, Docket No. MID-L-2108-06, Superior Court of New Jersey, Middlesex County: Law Division

- *Curtis v. Northern Life Insurance Company*, No. 01-2-18578-1 SEA, Superior Court of Washington for King County

- *Dandong, et al. v. Pinnacle Performance Limited*, et al., No. 10-cv-8086 (JMF), United States District Court, Southern District of New York

- *In re: DDAVP Indirect Purchaser Antitrust Litigation*, Civil Action No. 05-cv-2237 (CS), United States District Court, Southern District of New York

- *DeCario v. Lerner New York, Inc.*, Case No. BC 317954, Superior Court of the State of California, Los Angeles County

- *In re Del Monte Foods Company Shareholder Litigation*, Consolidated C.A. No. 6027-VCL, Court of Chancery, State of Delaware

- *In re Delphi Financial Group Shareholders Litigation*, Consolidated C.A. No. 7144-VCG, Court of Chancery of the State of Delaware

- *Desai v. ADT Security Services, Inc.*, Case No. 1:11-CV-1925, United States District Court, Northern District of Illinois

- *Di Popolo v. Ramsey Nissan, Inc.*, Docket No. BER-L-10319-09, Superior Court of New Jersey, Bergen County

- *In re Diebold ERISA Litigation*, No. 5:06 CV 0170, United States District Court for the Northern District of Ohio Eastern Division

- *Dishkin v. Tire Kingdom, Inc.*, Case No. 3D08-2088, Circuit Court for Miami-Dade County, Florida

- *Drury v. Countrywide Home Loans, Inc.*, Case No. 6:08-cv-152-ORL-28 DAB, United States District Court, Middle District of Florida, Orlando Division

- *In re Dura Pharmaceuticals, Inc. Securities Litigation*, Master File No. 99-CV-0151-JLS (WMC), United States District Court, Southern District of California

- *Eisenberger v. Boston Service Company, Inc.*, Docket No.: MID-L-10366-09, Superior Court of New Jersey, Middlesex

- *In re Electronic Data Systems Corp. ERISA Litigation*, 6:03-MD-1512 and Lead Case: 6:03CV-126 (ERISA), United States District Court, Eastern District of Texas, Tyler Division

- *In re Emergent Group, Inc. Shareholder Litigation*, Lead Case No. BC455715, Superior Court of the State of California, County of Los Angeles

- *In re: Enterprise Rent-A-Car Wage & Hour Employment Practices Litigation*, MDL No. 2056, United States District Court for the Western District of Pennsylvania

- *Epstein v. Sears, Roebuck and Co.*, Docket No.: UNN-L-1732-09, Superior Court of New Jersey, Union County: Law Division

- *Estate of Gary Robertson v. ADS Alliance Data Sys., Inc.*, Case No. 8:11-cv-1652-T-33TBM, United States District Court, Middle District of Florida, Tampa Division

- *Estates of Hampton v. Beverly Enterprises-Arkansas, Inc.*, No. CV 2004-95-3, Circuit Court of Bradley County, Arkansas

- *Estep v. Smythe Volvo, Inc.*, Case No. UNN-L-004184-03, Superior Court of New Jersey, Union County: Law Division

- *Evans v. Stewart Title Guaranty Company*, Case No. 04-06630-05, Circuit Court of the 17th Circuit, Broward County, Florida

- *Family Open MRI, Incorporated v. Direct General Insurance Company*, Case No. 03-4175, Circuit Court for the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, Civil Division

- *In re Fannie Mae ERISA Litigation*, Consolidated Civil Action No.: 1:04-cv-01784 (RJL), United States District Court, District of Columbia (Washington, D.C.)

- *Fernando v. Neopost USA, Inc.*, Case No.: BC439856, Superior Court of the State of California, County of Los Angeles

- *Fernando v. Priority Mailing Systems*, Case No. BC439857, Superior Court of the State of California, County of Los Angeles

- *Ferro v. Florida Windstorm Underwriting Assoc.*, Civil 00014808, 17th Judicial Circuit, Broward County, Florida

- *In re FLAG Telecom Holdings, Ltd. Securities Litigation*, Master File No. 02-CV-3400 (CM) (PED), United States District Court, Southern District of New York

- *Flood v. Dominguez*, Case No. 2:08-CV-153, United States District Court for the Northern District of Indiana

- *Kellman v. Forever 21 Retail, Inc.*, Case No. 12-32841 CA 05, Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida

- *Francis v. A&E Stores, Inc.*, Case No. 06 CV 1638(CS)(GAY), United States District Court, Southern District of New York

- *Franco v. Ace Parking Management Inc.*, Case No. BC 392809, Superior Court of the State of California, Los Angeles County

- *Fray-Witzer v. Metropolitan Antiques, LLC*, Civil Action No. 02-5827, Commonwealth of Massachusetts, Superior Court, Department of the Trial Court, Suffolk Division

- *Fray-Witzer v. Olde Stone Land Survey Company, Inc.*, C.A. No.: 2008-04175, Superior Court C.A. No. 2008-04175, Commonwealth of Massachusetts

- *In re Fremont General Corporation Litigation*, CV07-02693 JHN(FFMX), United States District Court for the Central District of California

- *Friedman v. Rayovac Corp.*, Case No. 02-C-0308-C, United States District Court for the Western District of Wisconsin

- *Froumy v. Stark & Stark*, Case No. 3:09-cv-04890, United States District Court, District of New Jersey

- *FW Transportation, Inc. v. Associates Commercial Corp.*, Case No. C200000084, District Court of Johnson County, Texas, 18th Judicial District

- *In re General Electric Company Securities Litigation*, Civ. No. 09-CIV-1951 (DLC), United States District Court, Southern District of New York

- German Forced Labor Compensation Program (GFLCP)

- *In re Gilead Sciences Securities Litigation*, Master File No. C-03-4999-SI, United States District Court, Northern District of California

- *Gilley v. Ernie Haire Ford, Inc.*, Case No.: 02-8101, Circuit Court for the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, Civil Division

- *In re Goodrich Shareholders Litigation*, Index No. 13699/2011 (Consolidated), Supreme Court of the State of New York, County of Nassau: Commercial Division

- *Graham v. Town & Country Disposal of Western Missouri, Inc.*, Case No.: 4:10-CV-00551, United States District Court for the Western District of Missouri

- *Greenstein v. Nations Title Agency of Florida, Inc.*, Case No.502007CA014085XXXMBAA, Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida

- *Griffin v. Flagstar Bancorp*, Inc., Case No. 2:10-cv-10610, United States District Court, Eastern District of Michigan, Southern Division

- *Groen v. PolyMedica Corporation*, Civil Action No. 07-3352, Commonwealth of Massachusetts, Superior Court Department, Middlesex County

- *Gulf Coast Injury Center, LLC v. Nationwide Mutual Fire Insurance Company*, Case No.: 08-CA-012621, Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida

- *Hall v. The Children's Place Retail Stores, Inc.*, Civil Action No. 1:07-cv-08252-SAS (Consolidated), United States District Court, Southern District of New York

- *Hamilton v. ATX Services Inc.*, Case No. 08-0030-CV-W-SOW, United States District Court for the Western District of Missouri, Western Division

- *Hargrave v. TXU Corp.*, Case No. 3:02-CV-2573-K, United States District Court, Northern District of Texas, Dallas Division

- *Harris v. First Regional Bancorp*, Case No.: CV10-7164 CJC (MLGx), United States District Court Central District of California

- *Harris v. Koenig*, Case No. 1:02-CV00618 (GK), United States District Court for the District of Columbia

- *In re Hartford Financial Services Group Inc. ERISA Litigation*, Master File: 3:08-CV-01708 (PCD), United States District Court, District of Connecticut

- *Haynes v. Baptist Health*, 240 S.W.3d 576 (2006), Supreme Court of Arkansas

- *In re: Hearst-Argyle Shareholder Litigation*, Index No. 09-Civ-600926, Supreme Court of the State of New York, County of New York

- *Hellmers v. Countrywide Home Loans, Inc.*, Civil Action No. 07-7703, United States District Court, Eastern District of Louisiana

- *Hess v. Oriole Homes Corp.*, Civil Action No. 07-7703, Circuit Court of the 15th Judicial Circuit, Palm Beach County, Florida

- *Hill v. American Medical Security Life Insurance Company*, C.A. No. W-06 CA 332, United States District Court, Western District of Texas, Waco Division

- *Hill v. Countrywide Home Loans, Inc.*, Case No. A-0178441, United States District Court, Eastern District of Texas

- *Holley v. Kitty Hawk, Inc.*, Case No. 3-00 CV 0828-P, United States District Court for the Northern District of Texas, Dallas Division

- *In re Holocaust Victim Assets Litigation* (Swiss Banks) (HVAP), Master Docket No. CV-964849 , United States District Court, Eastern District of New York

- *Horton v. Cavalry Portfolio Services, LLC*, Case No. 13 CV0307 JAH WVG, United States District Court, Southern District of California

- *Hudson United Bank v. Chase*, Docket No.: L-235-05, Superior Court of New Jersey, Hunterdon County

- *Hughley v. Maryland Casualty Company*, Case No.: 06-21428-CIV-ALTONAGA, United States District Court for the Southern District of Florida, Miami Division

- *Hunt v. PacifiCare Life and Health Insurance Company*, Case No. 37-2009-00088839-CUIC-CTL

- *Hutson v. Baptist Health*, Case No. CV 08-8221, Pulaski Circuit/County Court [Arkansas]

- *Hutt v. Martha Stewart Living Omnimedia, Inc.*, Index No. 651249/2012, Supreme Court of New York, County of New York

- *In re ICG Communications, Inc. Securities Litigation*, Civil Action No. 00-cv-1864-REBBNB (Consolidated), United States District Court for the District of Colorado

- *In re: InfoSonics Securities Litigation*, Civil Action No. 06-CV-1231-JLS (WMC), District Court for the Southern District of California

- *In re ING Groep, N.V. ERISA Litigation*, Master File No. 1:09-CV-00400-JEC, United States District Court, Northern District of Georgia, Atlanta Division

- *In re International Business Machines Corp. Securities Litigation*, Civil Action No. 1:05-cv6279 (AKH), United States District Court, Southern District of New York

- International Commission on Holocaust Era Insurance Claims (ICHEIC)

- *In re Iowa Ready-Mixed Concrete Antitrust Litigation*, Case No. 5:10-CV004038-MWB, United States District Court, Northern District of Iowa, Western Division

- *In re J. Crew Group, Inc. Shareholders Litigation*, Case No. 6043-CS, Court of Chancery of the State of Delaware

- *In re JDS Uniphase Corporation ERISA Litigation*, Master File No. C 03-04743 CW, United States District Court, Southern District of West Virginia at Beckley

- *Kalow & Springut, LLP v. Commence Corporation*, Case No. 07-3443 (FLW/JJH), United States District Court for the District of New Jersey

- *Kay v. Wells Fargo & Company*, Case No. 07-01351 WHA, United States District Court, Northern District of California

- *In re: King Pharmaceuticals, Inc. Securities Litigation*, No. 2:03-CV-77, United States District Court, Eastern District of Tennessee, Greeneville Division

- *Krakauer v. DISH Network, LLC*, Civil Action No. 1:14-cv-00333-CCE-JEP, United States District Court, Middle District of North Carolina

- *Kreher v. City of Atlanta, Georgia*, Case No. 1:04-cv-2651, United States District Court, Northern District of Georgia

- *Kubacki v. Peapod, LLC*, Case No. 13 C 729, United States District Court for the Northern District of Illinois, Eastern Division

- *Kubota v. Walker*, Cause Number 06-02446, District Court of Dallas County, Texas, 95th Judicial District

- *The Lafayette Life Insurance Company v. City of Menasha*, Cause No. 4:09-CV-64TLS-APR, United States District Court, Northern District of Indiana, Hammond Division (Lafayette)

- *In re LDK Solar Securities Litigation*, Master File No. C 07-05182 WHA, United States District Court, Northern District of California

- *In re Lear Corp. ERISA Litigation*, Master File: 2:06-CV-11735 (AJT-VMM), United States District Court, Eastern District of Michigan

- *Lehmann v. Ivivi Technologies, Inc.*, Docket No. C-343-09, Superior Court of New Jersey, Bergen County, Chancery Division

- *In re Lehman Brothers Equity/Debt Securities Litigation*, Case No. 09-MD-2017 (LAK), United States District Court, Southern District of New York

- *In re Lernout & Hauspie Securities Litigation* (Directors and FLV Settlements), Civil Action No. 00-CV-11589 (PBS), United States District Court for the District of Massachusetts

- *In re Lernout & Hauspie Securities Litigation* (KPMG Settlement), Case No. 04-CV-1738, United States District Court for the District of Massachusetts

- *Leslie Niederklein v. PCS Edventures!.com, Inc.*, Civil Action No. 1:10-cv-00479-CWD, United States District Court, District of Idaho

- *Lilly v. Oneida Ltd. Employee Benefits Admin. Comm.*, Case No. 6:07-cv-00340 (NPM/ATB), United States District Court, Northern District of New York

- *In re Limelight Networks, Inc. Securities Litigation*, Master File No. CV07-01603-PHXSRB, United States District Court, District of Arizona

- *Lofton v. Verizon Wireless (VAW) LLC*; Case No. C 13-05665 YGR, United States District Court for the Northern District of California, Oakland Division

- *Long v. Eschelon Telecom, Inc.*, File Number 27-CV-07-6687, Fourth Judicial District of the State of Minnesota, County of Hennepin

- *Lopera v. The Receivable Mgmt. Servs. Corp.*, Case No. 12-CV-9649, United States District Court for the Northern District of Illinois, Eastern Division

- *The Louisiana Municipal Police Employees Retirement System v. Deloitte & Touche LLP*, C.A. No. 04-621 (LDW), United States District Court, Eastern District of New York

- *Mann & Company, PC v. C-Tech Industries, Inc.*, Civil Action No. 1:08CV11312-RGS, United States District Court, District of Massachusetts

- *Mann v. Lawyers Title Insurance Corporation*, Case No. 03 CH 15223, Circuit Court of Cook County, Illinois, County Department, Chancery Division

- *Mantzouris v. Scarritt Motor Group, Inc.*, Case No. 8:03CV0015-T-30-MSS, United States District Court, Middle District of Florida, Tampa Division

- *In re Marine Hose Antitrust Litigation* (Bridgestone, Dunlop, Parker, Trelleborg, and Yokohama Settlements), Master Docket No. 08-MDL-1888-Graham/Turnoff, United States District Court, Southern District of Florida, Miami Division

- *In re Marsh ERISA Litigation*, Master File No.: 04 cv 8157 (CM), United States District Court, Southern District of New York

- *In re Martek Biosciences Corp. Securities Litigation*, Civil Action No. MJG 05-1224, United States District Court, District of Maryland, Northern Division

- *Martin v. aaiPharma, Inc.*, Master File No: 7:04-CV-27-D, United States District Court, Eastern District of North Carolina

- *Martin v. Dun & Bradstreet, Inc.*, Case No. 1:12-cv-00215, United States District Court for the Northern District of Illinois

- *Martin v. Foster Wheeler Energy Corporation*, Case No. 3:06-CV-00878, United States District Court, Central District of California

- *In re Massey Energy Co. Securities Litigation*, Civil Action No. 5:10-cv-00689-ICB, United States District Court for the Northern District of California

- *Mayer v. Administrative Committee of the Smurfit-Stone Container Corporation Retirement Plans*, Case No. 1:09-cv-02984, United States District Court, Northern District of Illinois

- *Mayes v. The Geo Group, Inc.*, Case No. 5:08-cv-248/RS/EMT, United States District Court, Northern District of Florida, Panama City Division

- *Mayotte v. Associated Bank, N.A.*, Case No. 2:07-CV-00033, United States District Court, Northern District of Florida, Panama City Division

- *In re MBNA Corp. Securities Litigation*, Case No. 1:05-CV-00272-GMS CONSOLIDATED, United States District Court, District of Delaware

- *Meadows v. Clearwater Bay Marketing, LLC*, Cause No. 49C01-0812-PL-054708, Marion Circuit Court, Civil Division, Marion County, Indiana

- *Means v. River Valley Financial Bank*, Cause No. 49D12-0704-PL016504, Marion Superior Court, County of Marion, State of Indiana

- *In re Merck & Co. Inc. Vytorin ERISA Litigation*, Civil Action No. 08-CV-1974 (DMC), United States District Court, District of New Jersey

- *Merrimon v. UNUM Life Insurance Company of America*, CIV. NO. 2:10-cv-00447-NT, United States District Court, District of Maine

- *In re Metavante Technologies, Inc. Shareholder Litigation*, Consolidated Case No. 09-CV5325 State of Wisconsin, Milwaukee County Circuit Court

- *Mey v. Herbalife International, Inc.*, Civil Action No. 01-C-263, Circuit Court of Ohio County, West Virginia

- *Mey v. Honeywell Int'l, Inc., et al.*, Case No. 2:12-cv-1721, United States District Court the for Southern District of West Virginia

- *In re Micromuse, Inc. Securities Litigation*, Case No. C-04-0136 BZ, United States District Court, Northern District of California

- *Milford & Ford Associates, Inc. v. Cell-Tek, LLC*, C.A. NO. 1:09-CV-11261-DPW, United States District Court, District of Massachusetts

- *Miller v. Weltman, Weinberg & Reis Co.*, L.P.A., Docket No. MID-L-006248-07, Superior Court of New Jersey, Law Division: Middlesex County

- *In re: MK Resources Company Shareholders Litigation*, C.A. Nos. 1692-VCS and 1598VCS, Court of Chancery, New Castle County, State of Delaware

- *Montalvo v. Tripos, Inc.*, Case No. 4:03CV995SNL, United States District Court, Eastern District of Missouri

- *Moore v. The Hertz Corporation*, 03-11772 Div. K, Circuit Court of the Thirteenth Judicial Circuit of State of Florida in and for Hillsborough, County Civil Division

- *In re Morgan Asset Management, Inc.* (Kelsoe and Weller Settlements), Administrative Proceeding File No. 3-13847, United States of America Before the Securities and Exchange Commission

- *Morrison v. MoneyGram International, Inc.*, Case No. 08-CV-01121 (PJS/JJG), United States District Court for the District of Minnesota

- Mortgage Settlement Consumer Restitution Program (Foreclosure Restitution Program and Bank of America Victims Program)

- *In re Motive, Inc. Securities Litigation*, Civil Action No. A-05-CV-923-LY and Case No. A06-CA-017-LY, United States District Court, Western District of Texas

- *Mozenter v. Nalco Holding Company*, Case No. 2011-MR-001043 (Consolidated), United States of America, State of Illinois, County of Dupage, Circuit Court of the Eighteenth Judicial Circuit

- *Mulhern v. MacLeod d/b/a ABC Mortgage Company*, Civil Action No. 2005-01619, Commonwealth of Massachusetts

- *In re: National City Corporation Securities, Derivative & ERISA Litigation*, Case No. 08-nc70000, United States District Court for the Northern District of Ohio, Eastern Division

- *The People of the State of New York v. SKS Associates, LLC*, IAS Part 58, Index No. 400908/12, Supreme Court of the State of New York, County of New York

- *Norflet v. John Hancock Life Insurance Company*, Civil No. 3:04cv1099 (JBA), United States District Court, District of Connecticut

- *In re Novamed, Inc. Shareholders Litigation*, Consolidated C.A. No. 6151-VCP, Court of Chancery State of Delaware

- *NSL Capital Management v. Gorman*, Docket No. C-48-08, Superior Court of New Jersey, Chancery Division, Monmouth County

- *Nthenge v. Pressler and Pressler, LLP*, Master File No. C-00-1211-PH United States District Court for the Northern District of California

- *In re: NX Networks Securities Litigation*, Civil Action Nos. 00-CV-11850-JLT and 01-CV10377-JLT, United States District Court, District of Massachusetts

- *Obermeyer v. MarineMax East, Inc.*, Case No. 08-54007-CA-24, Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida

- *Olivo v. Homecomings Financial LLC*, Index No. 4625/06, Supreme Court of the State of New York, Nassau County

- *Open MRI of Pinellas, Inc. v. Atlanta Casualty Insurance Company*, Case No.: 03-7721, Circuit Court of the 13th Judicial Circuit in and for Hillsborough County, Florida

- *Ori v. Fifth Third Bank and Fiserv, Inc.*, Case No. 08-CV-00432-LA, United States District Court, Eastern District of Wisconsin

- *In re: Ortiz v. Aurora Health Care, Inc.*, Case No. 2:12-cv-00295-LA, United States District Court for the Eastern District of Wisconsin

- *Osborn v. EMC Corporation*, Case No. C 04-00336 JSW, Northern District of California, San Francisco Division

- *In re OSI Pharmaceuticals, Inc. Securities Litigation*, Master File No. 2:04-CV-05505-JSWDW, United States District Court, Eastern District of New York

- *Otte v. Life Insurance Company of North America*, Civ. No. 09 CV 11537 RGS, United States District Court, District of New Hampshire

- *Overby v. Tyco International Ltd.*, Case No. 02-CV-1357-B, United States District Court, District of New Hampshire

- *Ownby v. Citrus County, Florida*, Case No. 2004-CA-1840, Circuit Court of the Fifth Judicial Circuit of the State of Florida, in and for Citrus County, Civil Division

- *In re: Pacific Gateway Exchange, Inc. Securities Litigation*, Master File No. C-00-1211-PJH, United States District Court for the Northern District of California

- *Paliotto v. Johnny Rockets Group, Inc.*, 1:06-cv-02253-RCL, United States District Court for the District of Columbia (Washington, D.C.)

- *In re Par Pharmaceutical Companies, Inc. Shareholders Litigation*, C.A. No. 7715-VCP, Court of Chancery of the State of Delaware

- *In re Par Pharmaceutical Securities Litigation*, Master File No. 2:06-cv-03226 (ES) (SCM), United States District Court, District of New Jersey

- *Parker v. American Medical Security Group, Inc.*, Civil Action File No. 04-1-1980-42, Superior Court of Cobb County, State of Georgia

- *Parthiban v. GMAC Mortgage Corporation*, SACV05-768-ODW (MLGx), United States District Court, Central District of California, Southern Division

- *Paskowitz v. Ernst & Young, LLP* (Motive, Inc.), Civil Action No. A-08-CA-188-LY, United States District Court for the Western District of Texas, Austin Division

- *Patel v. Baluchi's Indian Restaurant*, Civ. Action No.: 08 CIV 9985 (RJS)(THK), United States District Court, Southern District of New York

- *Payson v. Capital One Home Loans, LLC* (FLSA and KWPA Settlements), Case No. 07-CV2282-JTM/DWB , United States District Court for the District of Kansas at Kansas City

- *Pension Trust Fund for Operating Engineers v. Assisted Living Concepts, Inc.*, Case No. 12CV-884-JPS, United States District Court, Eastern District of Wisconsin

- *Pereira v. Foot Locker, Inc.*, Civil Action No. 07-CV-2157-JCJ, United States District Court, Eastern District of Pennsylvania

- *Perez v. Rent-A-Center, Inc.*, Civil Action File No. 01-CIV-7593, Superior Court of New Jersey, Law Division: Camden County

- *Pettway v. Harmon Law Offices, P.C.*, Civil Action No. 03-10932-RGS, United States District Court, District of Massachusetts

- *In re: PFF Bancorp, Inc. ERISA Litigation*, No. CV 08-01093-SVW (PLAx), United States District Court, Central District of California

- *Pickett v. Triad Financial Corporation*, Docket No.: MID-L-007727-05, Superior Court of New Jersey, Middlesex County

- *In Re: Platinum and Palladium Commodities Litigation*, Master File No. Civ 3617 (WHP), United States District Court, Southern District of New York

- *Police and Fire Retirement System of the City of Detroit*, Plymouth County Retirement System v. SafeNet, Inc., Case No. 06 Civ. 5797 (PAC)

- *Pollitt v. DRS Towing, LLC*, Case No. 3:10-cv-1285, United States District Court of New Jersey, Trenton Vicinage

- *In re Potash Antitrust Litigation (II)*, MDL Dkt. No. 1996, No. 1:08-CV-6910, United States District Court for the Northern District of Illinois

- *Premier Open MRI, LLC v. Progressive American Ins. Co.*, Case No. 04-00021, Circuit Court for the Thirteenth Judicial Circuit in and for Hillsborough County, Florida

- Project HEART: Holocaust Era Asset Restitution Taskforce

- *Provo v. China Organic Agriculture, Inc.*, Case No.: 08-cv-10810, United States District Court, Southern District of New York

- *Puritan Budget Plan, Inc. v. Amstar Insurance Company*, Case No. 04-10428, Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida

- *Quaak v. Dexia, S.A.*, No.: 03-CV-11566 (PBS), United States District Court, District of Massachusetts

- *Ragsdale v. SanSai USA, Inc.*, Case Number 07-cv-1246 WQH (CAB), United States District Court, Southern District of California

- *Ramirez v. GreenPoint Mortgage Funding, Inc.*, Case No. 08-CV-00369 TEH, United States District Court for the Northern District of California

- *Raspante v. Harris Interactive et al.*, C.A. 9148-VCP, Court of Chancery, State of Delaware

- *Raul v. Western Liberty Bancorp*, Case No. A-12-668865-B, District Court of Clark County, Nevada

- *In re RBC Dain Rauscher Overtime Litigation*, Master File: 06-03093 JRT-FLN, United States District Court, District of Minnesota

- *In re RCN Corporation ERISA Litigation*, Master File No.: 04-CV-5068 (FLW), United States District Court, District of New Jersey

- *In re Ready-Mixed Concrete Antitrust Litigation*, Case No. 1:05-cv-00979-SEB-VSS, United States District Court for the Southern District of Indiana, Indianapolis Division

- *In re Reliant Securities Litigation*, Civil Action No. H-02-1810 (CONSOLIDATED), United States District Court, Southern District of Texas, Houston Division

- *In re RenaissanceRe Holdings Ltd. Securities Litigation*, Master No. 1:05-cv-06764-WHP, United States District Court, Southern District of New York

- *In re R.H. Donnelley Corp. ERISA Litigation*, Case No. 09-CV-07571 (RWG/MTM), United States District Court, Northern District of Illinois

- *Rolark v. Lawyers Title Insurance Corporation*, Case No. 03 CH 13789, Circuit Court of Cook County, Illinois County Department, Chancery Division

- *Rubin v. MF Global, Ltd.*, Case No. 08 Civ. 2233 (VM,) United States District Court, Southern District of New York

- *Rupp v. Thompson*, Court File No. C5-03-347, State of Minnesota District Court, County of Lyon, Fifth Judicial District

- *S. Parker Hardware Mfg. Corp. v. AT&T Corp.*, Docket No. BER-L-162-06, Superior Court of New Jersey, Bergen County

- *Saint Pete MRI v. Hartford*, Case No.: 10-03925, Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida

- *Saint Pete MRI v. Auto Club South Insurance Company*, Case No.: 10-CA-013134, Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida

- *Sam v. White*, Cause No. 49D06-1006-PL-027492, State of Indiana, Marion Superior Court No. 6, Civil Division

- *Santos v. Silver*, Docket No.: MID-L-08188-07, Superior Court of New Jersey, Middlesex County

- *Scher v. Oxford Health Plans, Inc.*, AAA No. 11 193 00548 05, American Arbitration Association

- *In re Schering-Plough Corp. Enhance ERISA Litigation*, Civil Action No. 08-CV-1432 (DMC), United States District Court, District of New Jersey

- *In re Schering-Plough Corp. ERISA Litigation*, Civil Action No. 03-1204 (KSH), United States District Court, District of New Jersey

- *Schmitz v. Liberty Mutual Insurance Company*, Civil Action No. 4:08-cv-02945, United States District Court for the Southern District of Texas Houston Division

- *In re Scottish Re Group Securities Litigation*, Master File No. 06-cv-5853 (SAS), United States District Court, Southern District of New York

- *In re Sears, Roebuck & Co. ERISA Litigation*, Case No. 02-C-8324, United States District Court, Northern District of Illinois

- *SEC v. Anderson*, Civil Action No. 05-1128 (D. Minn.)

- *SEC v. Gen-See Capital Corporation and Richard S. Piccoli*, Civil Action 09-cv-00014S, United States District Court, Western District of New York

- *SEC v. RenaissanceRe Holdings Ltd.*, Case No. 1:07-cv-00865 RWS, United States District Court, Southern District of New York

- *In re SEC v. Rockford Funding Group*, Docket 1:09-cv-10047-PGG, United States District Court, Southern District of New York

- *In re SEC v. Take-Two Interactive Software, Inc.*, Civil Action No. 09-cv-03113, United States District Court, Southern District of New York

- *SEC v. Tecumseh Holdings Corporation*, 03 Civ. 5490 (SAS), United States District Court, Southern District of New York

- *SEC v. The BISYS Group, Inc.*, Civil Action No. 07-cv-04010-KMK, United States District Court, Southern District of New York

- *SEC v. Value Line, Inc.*, A.P. File No. 3-13675, Securities and Exchange Commission

- *SEC v. WexTrust Capital, LLC*, Case No. 08-cv-7104 (DC), United States District Court, Southern District of New York

- *SEC v. Zomax, Inc.*, Civil Action No. 04-1155 (DWF/SRN), United States District Court, District of Minnesota

- *Serino v. Kenneth Lipper v. PricewaterhouseCoopers, LLP*, Index No. 04/602106, Supreme Court of the State of New York, County of New York

- *In re Sexy Hair Concepts, LLC*, Case No. 1:10-bk-25919-GM, United States Bankruptcy Court for the Central District of California, San Fernando Valley Division

- *In re SFBC International Securities & Derivative Litigation*, Case No. 2:06-cv-000165-SRC, United States District Court, District of New Jersey

- *Shamblin v. Obama For America, et al.*, Case No. 8:13-cv-02428-VMC-TMB, United States District Court, Middle District of Florida, Tampa Division

- *Shane v. Edge*, Case No. 3:10-CV-50089, United States District Court for the Northern District of Illinois, Northern Division

- *Sheikh v. Maxon Hyundai, Inc.*, Docket No: L-000476-09, Superior Court of New Jersey, Union County

- *Silke v. Irwin Mortgage Corporation*, Cause No. 49D03-0304-PL-000697, State of Indiana, Marion Superior Court, Civil Division

- *Sivsubramanian v. DNC Health Corp.*, Case No. 2:10-cv-03522-VBF (FMOx), United States District Court, Central District of California at Los Angeles

- *In re SLM Corporation Securities Litigation*, Case No. 08-Civ-1029 (WHP), United States District Court, Southern District of New York

- *Smith v. Mill-Tel, Inc.*, Case No. 08-CV-2016-JAR/JPO, United States District Court, District of Kansas, at Kansas City

- *Smolkin v. Leviton Manufacturing Co., Inc.*, Case No.: 03-C-04-008929, Circuit Court for Baltimore County

- *Soden v. East Brunswick Buick-Pontiac-GMC, Inc.*, Docket Nos. L-2510-03 and L-5617-03, Superior Court of New Jersey, Middlesex County

- *Sokoloski v. Stewart Title Guaranty Company Settlement*, Case No. 3:08-cv-00236-AWT, United States District Court, District of Connecticut

- *Sonoda v. Amerisave*, Case No. CV11-01803-EMC, United States District Court for the Northern District of California, San Francisco Division

- *Southeast Texas Medical Associates, LLP v. VeriSign, Inc.*, Case No. 1-05-CV-035550, Superior Court of the State of California, County of Santa Clara

- *Special Situations Fund III, L.P. v. Quovadx, Inc.*, Case No. 04-cv-01006-RPM, United States District Court for the District of Colorado

- *Steele v. GE Money Bank*, Case No. 08-CV-1880 United States District Court for the Northern District of Illinois

- *Stein v. Pactiv Corporation*, Case No. 10-CH-35455, Circuit Court of Cook County, Illinois, County Department, Chancery Division

- *In re Sterling Financial Corporation Merger Litigation*, No. 13-2-03848-4 (Consolidated with Case Nos. 13-2-03904-9 and 13-2-03986-3), Superior Court of Washington in and for Spokane County

- *In re: Sterling Financial Corporation Securities Class Action*, Civil Action No. 07-2171, United States District Court, Eastern District of Pennsylvania

- *Stoffels v. SBC Communications, Inc.*, Case No. 5:05-CA-00233-WWJ, United States District Court for the Western District of Texas, San Antonio Division

- *In re Stone & Webster, Inc. Securities Litigation*, Civil Action No. 00-CV-10874-RWZ, United States District Court, District of Massachusetts

- *In re: Supervalu, Inc. Securities Litigation*, Civil Action No. 02-CV-1738 (JEL/JGL), United States District Court, District of Minnesota

- *In re Suprema Specialties, Inc. Securities Litigation*, Master File No. 02-168 (WHW), United States District Court, District of New Jersey

- *Sutterfield v. Carney*, Case No. C-04-0893 BZ, United States District Court, Northern District of California

- *In re Symbol Technologies, Inc. Securities Litigation*, Case No. 02-CV-1383 (LDW), United States District Court, Eastern District of New York

- *In re Take-Two Interactive Securities Litigation and SEC v. Brant*, No. 1:06-cv-00803-RJS, United States District Court, Southern District of New York

- *Taylor v. McKelvey* (Monster Worldwide, Inc.), Civil Action No.: 06-cv-8322 (AKH), United States District Court, Southern District of New York

- *In re TD Banknorth Shareholders Litigation*, Consolidated C.A. No. 2557-VCL, Court of Chancery of the State of Delaware

- *In re Ticketmaster Entertainment Shareholder Litigation*, Case No. BC407677, Superior Court for the State of California, County of Los Angeles, Central Civil West

- *In re: Tyson Foods, Inc. Securities Litigation*, Civil Action No. 01-425-SLR, United States District Court for the District of Delaware

- *Matter of UBS Financial Services Inc. of Puerto Rico*, File No. 3-14863, United States of America Before the Securities and Exchange Commission

- *Ultra Open MRI Corporation v. Hartford Casualty Insurance Company*, Case No. 07-CA009132, Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, Civil Division

- *Ultra Open MRI Corporation v. Nationwide Assurance Company*, Case No. 03-010725, Thirteenth Judicial Circuit Court in and for Hillsborough County, Florida, Division H

- *United Consumer Financial Services Company v. William Carbo v. A&M Merchandising, Inc.*, Case No. L-3438-02, Superior Court of New Jersey, Law Division: Hudson County

- *Valley National Bank v. Cahn*, Docket No. L-0504-04, Superior Court of New Jersey, Law Division, Mercer County

- *Valuepoint Partners, Inc. v. ICN Pharmaceuticals, Inc.*, Case No. SACV 03-989 DOC (Anx), United States District Court, Central District of California

- *In re Vaso Active Pharmaceuticals Derivatives Litigation*, Master Docket No. 04-10792 (RCL) (Consolidated Derivative Action), United States District Court, District of Massachusetts

- *In re Vaso Active Pharmaceuticals Securities Litigation*, Master Docket No. 04-10708 (RCL), United States District Court, District of Massachusetts

- *Veal v. Crown Auto Dealerships, Inc.*, Case No. 8:04-CV-0323-T-27 MSS, United States District Court, Middle District of Florida, Tampa Division

- *In re Viisage Technology, Inc. Securities Litigation*, Civil Action No. 05-cv-10438-MLW, United States District Court, District of Massachusetts

- *In re VisionAmerica, Inc. Securities Litigation*, Master File No. 3-00-0279, United States District Court, Middle District of Tennessee, Nashville Division

- *Von Friewalde v. Boeing Aerospace Operations, Inc.*, C.A. No. SA06CA0236-OG, United States District Court for the Western District of Texas, San Antonio Division

- *In re Vonage Initial Public Offering (IPO) Securities Litigation*, Docket No. 07-CV-177 (FLW/TJB), United States District Court, District of New Jersey

- *Walker v. Hill Wallack LLP*, Case No. MID-L-003480-08, Superior Court of New Jersey, Middlesex County, Law Division

- *Walter v. Level 3 Communications, Inc.*, Civil Action No. 09-cv-0658-REB-CBS, United States District Court, District of Colorado

- *In re Warner Chilcott Limited Securities Litigation*, Case No. 06-CV-11515-WHP, United States District Court, Southern District of New York

- *Warren v. Orkin Exterminating Company, Inc.*, Civil Action No. 01-1-8395-35, Superior Court of Cobb County, State of Georgia

- *Wells v. DTD Enterprises, Inc.*, Case No. L-9012-07, Superior Court of New Jersey, Middlesex County, Law Division

- *Brown v. Wells Fargo & Company*, Case No. 11-1362 (JRT/JJG), United States District Court, District of Minnesota

- *Wenger v. Brunswick Buick Pontiac GMC, Inc. and Soden v. East Brunswick Buick Pontiac GMC Inc.*, Docket Nos. L-2510-03 and L-5617-03, Superior Court of New Jersey, Middlesex County

- *Wenger v. Cardo Inc.*, et al., Docket No.: MID-L-4924-07, Superior Court of New Jersey – Middlesex County: Law Division

- *Wenger v. Freehold Subaru, LLC*, Civil Action, Docket No. MON-L-4003-10, Superior Court of New Jersey, Monmouth County – Law Division

- *Williams v. CBE Group*, Case No.: 2:11-cv-3680-PS, United States District Court, District of New Jersey

- *Wisniak v. Mirant Americas Generation, LLC*, Civil Action No. 1:03-CV-2049-BBM, United States District Court for the Northern District of Georgia, Atlanta Division

- *Wyatt v. El Paso Corporation*, Civil Action No. H-02-2717, United States District Court, Southern District of Texas, Houston Division

- *Herrera v. Wyeth ERISA Litigation*, Civil Action: 08 Civ. 04688 (RJS), United States District Courts, Southern District of New York

- *Yarviv v. AT&T Corp.*, Docket No. SOM-L-272-05, Superior Court of New Jersey, Law Division: Somerset County

- *Yingling, et al. v. eBay, Inc.*, C 09 01733 JW (PVT), United States District Court, Northern District of California, San Jose Division

- *Yost v. First Horizon*, Civil Action No. 08-02293, United States District Court, Western District of Tennessee

- *Young v. Heimbuch*, Case No: CV10-8914 ODW (MANx), United States District Court, Central District of California

- *In re: YRC Worldwide, Inc. ERISA Litigation*, Case No. 2:09-cv-02953, United States District Court, District of Kansas

- *Zametkin v. Fidelity Management & Research Company*, No. 1:08-cv-10960-MLW, United States District Court, District of Massachusetts

- *Zelnick v. Citation Homes, Inc.*, Case No. 413861, Superior Court of California, County of San Mateo

- *Zilhaver v. UnitedHealth Group Incorporated*, No. 06-C-2237, United States District Court, District of Minnesota

- *In re Zomax, Inc. Securities Litigation*, Case No. 05-cv-01128, United States District Court, District of Minnesota