IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH DUNN, HELEN IEHL, ALBERT PIETERSON, JOHN HASTINGS, WINDIE BISHOP, LISA BARNES, ANGELA GARR and MYESHA PRATHER, individually and on behalf of a class of similarly situated individuals, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 17-cv-00481 |
| v. | ) ) | |
| WELLS FARGO BANK, N.A., | ) ) | |
| Defendant. | ) | |

**MOTION TO STRIKE OR EXCLUDE PARAGRAPH NINE OF
THE DECLARATION OF RAVI ABRAHAM**

Objector Adam Hoipkemier respectfully moves this Court for an Order striking or excluding paragraph nine of the Declaration of Ravi Abraham, Dkt. 114-3. Mr. Abraham's testimony purporting to establish the contents of unidentified Wells Fargo call records that are not attached to his declaration is inadmissible under Fed. R. Evid. 1002. In support of his motion, Hoipkemier shows as follows:

1. On November 6, 2019, the Court ordered Wells Fargo to "provide counsel for Hoipkemier and plaintiffs with a disclosure identifying when it called the 404 or 706 numbers with an ATDS or a pre-recorded message during the time period identified in Hoipkemier's disclosure as his ownership of those numbers." Dkt. 111. In response to the Order, Wells Fargo served Hoipkemier with the Abraham Declaration. Dkt. 114-3.

2. In paragraph four of his declaration, Mr. Abraham testifies that he "reviewed documents and consulted with personnel with knowledge of Wells Fargo's records regarding any

calls or texts ("calls") to these numbers during the time periods that Mr. Hoipkemier states he was associated with these numbers." *Id.* at ¶ 4.

3. In paragraph nine of his declaration, Mr. Abraham testifies, "[b]ased on my review of Wells Fargo's records, Wells Fargo did not make any calls to (404) xxx-9535 using the technologies described above during this time frame. That is, at no time did Wells Fargo make a dialer or prerecorded or artificial voice call or send a text message to the (404) xxx-9535 number." *Id.* at ¶ 9. Mr. Abraham does not suggest that he has any independent personal knowledge of calls to Mr. Hoipkemier using an ATDS or artificial voice.

4. Mr. Abraham's testimony in paragraph nine is inadmissible under the best evidence rule. Under Fed. R. Evid. 1002, "[t]o prove the content of a writing recording or photograph, the original writing, recording, or photograph is required, except as otherwise provided in these rules or by Act of Congress." *See also Dugan v. R.J. Corman R.R. Co.*, 344 F.3d 662, 669 (7th Cir. 2003) (affirming sua sponte order striking affidavit as unreliable because key document was not attached); *Dye v. United States, Farm Servs. Agency (In re Dye)*, 360 F.3d 744, 750 (7th Cir. 2004); *Cent. States, Se. & Sw. Areas Pension Fund v. Indy Transp., Inc.*, Civil Action No. 06 C 4984, 2007 U.S. Dist. LEXIS 16645, at *8 (N.D. Ill. Mar. 6, 2007) (finding "bare affidavit is inadmissible at trial; it violates the 'best evidence' and 'completeness' rules.").

5. Counsel sent a letter to Wells Fargo's attorneys pointing out that Mr. Abraham's testimony is inadmissible under Rule 1002 without the call records themselves and requesting that Wells Fargo produce copies of the documents upon which Mr. Abraham relied. Dkt. 115-2. Wells Fargo responded with an e-mail back refusing to produce the documents. Dkt. 115-3.

6. There was no reasonable basis not to attach the call record documents to the declaration. Wells Fargo should be anxious to produce the call records that Mr. Abraham relied on

for his testimony if they are as he describes.

  WHEREFORE, Hoipkemier respectfully requests that the Court enter an Order striking paragraph nine of the Abraham Declaration as set forth herein.

Dated: December 2, 2019.      Respectfully submitted,

               /s/ Kevin E. Epps
               Kevin E. Epps
               Georgia Bar No. 755811
               Epps, Holloway, DeLoach &
               Hoipkemier, LLC
               1220 Langford Drive
               Building 200-101
               Watkinsville, GA 30677
               kevin@ehdhlaw.com
               P: (706) 508-4000
               (admitted *pro hac vice*)

               Andrew M. Spangler, Jr.
               Illinois Bar No. 6210136
               CHICO & NUNES, P.C.
               333 West Wacker Drive, Suite 1420
               Chicago, Illinois 60606
               Tel: (312) 463-1000
               Fax: (312) 463-1001
               aspangler@chiconunes.com

               *Counsel for Adam Hoipkemier*

**CERTIFICATE OF SERVICE**

I certify that, on this date, I caused the foregoing document to be filed with the CM/ECF system for the United States District Court for the Northern District of Illinois which will deliver electronic service of process to counsel of record.

Dated: December 2, 2019.   Respectfully submitted,

/s/ Kevin E. Epps
Kevin E. Epps
Georgia Bar No. 755811
Epps, Holloway, DeLoach &
Hoipkemier, LLC
1220 Langford Drive, Building 200-101
Watkinsville, GA 30677
kevin@ehdhlaw.com
P: (706) 508-4000
(admitted *pro hac vice*)

*Counsel for Adam Hoipkemier*