**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JOSEPH DUNN, HELEN IEHL, ALBERT PIETERSON, JOHN HASTINGS, WINDIE BISHOP, LISA BARNES, ANGELA GARR and MYESHA PRATHER, individually and on behalf of a class of similarly situated individuals, | ) ) ) ) ) ) | |
| Plaintiffs, | ) | Case No. 17-cv-00481 |
| v. | ) ) ) | |
| WELLS FARGO BANK, N.A., | ) ) | |
| Defendant. | ) | |

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Adam Hoipkemier respectfully appeals to the United States Court of Appeals for the Seventh Circuit from the following orders: (1) the District Court's order denying his motion to intervene; (2) the District Court's order denying his motion to strike the declaration of Ravi Abraham; (3) the District Court's order granting final approval of the class action settlement (Dkt. 129), and (4) the final judgment (Dkt. 130).

Dated: January 8, 2020.                     Respectfully submitted,

/s/ Kevin E. Epps
Kevin E. Epps
Georgia Bar No. 755811
Epps, Holloway, DeLoach &
Hoipkemier, LLC
1220 Langford Drive, Building 200-101
Watkinsville, GA 30677
kevin@ehdhlaw.com
P: (706) 508-4000
(admitted pro hac vice)

Andrew M. Spangler, Jr.
Illinois Bar No. 6210136)
CHICO & NUNES, P.C.
333 West Wacker Drive, Suite 1420
Chicago, Illinois 60606
Tel: (312) 463-1000
Fax: (312) 463-1001
aspangler@chiconunes.com

*Counsel for Adam Hoipkemier*

**CERTIFICATE OF SERVICE**

I certify that, on this date, I caused the foregoing document to be filed with the CM/ECF system for the United States District Court for the Northern District of Illinois which will deliver electronic service of process to counsel of record.

Dated: January 8, 2020.   Respectfully submitted,

/s/ Kevin E. Epps
Kevin E. Epps
Georgia Bar No. 755811
Epps, Holloway, DeLoach &
Hoipkemier, LLC
1220 Langford Drive, Building 200-101
Watkinsville, GA 30677
kevin@ehdhlaw.com
P: (706) 508-4000

*Counsel for Adam Hoipkemier*