**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Myesha Prather, et al.
                                  Plaintiff,

v.                                                     Case No.: 1:17−cv−00481
                                                             Honorable Manish S. Shah

Wells Fargo Bank, N.A.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 13, 2021:

      MINUTE entry before the Honorable Manish S. Shah: The Motion for Order Authorizing Further and Final Distribution of Class Settlement Fund [142] is granted. The settlement administrator shall distribute the remaining settlement fund in equal amounts to the American Law Institute and the Samuelson Law, Technology, and Public Policy Clinic at the University of Berkeley School of Law. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.